IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, AND COUNTRY GLASS SHOP,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, INC.<br><br>　　　Defendant. | Case No. 04 12698 JLT |

## NOTICE OF APPEARANCE

Breton Leone-Quick of Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. respectfully enters his appearance as counsel for defendant Christmas Tree Shops, Inc. in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/   Breton Leone-Quick
　　　　　　　　　　　　　　　　　　　　Breton Leone-Quick, BBO #655571
　　　　　　　　　　　　　　　　　　　　MINTZ LEVIN COHN FERRIS
　　　　　　　　　　　　　　　　　　　　GLOVSKY AND POPEO, P.C
　　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　　Boston, MA  02111
　　　　　　　　　　　　　　　　　　　　Tel. 617-542-6000
　　　　　　　　　　　　　　　　　　　　Fax 617-542-2241

Dated: May 18, 2005