IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, AND COUNTRY GLASS SHOP,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, INC.<br><br>    Defendant. | Case No. 04 12698 JLT |

**DEFENDANT CHRISTMAS TREE SHOPS, INC.'S
LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to United States District Court for the District of Massachusetts Local Rule 7.3(A), defendant Christmas Tree Shops, Inc. states that it has one parent corporation, Bed Bath & Beyond Inc., which is publicly traded.

    Respectfully submitted,

    **CHRISTMAS TREE SHOPS, INC.**
    By its attorneys:

     /s/   Breton Leone-Quick
    Peter A. Biagetti, Esq., BBO# 042310
    Breton Leone-Quick, Esq., BBO# 655571
    MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, PC
    One Financial Center
    Boston, MA  02111
    Tel. 617-542-6000
    Fax 617-542-2241

Dated: May 24, 2005

-2-

## CERTIFICATE OF SERVICE

I, Breton Leone-Quick, hereby certify that a true and exact copy of Defendant Christmas Tree Shops, Inc.'s Local Rule 7.3(A) Corporate Disclosure Statement, has been served electronically, and by fax and by mail, on May 24, 2005, to the attorneys for plaintiffs listed below:

| **Mr. Joel Joseph, Esq.**<br>7272 Wisconsin Ave. #300<br>Bethesda, MD 20814<br>Fax: 240-209-4000 | **Daniel E. Chaika, Esq.**<br>Chaika & Chaika<br>30 Rolfe Square<br>Cranston, RI 02910<br>Fax: 401-941-5299 |
|---|---|

Dated: May 24, 2005

   /s/   Breton Leone-Quick
Breton Leone-Quick, Esq.