IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, AND COUNTRY GLASS SHOP, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTMAS TREE SHOPS, INC. <br><br> Defendant. | Case No. 04 12698 JLT |

**DEFENDANT CHRISTMAS TREE SHOPS, INC.'S
<u>NOTICE OF PENDING MOTIONS</u>**

Pursuant to this Court's May 10, 2005 Discovery Order, Defendant Christmas Tree Shops, Inc. provides notification of the following pending motions in the above-captioned matter:

1. Defendant Christmas Tree Shops, Inc.'s Motion to Dismiss the Third and Fourth Counts of Plaintiffs' Complaint; and

2. Defendant Christmas Tree Shops, Inc.'s Motion for a Limited Stay of Discovery Until Resolution of Its Motion to Dismiss the Third and Fourth Counts of Plaintiffs' Complaint.

Defendant Christmas Tree Shops, Inc. is prepared to argue both of these pending motions during the June 7, 2005 Scheduling Conference for this matter.

Respectfully submitted,

**CHRISTMAS TREE SHOPS, INC.**
By its attorneys:

  /s/    Breton Leone-Quick
Peter A. Biagetti, Esq., BBO# 042310
Breton Leone-Quick, Esq., BBO# 655571
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA  02111
Tel. 617-542-6000
Fax 617-542-2241

Dated: May 31, 2005

**CERTIFICATE OF SERVICE**

I, Breton Leone-Quick, hereby certify that a true and exact copy of Defendant Christmas Tree Shops, Inc.'s Notice of Pending Motions, has been served electronically and by fax and by mail on May 31, 2005, to the attorneys for plaintiffs listed below:

| **Mr. Joel Joseph, Esq.**<br>7272 Wisconsin Ave. #300<br>Bethesda, MD 20814<br>Fax: 240-209-4000 | **Daniel E. Chaika, Esq.**<br>Chaika & Chaika<br>30 Rolfe Square<br>Cranston, RI 02910<br>Fax: 401-941-5299 |
|---|---|

Dated:  May 31, 2005                          /s/   Breton Leone-Quick

LIT 1523688v1