IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, AND COUNTRY GLASS SHOP,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, INC.<br><br>    Defendant. | Case No. 04 12698 JLT |

**DEFENDANT CHRISTMAS TREE SHOPS, INC.'S**
**LOCAL RULE 16.1(D) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3) Defendant Christmas Tree Shops, Inc. submits the following certification:

We, the undersigned, hereby certify that we have conferred with a view to establishing a budget for the various costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
|   /s/   Breton Leone-Quick<br>Peter A. Biagetti, Esq., BBO# 042310<br>Breton Leone-Quick, Esq., BBO# 655571<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, PC<br>One Financial Center<br>Boston, MA  02111<br>Tel. 617-542-6000<br>Fax 617-542-2241 |   /s/   Kenneth Bradley, Esq.<br>BED BATH & BEYOND, INC. |

*Counsel for Christmas Tree Shops, Inc.*

Dated: May 31, 2005