# CHAIKA & CHAIKA

William Young Chaika

Daniel Ethan Chaika•

Tel 401/941-5070

Fax 401/941-5299

30 Rolfe Square
Cranston  Rhode Island  02910

June 9, 2005

Ms. Zita Lovitz
Scheduling Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:  John Knight et al. vs. Christmas Tree Shops, Inc.
     Massachusetts District Court Case No. 04-12698 JLT

Dear Ms. Lovitz:

This letter confirms my conversations with you requesting that the Rule 16 Scheduling Conference previously scheduled for June 7, 2005 at 10:30 a.m. has been continued at my request to June 30, 2005 at 10:30 a.m.

Thank you for your courtesy in this matter.

Very truly yours,

Chaika & Chaika

Daniel E. Chaika

DEC/cag

cc:  Peter A. Biagetti, Esq.
     Breton Leone-Quick, Esquire
     Joel Joseph, Esq.

Attorneys at Law   admitted to practice in Rhode Island, Massachusetts, •and Connecticut