UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et al. | ) |
|     Plaintiffs | ) |
| v. | ) Case No. 1:04-cv-12698 |
| CHRISTMAS TREE SHOPS, INC. | ) |
|     Defendant | ) |

MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiffs move this court for Joel D. Joseph to be admitted pro hac vice as associate trial counsel, on the following grounds:

This case involves complex areas of law, copyright, trade dress and intellectual property. Mr. Joseph has been practicing intellectual property law for more than thirty years.

In addition, Mr. Joseph has been advising plaintiffs in this case for approximately one year.

Mr. Joseph's affidavit is being submitted in support of this motion.

Respectfully submitted,

_____
DANIEL E. CHAIKA (BBO#A551830)
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island 02910
(401) 941-5070 – telephone
(401) 941 5299 - facsimile

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this motion and the affidavit of Joel D. Joseph to Peter Biagetti, Mintz, Levin, Cohen, Ferris, Glovsky and Popeo, One Financial Center, Boston, MA 02111 this ___ day of June, 2005.

_____
DANIEL CHAIKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:04-cv-12698 |
| ) | |
| CHRISTMAS TREE SHOPS, INC. ) | |
| ) | |
| Defendant ) | |

AFFIDAVIT OF JOEL D. JOSEPH

I, Joel D. Joseph, being duly sworn according to law, affirm that the following facts and accurate and truthful:

1. The motion for entry of appearance pro hac vice is begin filed contemporaneously with this affidavit.

2. I am an attorney in good standing in the State of Maryland and I maintain bar admissions as follows:

   a. United States District Court for the District of Columbia, admitted January 7, 1974, bar number 183830.

   b. United States District Court for the District of Maryland, admitted August 28, 1981, bar number 22794.

   c. United States District Court for the Northern District of Ohio, admitted November 5, 1980.

   d. United States District Court for the District of Colorado, admitted September 26, 2003.

   e. United States Supreme Court, admitted April 28, 1978.

   f. United States Court of Federal Claims, admitted February 6, 1980.

1

g. United States Court of Appeals for the D.C. Circuit, admitted January 22, 1974, bar number 22129.

h. United States Court of Appeals for the Federal Circuit, admitted October 1, 1982.

i. United States Court of Appeals for the First Circuit, admitted August 14, 2003.

j. United States Court of Appeals for the Second Circuit, admitted February 28, 2003.

k. United States Court of Appeals for the Fourth Circuit, admitted May 18, 1989.

l. United States Court of Appeals for the Sixth Circuit, admitted January 20, 2004.

m. United States Court of Appeals for the Seventh Circuit, admitted October 7, 2003.

n. United States Court of Appeals for the Tenth Circuit, admitted October 15, 2004.

o. United States Court of Appeals for the Eleventh Circuit, admitted September 13, 1999.

I affirm that these facts are accurate and truthful

_____
JOEL D. JOSEPH

Subscribed and sworn to before me this 20th day of June, 2005.

_____
NOTARY PUBLIC

Denise M. D'Amico
Notary Public
State of Maryland
County of Montgomery
Commission Expires January 28, 2008

2