UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN KNIGHT, et al. )
)
    Plaintiffs )
)
v. ) Case No. 1:04-cv-12698
)
CHRISTMAS TREE SHOPS, INC. )
)
    Defendant )

## PLAINTIFFS' SWORN STATEMENT PURSUANT TO LOCAL RULE 26.1(B)

Plaintiffs provides its sworn statement pursuant to Local Rule 26.1(B) and Judge Tauro's Discovery Order.

**Local Rule 26(B)(2)(a):**     **Identification of All Witnesses or Other Persons Believed to Have Substantial Discoverable Information**

The following individuals are likely to have witnessed the alleged transactions or occurrences related to plaintiffs' claims or otherwise may have substantial discoverable information:

1. John Knight
   Route 6
   North Eastham, MA 02651

Mr. Knight has knowledge of products produced and sold by him and those produced by Country Glass and the copies made by Christmas Tree Shops, Inc.

2. Donna Russell Knight
   Route 6
   North Eastham, MA 02651

Mrs. Knight has knowledge of products produced and sold by John Knight and those produced by Country Glass and the copies made by Christmas Tree Shops, Inc.

3. Charles Cole
   784 Pike Road
   Marshfield, VT 05658

1

Mr. Cole has knowledge of the products produced and sold by Country Glass Shop and the copies made by Christmas Tree Shops, Inc.

4. Viiu Niiler
   784 Pike Road
   Marshfield, VT 05658

Ms. Niiler has knowledge of the products produced and sold by Country Glass Shop and the copies made by Christmas Tree Shops, Inc.

5. Susan Fullenbaum
   704 Pebblestone Court
   Silver Spring, Maryland 20905

Ms. Fullenbaum has knowledge of Hanukkah products that she produced that were copied by Christmas Tree Shops, Inc.

6. Roger Hannant
   P.O. Box 2074
   Manteo, NC 27954

Mr. Hannant has knowledge of the seashell candles produced by the Candle Factory that were copied by Christmas Tree Shops, Inc.

7. Cheryl Hannant
   P.O. Box 2074
   Manteo, NC 27954

Cheryl Hannant has knowledge of the seashell candles produced by the Candle Factory that were copied by Christmas Tree Shops, Inc.

8. Gary Briggs
   18 Union Park Street
   Boston, MA 02118

Mr. Briggs has knowledge of the "Candles in a Can" that Aunt Sadie's produces and sold that were copied by Christmas Tree Shops, Inc.

9. Susan Boerman
   (Address to be supplied)

Ms. Boerman, author of *Its Great to Create*, has knowledge that Christmas Tree Shops, Inc. copied her copyrighted designs.

10. Harry Wu
    Palo Alto, California

Mr. Wu has knowledge of the slave labor, forced labor and prison labor used to produce products of many types in the Peoples Republic of China.

**Local Rule 26(B)(2)(b):**   Identification of All Opposing Parties From Whom Statements

Have Been Obtained or on Behalf of the Plaintiffs

Plaintiffs are without knowledge of any statement obtained from defendants, or officers, directors, or employees of defendants any statements.

**Local Rule 26(B)(2)(c):**   Identification of All Known Governmental Investigations

Plaintiffs are without knowledge of any investigations by any governmental agency or officials into the alleged transactions or occurrences giving rise to plaintiffs' claims or defendant's defenses.

On behalf of plaintiffs, Joel D. Joseph certifies under the penalties for perjury, that the foregoing is true and correct to the best of his knowledge, information and belief.

_____
JOEL D. JOSEPH

Subscribed and sworn to before me this 23rd day of June, 2005.

Denise M. D'Amico
Notary Public
State of Maryland
County of Montgomery
My Commission Expires January 28, 2008     NOTARY PUBLIC

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this statement to Peter Biagetti, Mintz, Levin, Cohen, Ferris, Glovsky and Popeo, One Financial Center, Boston, MA 02111 this 23rd day of June, 2005.

_____
DANIEL CHAIKA