Copy

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:04-cv-12698 |
| ) | |
| CHRISTMAS TREE SHOPS, INC. ) | |
| ) | |
| Defendant ) | |

### PLAINTIFFS' LOCAL RULE 16.1(D) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) plaintiffs submit the following certification:

We the undersigned hereby certify that we have conferred with a view to establishing a budget for the various costs of conducting the full course — and various alternative courses — of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Rule 16.4.

_____          _____
JOHN KNIGHT                         DONNA RUSSELL KNIGHT

_____          _____
CHARLES COLE                        VITU NIILER

_____
COUNTRY GLASS SHOP

Dated: June 23, 2005