UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, AND COUNTRY GLASS SHOP,<br>　　　　Plaintiffs,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, INC.<br>　　　　Defendant. | *<br>*<br>*<br>*<br>*　Civil Action No. 04-12698-JLT<br>*<br>*<br>*<br>* |

ORDER

June 30, 2005

TAURO, J.

After the Scheduling Conference held on June 30, 2005 this court hereby orders that:

1. Plaintiffs may depose (1) Carolyn Cummings, (2) Greg Bilezikian, (3), Charles Bilezikian, (4) Christine Hildreth, (5) Ann Neary, (6) Kathy Uggenholt, (7) Edith Choi, and (8) Millie Poon;

2. Defendant may depose (1) John Knight, (2) Donna Russell Knight, (3) Charles Cole, (4) Viiu Niiler, (5) Cheryl Hannant, (6) Joel Joseph, (7) Country Glass Shop, (8) The Candle Factory, and (9) The Glass Eye Gallery;

3. The Parties shall complete discovery by November 30, 2005;

4. No additional discovery will be permitted without leave of this court;

5. Plaintiffs may submit a second amended complaint on or before July 7, 2005, at which time Defendant's Motion to Dismiss will be taken under advisement; and

6. A Further Conference is scheduled for December 6, 2005 at 10:00 a.m.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge