**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, COUNTRY GLASS SHOP, AUNT SADIE'S, INC., AND SUSAN BOERMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, INC.<br><br>    Defendant. | Case No. 04 12698 JLT |

## NOTICE OF APPEARANCE

Carrie Kei Heim of Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. respectfully enters her appearance as counsel for defendant Christmas Tree Shops, Inc. in the above-captioned matter.

                      Respectfully submitted,

                         /s/   Carrie Kei Heim
                      Carrie Kei Heim, BBO #652147
                      MINTZ LEVIN COHN FERRIS
                      GLOVSKY AND POPEO, P.C
                      One Financial Center
                      Boston, MA  02111
                      Tel. 617-542-6000
                      Fax 617-542-2241

Dated: August 9, 2005