IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, COUNTRY GLASS SHOP, AUNT SADIE'S, INC., AND SUSAN BOERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTMAS TREE SHOPS, INC.<br><br>Defendant. | Case No. 04 12698 JLT |

## ORDER

Upon consideration of Defendant Christmas Tree Shops, Inc.'s <u>Assented-To Motion to Amend the Discovery Order of June 30</u>, this Court hereby orders that:

1. Plaintiffs may depose (1) Carolyn Cummings, (2) Greg Bilezikian, (3) Charles Bilezikian*, (4) Christine Hildreth, (5) Ann Neary, (6) Kathy Uggenholt, (7) Edith Choi, and (8) Millie Poon;

2. Defendant may depose (1) John Knight, (2) Donna Russell Knight, (3) Charles Cole, (4) Viiu Niiler, (5) Joel Joseph, (6) Country Glass Shop, (7) The Glass Eye Gallery, (8) Aunt Sadie's, Inc., (9) Susan Boerman, and (10) Gary Briggs;

3. The Parties shall complete discovery by November 30, 2005;

4. No additional discovery will be permitted without leave of this court; and

*Charles Bilezikian may be deposed only after defendant's objections have been resolved by agreement of the parties or by motion filed pursuant to F.R.Civ. P. 26(c).

    5.  A further Conference is scheduled for December 6, 2005 at 10:00 a.m.

IT IS SO ORDERED.

*By The Court*

*[signature]*
Deputy Clerk

_____
Tauro, J.

Dated: **9/23/05**, 2005