UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et. al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) 04-12698 JLT |
| | ) |
| CHRISTMAS TREE SHOPS, INC. | ) |
| | ) |
| Defendant | ) |

MOTION TO RECONSIDER PART OF ORDER OF AUGUST 2, 2005

Plaintiff Susan R. Boerman respectfully requests that the court reconsider paragraph 2 of its order of August 2, 2005. Ms. Boerman is the only plaintiff with a registered copyright and that paragraph only applies to her.

Her copyright was registered effective July 6, 2005.

If the court will not reconsider this paragraph of the order, Ms. Boerman requests that her claims be dismissed without prejudice.

_____
DANIEL E. CHAIKA, ESQUIRE
Chaika & Chaika
30 Rolfe Square
Cranston, RI  02910
(401) 941-5070 - telephone
(401) 941-5299 - facsimile

_____
JOEL D. JOSEPH, ESQUIRE
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
(301) 941-1989
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Motion, a statement of points and authorities and a proposed order this ___ day of November, 2005 to Peter Biagetti, Esquire at Mintz Levin Cohn Ferris Glovsky and Popeo PC, One Financial Center, Boston, MA 02111.

_____
DANIEL E. CHAIKA, ESQUIRE