UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et. al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) 04-12698 JLT |
| | ) |
| CHRISTMAS TREE SHOPS, INC. | ) |
| | ) |
| Defendant | ) |

## MOTION TO COMPEL

Plaintiffs move to compel the deposition of Charles Bilezikian. Mr. Bilezikian was on plaintiffs' list of deponents provided to the court in May of this year.

Plaintiffs have taken the deposition of six employees of Christmas Tree Shops, Inc. but defendants refused to provide Mr. Bilekian for a deposition.

_____/S/_____
DANIEL CHAIKA
CHAIKA AND CHAIKA
30 Rolfe Square
Cranston, RI
(301) 941-5070


_____/S/_____
JOEL D. JOSEPH
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
(301) 941-1989
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et. al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) 04-12698 JLT |
| | ) |
| CHRISTMAS TREE SHOPS, INC. | ) |
| | ) |
| Defendant | ) |

STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO COMPEL

Plaintiffs have moved to compel the deposition of Charles Bilezikian. Mr. Bilezikian was on plaintiffs' list of deponents provided to the court in May of this year.

Plaintiffs' motion is filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. Plaintiffs' request that the motion to granted and the plaintiffs' be awarded reasonable attorneys' fees.

                    /S/
DANIEL CHAIKA
CHAIKA AND CHAIKA
30 Rolfe Square
Cranston, RI
(301) 941-5070


                    /S/
JOEL D. JOSEPH
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
(301) 941-1989
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et. al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) 04-12698 JLT |
| | ) |
| CHRISTMAS TREE SHOPS, INC. | ) |
| | ) |
| Defendant | ) |

### ORDER

Plaintiffs have moved to compel the deposition of Charles Bilezikian. Mr. Bilezikian was on plaintiffs' list of deponents provided to the court in May of this year.

IT IS ORDERED THAT THE MOTION TO COMPEL IS GRANTED and that plaintiffs shall submit a statement of attorneys' fees requested.

_____
JUDGE UNITED STATES DISTRICT COURT