IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, COUNTRY GLASS SHOP, AUNT SADIE'S, INC., AND SUSAN BOERMAN, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>CHRISTMAS TREE SHOPS, INC. <br><br>　　　　Defendant. | Case No. 04 12698 JLT |

## AFFIDAVIT OF CARRIE KEI HEIM

I, Carrie Kei Heim, do hereby depose and say under oath as follows:

1. I am an attorney with the firm of Mintz Levin Cohn Ferris Glovsky & Popeo, PC, counsel for the defendant, Christmas Tree Shops, Inc. ("CTS"). I am familiar with the facts in, and procedural history of, the above-captioned action and am submitting this Affidavit and the exhibits attached hereto in support of <u>Christmas Tree Shops, Inc.'s Opposition to Plaintiff's Motion to Reconsider</u>.

2. Attached to this Affidavit at Exhibit A are true and accurate copies of excerpts from the certified transcript of the November 8, 2005 Deposition of Deborah Watts.

3. Attached to this Affidavit at Exhibit B are true and accurate copies of sales records kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' Requests for Production of Documents.

4.	Attached to this Affidavit at Exhibit C are true and accurate copies of the front cover and title page of the book, "It's Great to Create" by Susan R. Boerman, purchased on eBay by counsel for CTS.

Signed, under the pains and penalties of perjury, this 6th day of December, 2005.

                                             /s/  Carrie Kei Heim
                                             Carrie Kei Heim

2

**COPY**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


JOHN KNIGHT, et al.,
       Plaintiffs,

  vs.                              04-12698-JLT

CHRISTMAS TREE SHOPS, INC.,
       Defendant.


TESTIMONY OF DEBORAH WATTS, called as a witness by and on behalf of the Plaintiffs, taken pursuant to the Federal Rules of Civil Procedure, before Paula E. Hogan, CSR, RPR, Notary Public in and for the Commonwealth of Massachusetts, taken at Ramada Regency Hotel, 1127 Route 132, Hyannis, MA, on Tuesday, November 8, 2005, commencing at 1:03 p.m.

---

*CAPE COD COURT REPORTING*
*11 Elliott Way    Harwich, MA  02645*
*508.430.7331    508.432.7384-fax*
*cccr@capereporting.com*

```
                                                                    2
 1                     APPEARANCES:

 2   JOEL D. JOSEPH, ESQ.
     Joseph & Associates
 3   7272 Wisconsin Avenue           FOR THE PLAINTIFFS
     Suite 300
 4   Bethesda, MA 20814
     301-941-1989
 5


 6   PETER A. BIAGETTI, ESQ.
     Mintz, Levin, Cohn, Ferris,
 7   Glovsky & Popeo, P.C.           FOR THE DEFENDANT
     One Financial Center
 8   Boston, MA 02111
     617-542-6000
 9


10   KENNETH O. BRADLEY, ESQ.
     Litigation Counsel
11   650 Liberty Avenue              FOR BED BATH & BEYOND
     Union, NJ 07083
12   908-688-0999 x 4507

13   ALSO PRESENT:

14   JOHN FRANCIS KNIGHT
     DONNA RUSSELL KNIGHT
15

16

17

18

19

20

21

22

23

24
```

```
                                                              10
 1        Q.      Okay.  I'm going to show you exhibit
 2   number 2.  Have you ever seen that before?
 3        A.      No.
 4        Q.      I show you a document marked Plaintiffs'
 5   Exhibit 3.  Do you recognize that?
 6        A.      Yes.  This is one of the designs of the
 7   assortment.
 8        Q.      And that's referenced on CTS0305?
 9        A.      Actually no, it's not.  Because this one
10   says fall, so that would be referring to a fall
11   design.  This would be a Christmas design.
12        Q.      Did you purchase the product that's in
13   your hands right now, exhibit 2?
14        A.      Yes, I did.
15        Q.      And who did you order it from?
16        A.      From a factory in China.
17        Q.      And what's the name of it?
18        A.      Do you want the trader name?
19        Q.      The actual name of the company and any
20   other name that it goes by.
21        A.      Okay.  The trading agent's name is Jack-
22   Tom Industrial.
23        Q.      And how did you order this particular
24   item?
```

11

1   A.      We were in the factory and we were walking
2   around.  And I picked the fall design and Christmas
3   design off the shelf.  I picked this item off the
4   shelf.
5   Q.      So, Jack-Tom was already making this
6   product for someone else?
7   A.      The factory, Fanrong 2 is the factory
8   name.  And it was in their showroom.
9   Q.      Could you spell that for me?
10  A.      Okay.  F-a-n-r-o-n-g.
11  Q.      Fanrong?
12  A.      Fanrong number 2.
13  Q.      Do you know what that name means?
14  A.      I don't, I'm sorry.
15  Q.      Okay.  Did you visit the factory?
16  A.      Uh-huh.
17  Q.      And where is the factory?
18  A.      It's in a place called Huang Yan.
19  Q.      Could you spell that?
20  A.      Yes.  H-u-a-n-g Y-a-n.
21  Q.      And what province is that in, do you know?
22  A.      I don't know.  I'm sorry.
23  Q.      How did you fly there?
24  A.      I don't know where I flew from.  But we

16

1    Q.    Okay.
2          MR. BIAGETTI: So, just for my
3    clarification, 3600 pieces means 1200 sets of three?
4          THE WITNESS: 1200 pieces of each
5    design. So, there's three designs, 1200, 1200, 1200
6    for 36.
7          MR. JOSEPH: Got it. Thank you.
8    Q.    I show you a document that's marked
9    Plaintiffs' Exhibit 41.
10         (Whereupon, the document referred to
11            by counsel was duly marked for
12            identification as Exhibit #41.)
13         BY MR. JOSEPH:
14   Q.    Could you tell me if you've ever seen that
15   document before?
16   A.    Yes, I've seen this before.
17   Q.    And when did you see it?
18   A.    I don't remember.
19   Q.    What is that document used for?
20   A.    This is -- we use this with our vendors so
21   that we do not -- we don't want to infringe on
22   anybody's patents, copyrights, et cetera.
23   Q.    Would you use that for every order that
24   you purchase?

17

1  A.  Would I use this on every order that I
2  purchase?
3          MR. BIAGETTI:  You.
4  Q.  Yes.
5          MR. BIAGETTI:  From now into the
6  future?
7  Q.  No, have you used it for every order that
8  you purchased?
9  A.  This?
10  Q.  That document, yes.
11          MR. BIAGETTI:  In her entire career at
12  Christmas Tree Shops?
13          MR. JOSEPH:  Yes.
14  A.  No.
15  Q.  For what period of time have you used it?
16  A.  I can't tell you.  I don't remember.
17  Q.  Did you use that document when you ordered
18  the winter sign, the Frosty Snow Cone?
19  A.  No.  I did not.
20  Q.  How do you know that?
21  A.  Because when I went into the factory, I
22  picked this off the shelf.  It was a ready made
23  product.
24  Q.  But wouldn't Christmas Tree Shops want a

26

# CERTIFICATE

COMMONWEALTH OF MASSACHUSETTS

Barnstable, ss
Re: KNIGHT, et al. V. Christmas Tree Shops

I, PAULA E. HOGAN, CSR, RPR, Notary Public in and for the Commonwealth of Massachusetts, do hereby certify as follows:

1. That DEBORAH J. WATTS, the witness whose testimony is herein before set forth was duly recorded and transcribed by me;

2. That such deposition is a true record of the testimony given by said witness to the best of my knowledge, skill and ability.

3. I further certify that I am neither attorney or counsel for, nor related to or employed by, any of the parties, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in this matter;

IN WITNESS WHEREOF, I hereunto set my hand and notarial seal this 15th day of November, 2005.

ORIGINAL SIGNED BY
PAULA E HOGAN

---

PAULA E. HOGAN, CSR, RPR
Notary Public
My Commission Expires:
October 4, 2007

ANY REPRODUCTION OF THIS TRANSCRIPT
IS NOT AUTHORIZED BY THE CERTIFYING
REPORTER AND PHOTOCOPIES ARE NOT AN
OFFICIAL RECORD.

# CTS Access - BY178 Report

| Sub Vendor | UPC | SKU | Description | Cost | Retail | Mark Up % | Case Pack | Ad | On Ord Qty | On Ord $$$ | Reserv Qty | Whse OH | Stores OH | Last 7 Dy Sls | Store Wk Sp | Total Wk Sp | Sales YTD | Last 7 Day $$$ | Sls YTD $$$ | Total OH $$$ | Last Rcvd Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 751 96000 Jack | 13917678 | 32F25356 | Painted Christmas Hanger | $1.366 | $1.99 | 31.4 | 36 | % | 0 | 0 | 0 | 1332 | 134 | 10 | 13 | 146 | 14 | 19 | 27 | 2917 | 11/9/04 |

Averages and Totals (in thousands):

CTS0290

## CTS Access - BY178 Report

*Buyer:* 20 (Deborah Watts)
*Category:* 75 (Xmas Home Decor)
*Sub-Category:* 751 (Wood Gift)
*Vendor:* 96000 (Jack Tom Ltd)

*UPC:* 13917678                *SKU:* 32F25356 %

*Description:* Painted Christmas Hanger

*Case Pack:* 36                *Retail Price:* $1.99
*Cost:* $1.366                 *Markup:* 31.4 %

*On Order Qty:* 0 ($0)            *Store Wks Supply:* 13
*Whse OH:* 1332                   *Total Wks Supply:* 146
*Store OH:* 134 ($267)            *Sales YTD:* 14
*Total OH:* 1466 ($2917)          *Last Rcvd Date:* 11/9/04
*Avg Wk Sales:* 8 ($15)           *Last Rcvd Qty:* 756
*Last 7 Days Sales:* 10           *Rcvd YTD Qty:* 0

**Cost Details**

| First Cost | Misc Cost | Duty Cost | Total |
|---|---|---|---|
| $1.000 | $0.363 | $0.00 (0.00%) | $1.366 |

**Sales By Quarter**

|  | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Total |
|---|---|---|---|---|---|
| This Year: | 0 | 4 | 10 |  | 14 |
| Last Year: | 0 | 0 | 1010 | 2049 | 3059 |

**Last 7 Days Sales**

| Sun | Sat | Fri | Thu | Wed | Tue | Mon | Total |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 0 | 1 | 6 | 0 | 0 | 10 |

CTS0291

# CTS Access - BY178 Report

| Sub | Vendor | UPC | SKU | Description | Cost | Retail | Mark Up % | Case Pack | Ad | On Ord Qty | On Ord $$$ | Reserv Qty | Whse OH | Stores OH | Last 7 Dy Sls | Store Wk Sp | Total Wk Sp | Sales YTD | Last 7 Day $$$ | Sls YTD $$$ | Total OH $$$ | Last Rcvd Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 809 | 96000 Jack | 13915988 | 32F25287 | Fall Painted Plaque | $1.225 | $3.99 | 69.3 | 36 | | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8/18/04 |

*Averages and Totals (in thousands):*

CTS0292

# CTS Access - BY178 Report

*Buyer:* 37 (Sheryl Nason)
*Category:* 80 (Special Holidays)
*Sub-Category:* 809 (Fall)
*Vendor:* 96000 (Jack Tom Ltd)

*UPC:* 13915988                    *SKU:* 32F25287

*Description:* Fall Painted Plaque

*Case Pack:* 36                    *Retail Price:* $3.99
*Cost:* $1.225                     *Markup:* 69.3 %

*On Order Qty:* 0 ($0)             *Store Wks Supply:* 0
*Whse OH:* 0                       *Total Wks Supply:* 0
*Store OH:* 1 ($4)                 *Sales YTD:* 0
*Total OH:* 1 ($4)                 *Last Rcvd Date:* 8/18/04
*Avg Wk Sales:* 0 ($0)             *Last Rcvd Qty:* 36
*Last 7 Days Sales:* 0             *Rcvd YTD Qty:* 0

### Cost Details

| First Cost | Misc Cost | Duty Cost | Total |
|---|---|---|---|
| $1.000 | $0.190 | $0.03 | $1.225 |

### Sales By Quarter

|  | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 | Total |
|---|---|---|---|---|---|
| This Year: | 0 | 0 | 0 |  | 0 |
| Last Year: | 0 | 67 | 3467 | -3 | 3531 |

### Last 7 Days Sales

| Wed | Tue | Mon | Sun | Sat | Fri | Thu | Total |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

CTS0293



Gretchen Cagle Publications, Inc.

# It's Great to Create



Acrylic Gouache or Acrylic

Susan R. Boerman



# It's Great to Create

Susan R. Boerman

| Publisher & Distributor | Author | Printer | Photography |
|---|---|---|---|
| **C**<br>Gretchen Cagle Publications, Inc.<br>P. O. Box 2104<br>Claremore, OK 74018-2104<br>www.gretchencagle.com | Susan R. Boerman<br>135 Forest St.<br>Bridgewater, MA 02324 | Trafton Printing, Inc.<br>P. O. Box 9068<br>Amarillo, TX 79105 | Hawks Photography Inc.<br>1918 E. 11th St.<br>Tulsa, OK 74104 |

If you enjoy decorative art and sharing painting ideas with others, you should join the Society of Decorative Painters, a unique and exciting organization of enthusiastic painters. For information, write to: SDP, 393 N. McLean Blvd., Wichita, KS 67203.

Copyright © 2002, Gretchen Cagle Publications, Inc. The patterns in this book are designed for the use of all artists. You may paint these designs for personal use or for teaching purposes. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, without written permission from Gretchen Cagle Publications, Inc.