UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT et al., | * |
| Plaintiffs, | * |
| v. | *  Civil Action No. 04-12698-JLT |
| CHRISTMAS TREE SHOPS, INC. | * |
| Defendant. | * |

ORDER

December 6, 2005

TAURO, J.

After a Conference held on December 6, 2005, this Court hereby orders that:

1. Plaintiff Boerman's <u>Motion to Reconsider Part of Order of August 2, 2005</u> [#29] is DENIED;

2. Plaintiffs' <u>Motion to Compel</u> [#31] is ALLOWED;

3. All Discovery must be completed by January 31, 2006;

4. No additional discovery will be permitted by without leave of this Court; and

5. A Further Conference will be held on February 7, 2006, at 12:00 p.m.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge