**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOHN KNIGHT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHRISTMAS TREE SHOPS, INC. ) <br> ) <br> Defendant. ) | Case No. 04 12698 JLT |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I, Carrie Kei Heim, counsel for defendant Christmas Tree Shops, Inc., do hereby certify pursuant to Local Rule 7.1(A)(2) that Attorney Peter A. Biagetti and I conferred with Joel Joseph, counsel for plaintiffs, relating to the issues raised in Defendant's Motion to Compel Production of Documents, by phone on December 6, 2005, and by correspondence on December 6, 14, and 20, 2005, in a good faith effort to narrow or resolve the issues presented.

Respectfully submitted,

**CHRISTMAS TREE SHOPS, INC.**

By its attorneys:

   /s/   Carrie Kei Heim
Peter A. Biagetti, Esq., BBO# 042310
Carrie Kei Heim, Esq., BBO# 652147
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA  02111
Tel. 617-542-6000
Fax 617-542-2241

Dated: December 27, 2005