UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *   Civil Action No. 04-12698-JLT |
| | * |
| CHRISTMAS TREE SHOPS, INC. | * |
| | * |
| Defendant. | * |

ORDER

February 7, 2006

TAURO, J.

After a Conference held on February 7, 2006, this Court hereby orders that:

1. Defendant shall file its Motion for Summary Judgment by May 15, 2006;

2. Plaintiffs shall file their response by June 5, 2006;

3. Plaintiffs' Motion to Compel [#37] is DENIED; and

4. A Final Pretrial Conference will be held on June 14, 2006, at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge