IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, DONNA RUSSELL KNIGHT, CHARLES COLE, VIIU NIILER, COUNTRY GLASS SHOP, AUNT SADIE'S, INC., AND SUSAN BOERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTMAS TREE SHOPS, INC. <br><br> Defendant. | Case No. 04 12698 JLT |

**DEFENDANT CHRISTMAS TREE SHOPS, INC.'S
ASSENTED-TO MOTION TO EXTEND THE MAXIMUM PAGE LIMIT
FOR ITS MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

With plaintiffs' assent, defendant Christmas Tree Shops, Inc. ("CTS") respectfully requests that the allowed length of CTS's upcoming Memorandum in Support of Motion for Summary Judgment be extended to a maximum of 30 pages. Per this Court's Order of February 7, 2006, that Memorandum is due on May 15, 2006.

Pursuant to Local Rule 7.1(B)(4), "Memoranda supporting or opposing allowance of motions shall not, without leave of court, exceed twenty (20) pages, double-spaced." The instant case, however, involves seven plaintiffs who are claiming trade dress infringement on a total of eight very different products. Accordingly, CTS requests leave of court to extend the standard page limit so that the breadth of legal and factual questions raised by plaintiffs' claims may be fully addressed.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **CHRISTMAS TREE SHOPS, INC.** |
| Assented to: | By its attorneys: |

| | |
|---|---|
|   /s/   Joel D. Joseph |   /s/   Carrie Kei Heim |
| Joel D. Joseph, Esq. | Peter A. Biagetti, Esq. |
| 7272 Wisconsin Avenue | Carrie Kei Heim, Esq. |
| Suite 300 | MINTZ, LEVIN, COHN, FERRIS, |
| Bethesda, MD 20814 |   GLOVSKY AND POPEO, P.C. |
| Tel. 301-941-1989 | One Financial Center |
| | Boston, MA 02111 |
| Daniel Chaika, Esq. | Tel. 617-542-6000 |
| CHAIKA & CHAIKA | Fax 617-542-2241 |
| 30 Rolfe Square | |
| Cranston, RI 02910 | |
| Tel. 401-941-5070 | |

Attorneys for Plaintiffs

Dated: May 1, 2006

LIT 1570935v.1