**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                              )
JOHN KNIGHT, DONNA RUSSELL                )
KNIGHT d/b/a THE GLASS EYE                    )
GALLERY, CHARLES COLE, VIIU                    )
NIILER, COUNTRY GLASS SHOP,                   )
AUNT SADIE'S, INC., AND SUSAN              )
BOERMAN,                                                      )
                                                              )
            Plaintiffs,                               )          **Case No. 04 12698 JLT**
                                                              )
v.                                                             )
                                                              )
CHRISTMAS TREE SHOPS, INC.,                  )
                                                              )
            Defendant.                              )
_____)

## AFFIDAVIT OF CARRIE KEI HEIM

I, Carrie Kei Heim, do hereby depose and say under oath as follows:

1.        I am an attorney with the firm of Mintz Levin Cohn Ferris Glovsky & Popeo, PC, counsel for the defendant, Christmas Tree Shops, Inc. ("CTS").  I am familiar with the facts in, and procedural history of, the above-captioned action and am submitting this Affidavit and the exhibits attached hereto in support of Christmas Tree Shops, Inc.'s Motion for Summary Judgment.

2.        Attached to this Affidavit at Exhibit A are true and accurate copies of excerpts from the certified transcript of the September 23, 3005 Deposition of Carolyn Cummings.

3.        Attached to this Affidavit at Exhibit B are true and accurate copies of excerpts from the certified transcript of the November 8, 2005 Deposition of Gregory Bilezikian.

4.        Attached to this Affidavit at Exhibit C are true and accurate copies of excerpts from the certified transcript of the November 8, 2005 Deposition of Janice Laliberte.

5.      Attached to this Affidavit at Exhibit D are true and accurate copies of excerpts from the certified transcript of the November 8, 2005 Deposition of Deborah Watts.

6.      Attached to this Affidavit at Exhibit E are true and accurate copies of excerpts from the certified transcript of the November 9, 2005 Deposition of John Knight.

7.      Attached to this Affidavit at Exhibit F are true and accurate copies of excerpts from the certified transcript of the November 9, 2005 Deposition of Gary Briggs.

8.      Attached to this Affidavit at Exhibit G are true and accurate copies of excerpts from the certified transcript of the November 10, 2005 Deposition of Viiu Niiler.

9.      Attached to this Affidavit at Exhibit H are true and accurate copies of excerpts from the certified transcript of the February 7, 2006 Deposition of Charles Bilezikian.

10.      Attached to this Affidavit at Exhibit I are true and accurate copies of a drawing and photo of the "sconce" described at paragraph 20 of the Amended Complaint (hereinafter "Glass Eye Sconce"), produced by Plaintiffs John Knight and Donna Russell Knight d/b/a The Glass Eye Gallery (collectively "Glass Eye") in response to CTS's requests for production of documents.

11.      Attached to this Affidavit at Exhibit J are true and accurate copies of sales numbers for the Glass Eye Sconce produced by Glass Eye in response to CTS's requests for production of documents.

12.      Attached to this Affidavit at Exhibit K are true and accurate copies of Glass Eye Gallery advertising produced by Glass Eye in response to CTS's requests for production of documents.

13.     Attached to this Affidavit at Exhibit L are true and accurate copies of the Glass Eye logo and product labels produced by Glass Eye in response to CTS's requests for production of documents.

14.     Attached to this Affidavit at Exhibit M are true and accurate copies of sales records for the allegedly infringing CTS "wall vase," kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' requests for production of documents.

15.     Attached to this Affidavit at Exhibit N is a true and accurate copy of a photo of the "grape plate" described at paragraph 21 of the Amended Complaint (hereinafter "Country Glass Sun Catcher"), produced by Plaintiffs Charles Cole, Viiu Niiler and  Country Glass Shop (collectively "Country Glass") in response to CTS's requests for production of documents.

16.     Attached to this Affidavit at Exhibit O are true and accurate copies of sales numbers for the Country Glass Sun Catcher produced by Country Glass in response to CTS's requests for production of documents.

17.     Attached to this Affidavit at Exhibit P are true and accurate copies of Museum of Fine Arts catalog pages containing images of Country Glass products produced by Country Glass in response to CTS's requests for production of documents.

18.     Attached to this Affidavit at Exhibit Q are true and accurate copies of the Country Glass logo and product labels produced by Country Glass in response to CTS's requests for production of documents.

19.     Attached to this Affidavit at Exhibit R is a true and accurate copy of a document containing photos of the allegedly infringing CTS "basket plate hanger," kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' requests for production of documents.

20.     Attached to this Affidavit at Exhibit S are true and accurate copies of sales records for the CTS basket plate hanger, kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' requests for production of documents.

21.     Attached to this Affidavit at Exhibit T are true and accurate copies of website images of the "Candles in a Can" described at paragraph 22 of the Amended Complaint (hereinafter "Aunt Sadie's Apple Pie, Happy Birthday, It's a Boy and It's a Girl Candles"), downloaded by counsel for CTS from various retail websites, including the website of Plaintiff Aunt Sadie's, Inc. ("Aunt Sadie's").

22.     Attached to this Affidavit at Exhibit U are true and accurate copies of sales numbers for the Aunt Sadie's Apple Pie, Happy Birthday, It's a Boy and It's a Girl Candles produced by Aunt Sadie's in response to CTS's requests for production of documents.

23.     Attached to this Affidavit at Exhibit V are true and accurate copies of Aunt Sadie's magazine promotions produced by Aunt Sadie's in response to CTS's requests for production of documents.

24.     Attached to this Affidavit at Exhibit W are true and accurate copies of a letter from Aunt Sadie's co-owner Gary Briggs to CTS, and attached letter from an Aunt Sadie's customer, sent to CTS prior to litigation, kept by CTS in the ordinary course of business, and produced by CTS in response to Plaintiffs' requests for production of documents.

25.     Attached to this Affidavit at Exhibit X are true and accurate copies of the label designs for the allegedly infringing CTS "candle tins," kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' requests for production of documents.

26.     Attached to this Affidavit at Exhibit Y are true and accurate copies of sales records for the CTS candle tins, kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' requests for production of documents.

27.     Attached to this Affidavit at Exhibit Z is a true and accurate copy of the front cover of the 29-page book, It's Great to Create by Susan R. Boerman, described at paragraph 14 of the Amended Complaint, purchased on eBay by counsel for CTS.

28.     Attached to this Affidavit at Exhibit AA are true and accurate copies of pages 20-21 and 24-25 of It's Great to Create, produced by Boerman's counsel by e-mail on September 16, 2005, pursuant to CTS's request for additional information regarding Boerman's claims.

29.     Attached to this Affidavit at Exhibit BB are true and accurate copies of sales records for the allegedly infringing CTS "painted Christmas hanger" and "fall painted plaque," kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' requests for production of documents.

30.     Attached to this Affidavit at Exhibit CC is a true and accurate copy of a CTS advertising flyer, kept by CTS in the usual course of its business and produced by CTS in response to Plaintiffs' requests for production of documents.

31.     Attached to this Affidavit at Exhibit DD is a true and accurate copy of two CTS price labels, representative of those attached to the CTS products used in deposition by counsel for Plaintiffs.


Signed, under the pains and penalties of perjury, this 15th day of May, 2006.


  /s/  Carrie Kei Heim                              
Carrie Kei Heim

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

JOHN KNIGHT, et al.,
       Plaintiffs,

    vs.                04-12698-JLT

CHRISTMAS TREE SHOPS, INC.,
       Defendant.

    TESTIMONY OF CAROLYN CUMMINGS, called as a
witness by and on behalf of the Plaintiffs, taken
pursuant to the Federal Rules of Civil Procedure,
before Paula E. Hogan, CSR, RPR, Notary Public in and
for the Commonwealth of Massachusetts, taken at Ramada
Regency Hotel, 1127 Route 132, Hyannis, MA, on Friday,
September 23, 2005, commencing at 9:00 a.m.

---

**CAPE COD COURT REPORTING**
11 Elliott Way     Harwich, MA  02645
508.430.7331     508.432.7384-fax
cccr@capereporting.com

2

1                    APPEARANCES:

2    JOEL D. JOSEPH, ESQ.
     Joseph & Associates
3    7272 Wisconsin Avenue           FOR THE PLAINTIFFS
     Suite 300
4    Bethesda, MA 20814
     301-941-1989

5

6    PETER A. BIAGETTI, ESQ.
     Mintz, Levin, Cohn, Ferris,
7    Glovsky & Popeo, P.C.           FOR THE DEFENDANT
     One Financial Center
8    Boston, MA 02111
     617-542-6000

9

10   KENNETH O. BRADLEY, ESQ.
     Litigation Counsel
11   650 Liberty Avenue             BED BATH & BEYOND
     Union, NJ 07083
12   908-688-0999 x 4507

13   ALSO PRESENT:

14   JOHN FRANCIS KNIGHT
     DONNA RUSSELL KNIGHT

15

16

17

18

19

20

21

22

23

24

11

1  wrap, gift bags, stationery, cards.

2        Q.      Do you supervise any other employees?

3        A.      Not right now.

4        Q.      What are your job responsibilities?

5        A.      Buying the paper goods categories.

6        Q.      And how do you decide what products to

7  buy?

8        A.      Many, many different ways.

9        Q.      Well, tell me some of them.

10        A.      Well, there's a past history to look at,

11  what's sold in the past.  And I buy a lot of basic

12  commodity items, like napkins and things like that.

13        Q.      So, the basic commodity items you order

14  and reorder them each year, is that right?

15        A.      I have a lot of those, yes.

16        Q.      And what about new products, how do you

17  decide which new products to buy?

18        A.      We go to a lot of shows.  We visit a lot

19  of vendors.

20        Q.      What shows do you attend?

21        A.      I attend the stationery show.

22        Q.      And where is that?

23        A.      New York.  Atlanta Gift Show, ASD Show.

24        Q.      What is that?

12

1    A.    It's called ASD.

2    Q.    What does that stand for?

3    A.    I don't know.  It's Las Vegas, a big trade

4 show.

5    Q.    And what type of products do they have

6 there?

7    A.    Many different products.  You name it.

8 They have gift products, they have apparel, they have

9 jewelry, they have hunting, they have it all.

10    Q.    And when you go to these gift shows, what

11 are you doing there?

12    A.    Meeting people, looking for products,

13 looking for trends, looking for closeouts, looking for

14 new vendors.

15    Q.    Now, concerning closeouts, does Christmas

16 Tree Shops have a policy of buying closeouts?

17    A.    A policy?  We buy them.  I don't know,

18 there's no policy.

19    Q.    You buy them, I mean, that is a policy.

20    A.    Okay.  Yeah, we buy closeouts.

21            MR. BIAGETTI:  Objection.  You may

22 answer.

23    A.    Yes, we buy closeouts.

24    Q.    Who gives you instructions about buying

13

1    things like closeouts?

2        A.      We're very independent buyers, so I

3    wouldn't necessarily say there are instructions.

4        Q.      When you order a product, does anybody

5    have to approve it?

6        A.      No.

7        Q.      Now, you say you look for trends, tell me

8    what that means.

9        A.      Colors that are popular, new items,

10   something that looks fresh.

11       Q.      If you see a new item that looks good, do

12   you order it?

13       A.      We could.

14       Q.      Do you ever try to duplicate that item?

15       A.      Duplicate it?

16       Q.      Yes.

17       A.      We might use it for inspiration.

18       Q.      Do you order these products as samples?

19       A.      Yes.   Sometimes we have.

20       Q.      Do you ever send the sample to a vendor to

21   see if they can produce something similar to it?

22       A.      Yes.

23       Q.      Does Christmas Tree Shops have a written

24   intellectual property policy?

28

1    A.    A company called Briwell.

2    Q.    And where are they located?

3    A.    China.

4    Q.    Did you order that piece?

5    A.    Yes.

6    Q.    How did you go about ordering that piece?

7    Did you send Plaintiffs' Exhibit number 5 as a sample

8    to Briwell?

9    A.    Yes.

10   Q.    And what instructions did you give them?

11   A.    I don't know.

12   Q.    Well, they look pretty close to me, did

13   you tell them to copy it?

14             MR. BIAGETTI:  Objection.

15   A.    No.

16   Q.    What did you tell them to do?

17             MR. BIAGETTI:  Objection.

18   A.    I don't remember.

19   Q.    Why don't you tell me what are the

20   similarities between those two sconces and the

21   differences?

22   A.    They're glass and metal.

23   Q.    What kind of glass?

24   A.    Stained glass.

29

```
1       Q.      Do you know what opalescent glass is?

2       A.      No.

3       Q.      Do you know if either of these two contain

4  opalescent glass?

5       A.      I do not.

6               MR. BIAGETTI:  Have you finished your

7  answers of similarities and differences?

8               THE WITNESS:  I have not.

9       Q.      Would you continue, please?

10      A.      The front of this one is square.

11      Q.      Are you referring to the metal?

12      A.      Yes.

13      Q.      And what type of metal is it?

14      A.      I don't know.

15      Q.      Do you know what type of metal the other

16  one is?

17      A.      I don't know.

18      Q.      Did you give any instructions to Briwell

19  on what type of metal to use?

20      A.      No.

21      Q.      Did they produce the sample for you before

22  you made an order?

23      A.      Yes.

24              MR. BIAGETTI:  Have you completed your
```

30

1    answer on similarities and differences?

2                     THE WITNESS:  No.

3                     MR. BIAGETTI:  I think you should be

4    allowed to complete that.

5        Q.    Go right ahead.

6        A.    This one has a hanger and this one does

7    not.

8        Q.    What do you mean by a hanger?

9        A.    A hanger to hang it up.

10        Q.    Do you mean a loop?

11        A.    I mean a ribbon hanger.

12        Q.    A ribbon.  Okay.  Please continue.

13        A.    This one the metal is a different color

14    and it looks thinner.

15        Q.    Why don't you describe the colors of the

16    two different pieces?

17        A.    One is light blue stained glass with a

18    light color grayish metal.  And one is purple gray

19    with an almost black color metal.

20        Q.    How many different colors of glass did you

21    order from Briwell?

22        A.    Several.

23        Q.    What do you mean by several?

24        A.    I would have to look at the purchase order

34

1    there reflect the colors that were ordered?

2        A.      No.

3        Q.      Can I see that again, please?

4        A.      Yes.

5        Q.      On the second page that's marked CTS0057,

6    I sea wall vase, stained glass cream, green, white --

7        A.      Oh, I'm sorry.  I didn't see it.

8        Q.      -- pink, light pink, blue, purple, add

9    ribbon.  Could you look at that again, please?

10       A.      Cream, green, white, pink, light blue,

11   purple, add ribbon.

12       Q.      How many colors is that?

13       A.      Six.

14       Q.      So, Plaintiffs' Exhibit number 6, this

15   would be the blue one, is that correct?

16       A.      Correct.

17       Q.      Who decided to choose those colors?

18       A.      Me.

19       Q.      And how did you make that decision?

20       A.      I just liked them.

21       Q.      Okay.

22               MR. JOSEPH:  Could you mark this as

23   the next number, please?

24               (Whereupon, the document referred to

35

1          by counsel was duly marked for

2          identification as Exhibit #17.)

3      BY MR. JOSEPH:

4    Q.    You testified that you were finished with

5 your analysis of the similarities of these two

6 sconces, is that correct?

7    A.    There's only one more difference.

8    Q.    What is that?

9    A.    One has our Christmas Tree Shops price

10 sticker on it and the other one does not.

11    Q.    Also the Christmas Tree Shops one does say

12 Made in China, is that correct?

13    A.    Yes.

14    Q.    Now, is that sticker permanent and

15 indelible?

16          MR. BIAGETTI:  Objection.  You may

17 answer.

18          MR. JOSEPH:  He will tell you, I

19 believe, if he instructs you not to answer a question,

20 is that correct?

21          MR. BIAGETTI:  I haven't been bashful

22 about it so far.

23    A.    It can be peeled off.

24    Q.    Now, are these two sconces the same size?

41

```
 1      A.      It could, I don't know.

 2      Q.      And what was the price change?

 3      A.      $1.99 to $1.

 4      Q.      Were there any sales?  Does that document

 5  reflect any sales at $1?  There's only one page there,

 6  is that correct?

 7      A.      5,188.

 8      Q.      5,188?

 9      A.      Yes.

10      Q.      And what's the year for that?

11      A.      Price change was February 4, '04.

12      Q.      So, would that 5,188 be in addition to the

13  other sales that we talked about?

14      A.      No.

15      Q.      So, it's part of those sales?

16      A.      Correct.

17      Q.      Some of the sales were at $1.99, some were

18  at a dollar?

19      A.      Correct.

20      Q.      And who effected that price change?

21      A.      Phyllis.

22      Q.      Who is Phyllis?

23      A.      An administrative assistant.

24      Q.      And what department is she in?
```

46

1    at the Glass Eye, is that correct?

2        A.    Correct.

3        Q.    Was the sconce also purchased at the Glass

4    Eye?

5        A.    Yes.

6        Q.    You just don't know the person who did it?

7        A.    Correct.

8        Q.    Did you see the sconce at the Glass Eye?

9        A.    Yes.

10       Q.    I'm going to show you a document marked

11   Plaintiffs' Exhibit number 8.  Do you recognize that?

12       A.    Yes.

13       Q.    What is it?

14       A.    Blueberry glass plate.

15       Q.    That's how you identified number 7?

16       A.    Correct.

17       Q.    Why don't we go through the similarities

18   and differences between the two.

19       A.    Okay.

20       Q.    Why don't you tell me.  Why don't you

21   start with the differences.

22       A.    This one is a little bit darker than this

23   one.

24       Q.    Please say by exhibit number.

47

1     A.     Number 7 is a lighter color than number 8.

2  Number 8 is a little bit smaller.

3     Q.     Are you done with the differences?

4     A.     Number 8 has a leather hanger through a

5  hole on the top.  Okay.

6     Q.     Are you done with the differences?

7     A.     Yes.

8     Q.     What are the similarities?

9     A.     Number 7 and 8 are blueberry, blue glass

10  plates with a basket on the front, with flowers and

11  blueberries.

12     Q.     Have you ever heard it referred to as a

13  Nantucket basket?

14     A.     Oh, can I go back.  When you mentioned the

15  basket, there's a little bit of difference on the

16  basket.

17     Q.     Sure.

18     A.     This just has very round pieces of glass

19  making the basket and this one is just more oval.

20     Q.     Why don't you identify them by number?

21     A.     The number 7 the basket has more round

22  pieces of glass to form the basket.  Number 8 looks a

23  little more oval.

24     Q.     If you compare the fruit, do you know what

48

1  kind of fruit that is?

2      A.      I do not.

3      Q.      Concerning the basket, do you know if the

4  ridges are the same number of bumps on the basket

5  part?  Do you know that?

6      A.      I do not know.

7      Q.      I'm not going to count them.  Why don't

8  you compare the leaves, are the leaves the same size

9  and shape on both of them?

10     A.      Number 8, the leaves have more lines in

11  them; number 7 they're smoother.

12     Q.      Did you order the plate that's marked as

13  exhibit number 8?

14     A.      I did not.

15     Q.      Do you know who did?

16     A.      Yes.

17     Q.      Who was that?

18     A.      Greg Belizekian.

19          MR. JOSEPH:  We'll mark this document

20  as the next number, please.

21          (Whereupon, the document referred to

22              by counsel was duly marked for

23              identification as Exhibit #20.)

24          BY MR. JOSEPH:

49

1    Q.    How did it come about that Greg Belizekian

2 ordered the plate when you saw it and identified it at

3 the Glass Eye as a good product?

4    A.    We worked together very closely.

5    Q.    Was he the glass buyer?

6    A.    No.

7    Q.    You were the glass buyer at the time, is

8 that correct?

9    A.    Correct.

10    Q.    Why would he have ordered the plate then?

11    A.    Divisional merchandise managers can buy

12 products under their buyer's responsibilities.

13    Q.    I want to show you the document that's

14 been marked exhibit 20, Bates stamped CTS9 and 10. Do

15 you recognize it?

16    A.    It's a sales contract.

17    Q.    And who is the sales contract with?

18    A.    Zibo Anto Glass Industry.

19    Q.    And where are they located?

20    A.    China.

21    Q.    And what is it an agreement for,

22 concerning what product or products?

23    A.    Glass wind spinners, glass plate hanging

24 and glass wind spinner.

50

1     Q.    Does it include the plates we're talking

2  about here, Plaintiffs' exhibit 8?

3     A.    Yes.

4     Q.    And how many plates were ordered?

5     A.    4800.

6     Q.    And what was the cost?

7     A.    50 cents.

8     Q.    Do you know if the plates or a plate just

9  like Plaintiffs' Exhibit number 7 was shipped to Zibo

10  as a sample?

11     A.    Yes.

12     Q.    Did you ship it to them?

13     A.    No.

14     Q.    Do you know who did?

15     A.    No.

16     Q.    How do you know that it was shipped to

17  Zibo?

18     A.    It was in our office, and it went in a box

19  and was shipped.

20     Q.    Did you see it be put in that box?

21     A.    No.

22     Q.    But that is the normal practice to send

23  off samples to a supplier like that?

24     A.    We have sent samples to suppliers.

61

1    Q.    And who prepared that picture?

2    A.    I don't know.

3    Q.    What was the purpose of that document?

4    A.    There's instructions, there's information

5    saying -- do you want me to read it?

6              MR. BIAGETTI:  The document will speak

7    for itself.  If it triggers a memory of yours of what

8    its purpose was, you may testify to your memory.

9    A.    The bottom portion is regarding purchase

10   order 31656.  And it's an e-mail correspondence

11   regarding the glass plate basket plate hanger,

12   instructing to put two holes in the back of it and a

13   leather strap for hanging.

14   Q.    Well, I'm looking at the plate now and I

15   only see one hole.

16   A.    Correct.

17   Q.    Were there supposed to be two?

18   A.    Yes.

19   Q.    So that was a mistake then, is that

20   correct?

21              MR. BIAGETTI:  Objection.

22   Q.    Your instructions called for two holes, is

23   that right?

24   A.    Yes.

62

1    Q.    Why did you or the person who wrote that

2 instruction -- who wrote that instruction?

3    A.    Me.

4    Q.    Okay.  Why did you want two holes?

5    A.    To hang the item.

6    Q.    Where would the other hole have gone?

7    A.    One here and one here.

8    Q.    I see.

9              MR. JOSEPH:  Could you mark this one,

10 please?

11         (Whereupon, the document referred to

12              by counsel was duly marked for

13              identification as Exhibit #27.)

14              MR. JOSEPH:  Thank you.

15         BY MR. JOSEPH:

16    Q.    I'm going to show you the document marked

17 Plaintiffs' Exhibit 27, CTS104.  Do you recognize this

18 document?

19    A.    It's the glass plate hanger photograph.

20    Q.    Yes.  And there seems to be two different

21 sizes in the photograph of the glass plates.  Could

22 you explain that to me, please?

23    A.    I cannot.

24    Q.    Was there an intent to make it in

74

1                    C E R T I F I C A T E

2              COMMONWEALTH OF MASSACHUSETTS

3    Barnstable, ss
     Re: KNIGHT, et al. V. CHRISTMAS TREE SHOPS, INC.
4
          I, PAULA E. HOGAN, CSR, RPR, Notary Public in and
5    for the Commonwealth of Massachusetts, do hereby
     certify as follows:
6
          1.      That CAROLYN CUMMINGS, the witness whose
7    testimony is herein before set forth was duly recorded
     and transcribed by me;
8
          2.      That such deposition is a true record of
9    the testimony given by said witness to the best of my
     knowledge, skill and ability.
10
          3.      I further certify that I am neither
11   attorney or counsel for, nor related to or employed
     by, any of the parties, and further that I am not a
12   relative or employee of any attorney or counsel
     employed by the parties hereto or financially
13   interested in this matter;

14   IN WITNESS WHEREOF, I hereunto set my hand and
     notarial seal this 2rd day of October, 2005.
15
16                              ORIGINAL SIGNED BY
                                PAULA E HOGAN
17
                       _____
18                     PAULA E. HOGAN, CSR, RPR
                       Notary Public
19                     My Commission Expires:
                       October 4, 2007
20

21

22
                  ANY REPRODUCTION OF THIS TRANSCRIPT
23                IS NOT AUTHORIZED BY THE CERTIFYING
                  REPORTER AND PHOTOCOPIES ARE NOT AN
24                        OFFICIAL RECORD.

                   *CAPE COD COURT REPORTING*
                        *508-430-7331*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


JOHN KNIGHT, et al.,
        Plaintiffs,

  vs.                 04-12698-JLT

CHRISTMAS TREE SHOPS, INC.,
        Defendant.



    TESTIMONY OF GREGORY BILEZIKIAN, called as a

witness by and on behalf of the Plaintiffs, taken

pursuant to the Federal Rules of Civil Procedure,

before Paula E. Hogan, CSR, RPR, Notary Public in and

for the Commonwealth of Massachusetts, taken at Ramada

Regency Hotel, 1127 Route 132, Hyannis, MA, on

Tuesday, November 8, 2005, commencing at 10:03 a.m.

*CAPE COD COURT REPORTING*
*11 Elliott Way*      *Harwich, MA  02645*
*508.430.7331*     *508.432.7384-fax*
*cccr@capereporting.com*

2

```
 1                    APPEARANCES:

 2   JOEL D. JOSEPH, ESQ.
     Joseph & Associates
 3   7272 Wisconsin Avenue          FOR THE PLAINTIFFS
     Suite 300
 4   Bethesda, MA 20814
     301-941-1989

 5


 6   PETER A. BIAGETTI, ESQ.
     Mintz, Levin, Cohn, Ferris,
 7   Glovsky & Popeo, P.C.          FOR THE DEFENDANT
     One Financial Center
 8   Boston, MA 02111
     617-542-6000

 9


10   KENNETH O. BRADLEY, ESQ.
     Litigation Counsel
11   650 Liberty Avenue             FOR BED BATH & BEYOND
     Union, NJ 07083
12   908-688-0999 x 4507

13   ALSO PRESENT:

14   JOHN FRANCIS KNIGHT
     DONNA RUSSELL KNIGHT
15

16

17

18

19

20

21

22

23

24
```

23

1      Q.      Do you know that that product came from

2   The Glass Eye or not?

3      A.      I'm not aware of where this sample came

4   from.

5      Q.      Do you know who produced that sample?

6      A.      No.

7      Q.      Did Christmas Tree Shops have that

8   manufactured?

9      A.      No.

10      Q.      I'll show you Plaintiffs' Exhibit 6.  Tell

11   me if you recognize this one.

12      A.      This I recognize.

13      Q.      What is that?

14      A.      It's a wall vase.

15      Q.      And did you order that?

16      A.      I did not.

17      Q.      Did someone under your supervision order

18   that?

19      A.      It's possible.

20      Q.      Could you compare Plaintiffs' Exhibit

21   number 5 and Plaintiffs' Exhibit number 6 and tell me

22   first the similarities.

23      A.      The similarities?  They're similar in size

24   and shape.

24

1     Q.     Are they similar in materials?

2     A.     No.  Similar, but not the same.

3     Q.     What's different?

4     A.     The product on the outside of this is a

5 much better piece of lead, the soldering and the way

6 it's built is much superior.

7     Q.     Which one is superior?

8     A.     Whatever this is.

9           MR. BIAGETTI:  Number 5.

10     A.     Number 5.  Sorry.  There's no -- it's

11 nicely seamed.  This is a nice piece of hand forged,

12 it's got a finish on it.  It's got a nice bead here at

13 the bottom.  The glass is nice quality glass.

14     Q.     Do you know what that glass is called?

15     A.     No.  Well, no.  I don't know if it has a

16 name.

17     Q.     Are there any other differences between

18 the two?

19     A.     Yeah.  This has a huge seam in it.  It's

20 coming apart.

21           MR. BIAGETTI:  Sorry, what number?

22     A.     Number 6 has a big seam that is coming

23 apart.

24     Q.     And number 6 is your product, is that

25

1    correct?

2        A.      Number 6 is Christmas Tree Shops, made in

3    China, $1.99.  This is, you know, poor quality lead,

4    it's not nice material.

5        Q.      Is it lead at all?

6        A.      I don't know what it is, to be honest with

7    you.  That's not fair.  I don't know what it is.  The

8    metal, I should probably call it metal, the metal is

9    very soft.  It's not of good quality.  It's not made

10   well.

11       Q.      So, you're testifying that the Christmas

12   Tree Shops product is inferior in quality to --

13       A.      To number 5.

14       Q.      -- to number 5?

15       A.      It's inferior, it's not made the same.  It

16   looks different.  This edge is different.  This has a

17   hanger.  The weight is different.  It's a different

18   product.

19               MR. BIAGETTI:  Have you finished your

20   answer on the differences that you see between the

21   two?

22       A.      Physically, yes.

23       Q.      Are there any other differences besides

24   the physical differences?

26

1     A.     Yeah.   The person that's going to shop for

2  this product or this product is going to be completely

3  different.   This is -- a sophisticated person has to

4  understand what they're looking at.   This was made for

5  a specialty store.   This is made for a very limited

6  market.   This is made for mass, you know, for $1.99;

7  different person altogether.

8     Q.     Is the sconce or vase that's marked

9  Plaintiffs' Exhibit 6 a copy of Plaintiffs' Exhibit

10 number 5?

11    A.     No.

12                MR. BIAGETTI:   Objection.

13    Q.     If it's not a copy -- well, let me ask you

14 this.   Do they both have three pieces of glass?

15    A.     Yes.

16    Q.     Are those three pieces of glass, are each

17 of the three the same shape?

18    A.     No.

19    Q.     Are there two different pieces?

20    A.     They're not the same shape.

21    Q.     How are they different?

22    A.     (No oral response.)

23    Q.     Tell me.

24    A.     Okay.   This particular shape is different.

27

1    If you look at the way they're cut, I'm sure they're

2    cut completely different.

3        Q.      Let me take a look.  Looking at the back,

4    I have, we'll call it a cone shaped piece, it looks

5    like an ice cream cone, is that correct?

6        A.      Those are your words.

7        Q.      Well, why don't you give me your words.

8    What would you call that shape of the back piece?

9        A.      Triangle, it's a rounded top triangle.

10       Q.      If you put those two together -- you can

11   put them together, I'd like you to put them together.

12   I'd like you to tell me if they're the same size and

13   shape or not.

14       A.      Difficult to tell without taking this

15   metal off if they're the exact same size.  They're

16   similar.

17       Q.      And the other two pieces of glass, the two

18   side pieces, are they the same shape in exhibits

19   number 5 and 6?

20       A.      No.

21       Q.      How are they different?

22       A.      The curve is different here.

23       Q.      Explain to me how the curve is different.

24       A.      You could see here, this is a much

28

1    different shape, starting low and coming high.  And

2    this is not the same, it's a much different slope.

3        Q.    Well, when I put them next to each other,

4    although they may not be identical, they're similar in

5    size and shape.  Why don't you put them next to each

6    other and tell me how they're different.

7              MR. BIAGETTI:  Well, I think what he

8    wants to know is whether when you put them next to

9    each other, your answer would be different.

10       Q.    Are they substantially similar, those two

11   items?

12             MR. BIAGETTI:  Objection.

13       Q.    You can answer.  Why don't we do it this

14   way.  Why don't you tell me what percentage they're

15   the same.  Is it a hundred percent the same or 90

16   percent the same or 50 percent the same?  You give me

17   a percentage.

18             MR. BIAGETTI:  Objection.  If you can

19   assign a percentage, you can answer.

20       A.    I cannot assign a percentage.

21       Q.    All right.  You stated before that you

22   told vendors not to copy, is that correct?

23       A.    I'd have to go back and read exactly what

24   I said.

32

1  couldn't tell the difference.

2     A.    This one, if you ask me sitting side by

3  side can I tell, yes.  Could I tell whether they were

4  the ones as you explained to me before, I find them to

5  be different.

6     Q.    And how are there different?

7     A.    This is thicker, darker, rounder.  This is

8  number 8.

9     Q.    And how are they similar?

10    A.    They have a basket and a box.

11          MR. BIAGETTI:  And did you finish your

12  answer on how they were different?

13    A.    No.  This is a leather hanger.  This has

14  got some kind of a mark in it.  I don't know what it

15  is.

16    Q.    Directing your attention to the pattern on

17  the two pieces of glass that you almost broke, could

18  you tell any differences between the two patterns?

19    A.    Yeah.

20    Q.    What are those differences?

21    A.    Number 8 has a deeper emboss, the berries

22  are much more vivid.  The leaves are more vivid.

23    Q.    Which one is more vivid, 7 or 8?

24    A.    8, number 8.

33

1          MR. BIAGETTI:  Have you finished your

2  answer on the way that image is different?

3          THE WITNESS:  Yes.

4     Q.    Could you tell me if exhibit 8 is a copy

5  of exhibit 7?

6     A.    No, I couldn't tell you if they're a copy.

7     Q.    Well, why can't you tell me?

8     A.    Because I don't know if it's a copy or

9  not.

10    Q.    If you put it right next to each other,

11  can you compare it?

12    A.    I can't say that it's a copy.

13    Q.    Okay.  Were you involved with ordering

14  Plaintiffs' Exhibit number 8?

15    A.    I do not recall.

16    Q.    Do you know of any person's name who was

17  involved with buying it?

18    A.    No.

19    Q.    Did you see that particular sun catcher at

20  The Glass Eye?

21    A.    I do not recall.

22    Q.    Do you know that copying copyrighted

23  products is a federal criminal offense?

24    A.    I don't know.

40

1        A.        Similar.

2        Q.        Is the type face of the Frosty Snow Cones

3   similar, the font?

4        A.        Remotely similar.

5        Q.        Explain what you mean by remotely similar.

6        A.        This is lots of shading.  Excuse me.

7   Exhibit 2 has lots of shading.  It's very consistent

8   in terms of word to word.  Depth of which they're done

9   is significantly different.

10        Q.        Apart from the shading within the letters,

11   are the sizes and shapes of the letters the same?

12        A.        No, they're not the same.

13        Q.        Are they substantially similar?

14                    MR. BIAGETTI:  Objection.

15        Q.        Are you thinking?

16        A.        No.

17        Q.        So, I asked you are they, are the shapes

18   of the letters substantially similar?

19                    MR. BIAGETTI:  Objection.  You may

20   answer.

21        A.        I don't think they're the same.

22        Q.        On exhibit number 2, do you see the Made

23   in China sticker on it?

24        A.        Yes.

41

1    Q.    Is that sticker permanent and indelible?

2    A.    No.

3              MR. BIAGETTI:  Before we go much

4    further, did you finish your answer with regard to the

5    differences between the two exhibits?

6    A.    Besides the thickness of the wood, the

7    quality of the wood is completely different.  And the

8    other product is not the same at all.

9    Q.    Looking at exhibits 2 and 3 again, the

10   shape, the large shape where the snowman is, is that

11   the same on the two products?

12   A.    I'm not sure what you mean.

13   Q.    The egg shape?

14   A.    No.

15   Q.    How are they different?

16   A.    They're different.

17              MR. BIAGETTI:  He asked you how

18   they're different.

19   A.    The shape is different.

20   Q.    How is the shape different?

21   A.    This is much more of an oval, this is more

22   of a medallion.  The placement is completely

23   different.

24   Q.    How is the placement completely different?

47

1            C E R T I F I C A T E

2          COMMONWEALTH OF MASSACHUSETTS

3  Barnstable, ss
   Re: Knight, et al. V. CHRISTMAS TREE SHOPS, INC.
4
        I, PAULA E. HOGAN, CSR, RPR, Notary Public in and
5  for the Commonwealth of Massachusetts, do hereby
   certify as follows:
6
        1.     That GREG BILEZIKIAN, the witness whose
7  testimony is herein before set forth was duly recorded
   and transcribed by me;
8
        2.     That such deposition is a true record of
9  the testimony given by said witness to the best of my
   knowledge, skill and ability.
10
        3.     I further certify that I am neither
11 attorney or counsel for, nor related to or employed
   by, any of the parties, and further that I am not a
12 relative or employee of any attorney or counsel
   employed by the parties hereto or financially
13 interested in this matter;

14 IN WITNESS WHEREOF, I hereunto set my hand and
   notarial seal this 18th day of November, 2005.
15

16

17                          _____

18                          PAULA E. HOGAN, CSR, RPR
                            Notary Public
19                          My Commission Expires:
                            October 4, 2007
20

21

22          ANY REPRODUCTION OF THIS TRANSCRIPT
            IS NOT AUTHORIZED BY THE CERTIFYING
23          REPORTER AND PHOTOCOPIES ARE NOT AN
                 OFFICIAL RECORD.
24

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


JOHN KNIGHT, et al.,
          Plaintiffs,

     vs.                         04-12698-JLT

CHRISTMAS TREE SHOPS, INC.,
          Defendant.



TESTIMONY OF JANICE LALIBERTE, called as a witness by

and on behalf of the Plaintiffs, taken pursuant to the

Federal Rules of Civil Procedure, before Paula E.

Hogan, CSR, RPR, Notary Public in and for the

Commonwealth of Massachusetts, taken at Ramada Regency

Hotel, 1127 Route 132, Hyannis, MA, on Tuesday,

November 8, 2005, commencing at 2:10 p.m.



*CAPE COD COURT REPORTING*
*11 Elliott Way      Harwich, MA   02645*
*508.430.7331        508.432.7384-fax*
*cccr@capereporting.com*

2

1                    APPEARANCES:

2    JOEL D. JOSEPH, ESQ.
     Joseph & Associates
3    7272 Wisconsin Avenue          FOR THE PLAINTIFFS
     Suite 300
4    Bethesda, MA 20814
     301-941-1989

5

6    PETER A. BIAGETTI, ESQ.
     Mintz, Levin, Cohn, Ferris,
7    Glovsky & Popeo, P.C.          FOR THE DEFENDANT
     One Financial Center
8    Boston, MA 02111
     617-542-6000

9

10   KENNETH O. BRADLEY, ESQ.
     Litigation Counsel
11   650 Liberty Avenue             FOR BED BATH & BEYOND
     Union, NJ 07083
12   908-688-0999 x 4507

13   ALSO PRESENT:

14   JOHN FRANCIS KNIGHT
     DONNA RUSSELL KNIGHT

15

16

17

18

19

20

21

22

23

24

6

1     A.      Dinnerware, glass, crystal and ceramic

2   gift.

3     Q.      Have you had different categories of

4   buying?

5     A.      Yes.

6     Q.      Have you ever purchased candles?

7     A.      Yes.

8     Q.      Let's start with this one here.

9     A.      The candle?

10    Q.      The candle is marked Plaintiffs' Exhibit

11  number 10.  Do you recognize that?

12    A.      Yes.  It has our ticket on it, Christmas

13  Tree Shops.

14    Q.      Besides the ticket, do you remember

15  purchasing that product?

16    A.      Yes.

17    Q.      And who did you purchase it from?

18    A.      It was a factory in China.

19    Q.      And the name of the factory?

20    A.      Prudential.

21    Q.      Just like the insurance company in Boston?

22    A.      Yes.

23    Q.      And do you remember how many different

24  types of candles of that type that you ordered?

8

1      A.      31.

2      Q.      31.   I'm sorry.   Do you recognize that

3  candle?

4      A.      No.

5      Q.      Here is Plaintiffs' Exhibit 28.   Do you

6  recognize that?

7      A.      No, I don't.

8      Q.      Here's Plaintiffs' Exhibit 30.   Do you

9  recognize that candle?

10     A.      No, I don't.

11     Q.      How did you come to order the three

12  different candles that you described, It's a Girl,

13  It's a Boy and Happy Birthday?

14     A.      Well, to the best of my recollection, we

15  are very successful with anything that is Happy

16  Birthday related.   At the time I was a candle buyer, I

17  thought we would take that theme and carry it through

18  to candles.

19          We are also very successful with anything

20  that is baby related.   So, that's where the idea came

21  from; based on themes that we are successful with.

22     Q.      And you stated, I showed you three or four

23  candles from a company called Aunt Sadie's.   Are you

24  familiar with the company Aunt Sadie's Candles?

10

1   similar?

2        A.      Well, it's hard to see, this one is

3   covered.   They are the same color; different finish

4   but the same color.

5        Q.      And the text on the covers, is the text

6   similar?

7        A.      They both say the same thing.

8        Q.      Which is?

9        A.      It's a Boy.

10       Q.      And you never saw the Aunt Sadie's version

11  of that before, is that correct?

12       A.      That is correct.

13       Q.      And do they have the same aroma?  Can you

14  open them up and take a sniff?

15       A.      No.

16       Q.      Are they different?

17       A.      Yes.

18       Q.      And could you describe the two aromas?

19       A.      This is number 28, exhibit 28, very highly

20  fragranced.  Exhibit number 10, no fragrance.

21       Q.      No fragrance at all?

22       A.      I don't smell anything.

23       Q.      Was anyone else involved in the buying

24  decision concerning that candle, that It's a Boy

11

1  candle?

2     A.    No.

3     Q.    No one told you to buy this candle?

4     A.    Oh, no.

5     Q.    So, how did you decide what size the can

6  would be?

7     A.    The decision was actually made by the

8  factory presenting to me what was available.

9     Q.    Okay.  I'll show you a document marked

10 exhibit 41.  Tell me if you recognize it.

11    A.    I recognize it.

12    Q.    And when did you first see that document?

13    A.    Sometime during the year 2005.

14    Q.    And you never saw it before then?

15    A.    About 2005.  No, I have no recollection of

16 ever seeing it before that.

17    Q.    Do you know if that is a new document?  In

18 other words, one prepared during 2005?

19    A.    I wouldn't know when it was prepared.

20    Q.    Okay.  But you had been working, as you

21 testified, for eight years for the company?

22    A.    Correct.

23    Q.    Wouldn't you have seen it if that was the

24 standard intellectual property policy?

12

1          MR. BIAGETTI:  Objection.  If you saw

2  it you may say so.

3          Q.     When you ordered the candle, exhibit 10,

4  did you give the supplier a copy of that document, the

5  intellectual policy, exhibit number 41?

6          A.     I don't actually apply this document

7  myself.  We have a person who is in charge of sending

8  samples out.  It is at that time that this would be

9  applied to the sample.  So, that's not something that

10 I would do.

11         Q.     Okay.  So, this document, exhibit 41,

12 would be supplied to some sample that you want the

13 company in China or someplace else to make something

14 similar to, is that correct?

15         A.     No.  It's actually applied to an item

16 where, that we're going to manufacture.  And this is

17 the tag that's attached.

18         Q.     What was done, if you know, concerning

19 ordering that candle, exhibit number 10?  What was

20 sent to the supplier in China?

21         A.     Art work.

22         Q.     Anything else?

23         A.     Photographs possibly of the samples they

24 had sent to me.  That could be.  But again, this was a

13

1  while back.

2      Q.    How long ago was it?

3      A.    I don't even remember when the order was

4  actually written.  I haven't bought candles since

5  June, so it was sometime way before that.  So, I'm not

6  quite sure when the order was written.

7      Q.    So, these candles were supplied sometime

8  in 2005, is that correct?

9      A.    Yes.

10     Q.    Are you still receiving candles or has

11 that product run its course?

12     A.    I don't understand the question.  I'm

13 sorry.

14     Q.    Are you still selling these candles in

15 Christmas Tree Shops?

16     A.    I don't know.  As I said, I haven't had

17 this category since June 1st.  So, I really don't know

18 the disposition at this point.  I don't know if

19 they're still in stock.

20     Q.    What is your category now?

21     A.    Dinnerware, glass and ceramic gift.

22     Q.    Now, glass would include something like

23 Plaintiffs' Exhibit number 8?  Do you recognize that?

24     A.    No, I don't.  I don't recognize it.

17

1                  C E R T I F I C A T E

2            COMMONWEALTH OF MASSACHUSETTS

3    Barnstable, ss
     Re: KNIGHT, et al. V. CHRISTMAS TREE SHOPS
4
         I, PAULA E. HOGAN, CSR, RPR, Notary Public in and
5    for the Commonwealth of Massachusetts, do hereby
     certify as follows:
6
         1.      That JANICE LALIBERTE, the witness whose
7    testimony is herein before set forth was duly recorded
     and transcribed by me;
8
         2.      That such deposition is a true record of
9    the testimony given by said witness to the best of my
     knowledge, skill and ability.
10
         3.      I further certify that I am neither
11   attorney or counsel for, nor related to or employed
     by, any of the parties, and further that I am not a
12   relative or employee of any attorney or counsel
     employed by the parties hereto or financially
13   interested in this matter;

14   IN WITNESS WHEREOF, I hereunto set my hand and
     notarial seal this November 15, 2005.
15

16                          ORIGINAL SIGNED BY
                            PAULA E HOGAN
17                          _____
                            PAULA E. HOGAN, CSR, RPR
18                          Notary Public
                            My Commission Expires:
19                          October 4, 2007

20

21

22          ANY REPRODUCTION OF THIS TRANSCRIPT
            IS NOT AUTHORIZED BY THE CERTIFYING
23          REPORTER AND PHOTOCOPIES ARE NOT AN
                    OFFICIAL RECORD.
24

*CAPE COD COURT REPORTING*
*508-430-7331*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


JOHN KNIGHT, et al.,
            Plaintiffs,

    vs.                         04-12698-JLT

CHRISTMAS TREE SHOPS, INC.,
            Defendant.




    TESTIMONY OF DEBORAH WATTS, called as a witness

by and on behalf of the Plaintiffs, taken pursuant to

the Federal Rules of Civil Procedure, before Paula E.

Hogan, CSR, RPR, Notary Public in and for the

Commonwealth of Massachusetts, taken at Ramada Regency

Hotel, 1127 Route 132, Hyannis, MA, on Tuesday,

November 8, 2005, commencing at 1:03 p.m.

*CAPE COD COURT REPORTING*
*11 Elliott Way        Harwich, MA  02645*
*508.430.7331        508.432.7384-fax*
*cccr@capereporting.com*

2

```
 1                        APPEARANCES:

 2    JOEL D. JOSEPH, ESQ.
      Joseph & Associates
 3    7272 Wisconsin Avenue          FOR THE PLAINTIFFS
      Suite 300
 4    Bethesda, MA 20814
      301-941-1989
 5

 6    PETER A. BIAGETTI, ESQ.
      Mintz, Levin, Cohn, Ferris,
 7    Glovsky & Popeo, P.C.          FOR THE DEFENDANT
      One Financial Center
 8    Boston, MA 02111
      617-542-6000
 9

10    KENNETH O. BRADLEY, ESQ.
      Litigation Counsel
11    650 Liberty Avenue             FOR BED BATH & BEYOND
      Union, NJ 07083
12    908-688-0999 x 4507

13    ALSO PRESENT:

14    JOHN FRANCIS KNIGHT
      DONNA RUSSELL KNIGHT
15

16

17

18

19

20

21

22

23

24
```

10

1    Q.    Okay.  I'm going to show you exhibit

2  number 2.  Have you ever seen that before?

3    A.    No.

4    Q.    I show you a document marked Plaintiffs'

5  Exhibit 3.  Do you recognize that?

6    A.    Yes.  This is one of the designs of the

7  assortment.

8    Q.    And that's referenced on CTS0305?

9    A.    Actually no, it's not.  Because this one

10  says fall, so that would be referring to a fall

11  design.  This would be a Christmas design.

12    Q.    Did you purchase the product that's in

13  your hands right now, exhibit 2?

14    A.    Yes, I did.

15    Q.    And who did you order it from?

16    A.    From a factory in China.

17    Q.    And what's the name of it?

18    A.    Do you want the trader name?

19    Q.    The actual name of the company and any

20  other name that it goes by.

21    A.    Okay.  The trading agent's name is Jack-

22  Tom Industrial.

23    Q.    And how did you order this particular

24  item?

11

1    A.    We were in the factory and we were walking

2  around.  And I picked the fall design and Christmas

3  design off the shelf.  I picked this item off the

4  shelf.

5    Q.    So, Jack-Tom was already making this

6  product for someone else?

7    A.    The factory, Fanrong 2 is the factory

8  name.  And it was in their showroom.

9    Q.    Could you spell that for me?

10   A.    Okay.  F-a-n-r-o-n-g.

11   Q.    Fanrong?

12   A.    Fanrong number 2.

13   Q.    Do you know what that name means?

14   A.    I don't, I'm sorry.

15   Q.    Okay.  Did you visit the factory?

16   A.    Uh-huh.

17   Q.    And where is the factory?

18   A.    It's in a place called Huang Yan.

19   Q.    Could you spell that?

20   A.    Yes.  H-u-a-n-g Y-a-n.

21   Q.    And what province is that in, do you know?

22   A.    I don't know.  I'm sorry.

23   Q.    How did you fly there?

24   A.    I don't know where I flew from.  But we

16

1      Q.      Okay.

2                      MR. BIAGETTI:  So, just for my

3   clarification, 3600 pieces means 1200 sets of three?

4                      THE WITNESS:   1200 pieces of each

5   design.  So, there's three designs, 1200, 1200, 1200

6   for 36.

7                      MR. JOSEPH:  Got it.  Thank you.

8      Q.      I show you a document that's marked

9   Plaintiffs' Exhibit 41.

10             (Whereupon, the document referred to

11                 by counsel was duly marked for

12                 identification as Exhibit #41.)

13             BY MR. JOSEPH:

14     Q.      Could you tell me if you've ever seen that

15  document before?

16     A.      Yes, I've seen this before.

17     Q.      And when did you see it?

18     A.      I don't remember.

19     Q.      What is that document used for?

20     A.      This is -- we use this with our vendors so

21  that we do not -- we don't want to infringe on

22  anybody's patents, copyrights, et cetera.

23     Q.      Would you use that for every order that

24  you purchase?

17

1       A.     Would I use this on every order that I

2  purchase?

3              MR. BIAGETTI:  You.

4       Q.     Yes.

5              MR. BIAGETTI:  From now into the

6  future?

7       Q.     No, have you used it for every order that

8  you purchased?

9       A.     This?

10       Q.     That document, yes.

11              MR. BIAGETTI:  In her entire career at

12  Christmas Tree Shops?

13              MR. JOSEPH:  Yes.

14       A.     No.

15       Q.     For what period of time have you used it?

16       A.     I can't tell you.  I don't remember.

17       Q.     Did you use that document when you ordered

18  the winter sign, the Frosty Snow Cone?

19       A.     No.  I did not.

20       Q.     How do you know that?

21       A.     Because when I went into the factory, I

22  picked this off the shelf.  It was a ready made

23  product.

24       Q.     But wouldn't Christmas Tree Shops want a

26

1                    C E R T I F I C A T E

2              COMMONWEALTH OF MASSACHUSETTS

3    Barnstable, ss
     Re: KNIGHT, et al. V. Christmas Tree Shops
4
5         I, PAULA E. HOGAN, CSR, RPR, Notary Public in and
     for the Commonwealth of Massachusetts, do hereby
     certify as follows:
6
7         1.      That DEBORAH J. WATTS, the witness whose
     testimony is herein before set forth was duly recorded
     and transcribed by me;
8
9         2.      That such deposition is a true record of
     the testimony given by said witness to the best of my
     knowledge, skill and ability.
10
11        3.      I further certify that I am neither
     attorney or counsel for, nor related to or employed
     by, any of the parties, and further that I am not a
12   relative or employee of any attorney or counsel
     employed by the parties hereto or financially
13   interested in this matter;

14   IN WITNESS WHEREOF, I hereunto set my hand and
     notarial seal this 15th day of November, 2005.
15

16                        ORIGINAL SIGNED BY
                          PAULA E HOGAN
17                        _____

18                        PAULA E. HOGAN, CSR, RPR
                          Notary Public
19                        My Commission Expires:
                          October 4, 2007

20

21

22        ANY REPRODUCTION OF THIS TRANSCRIPT
          IS NOT AUTHORIZED BY THE CERTIFYING
23        REPORTER AND PHOTOCOPIES ARE NOT AN
                  OFFICIAL RECORD.

24

John F. Knight                                          11/09/2005

1                    VOL. I, PAGES 1 - 101

2            IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF MASSACHUSETTS

4

5    JOHN KNIGHT, DONNA RUSSELL KNIGHT,

6    CHARLES COLE, VIIU NIILER, COUNTRY GLASS

7    SHOP, AUNT SADIE'S, INC., AND SUSAN BOERMAN

8                         Plaintiffs

9    V.

10   CHRISTMAS TREE SHOPS, INC.

11                         Defendant

12

13                - - - - - - - -

14        30(b)(6) Notice to The Glass Eye Gallery

15            Deposition of John F. Knight

16          Wednesday, November 9, 2005

17                   11:00 a.m.

18   Mintz Levin Cohn Ferris Glovsky and Popeo, PC

19               One Financial Center

20               Boston, Massachusetts

21                - - - - - - - -

22        Reporter:  Deborah Roth, RPR/CSR

23

24

*CERTIFIED ORIGINAL LEGALINK BOSTON*

John F. Knight                                      11/09/2005

```
                                                            2
 1    PRESENT:

 2

 3

 4    Joel D. Joseph, Esq.

 5    Joseph & Associates

 6    7272 Wisconsin Avenue, Suite 300

 7    Bethesda, Maryland  20814

 8    301 941 1989

 9    For the Plaintiffs

10

11

12    Peter A. Biagetti, Esq.

13    Carrie Kei Heim, Esq.

14    Mintz Levin Cohn Ferris Glovsky and Popeo, PC

15    One Financial Center

16    Boston, Massachusetts  02111

17    617 542 6000

18    For the Defendant

19

20    ALSO PRESENT:  Kenneth Bradley, Esq.

21                   Donna Knight

22

23

24
```

6

| :02:51 | 1 | direct your attention to the second paragraph. |
|---|---|---|

:02:51      1    direct your attention to the second paragraph.

11:02:52    2         It says that, "The Glass Eye Gallery is

11:02:56    3    obligated to designate one or more officers,

11:02:58    4    directors or other persons who consent to testify

11:03:02    5    on its behalf concerning the subject matter set

11:03:06    6    forth in the attached exhibit."

11:03:09    7         It says that, "We have requested Glass

11:03:13    8    Eye produce the individual or individuals most

11:03:15    9    qualified to testify in the matters set forth in

11:03:18    10   the exhibit."

11:03:19    11        Now, you have never seen the exhibit

11:03:20    12   before, correct?

03:21       13       A.  No.

11:03:21    14       Q.  Take a look at it now, please, and tell me

11:03:24    15   whether you are indeed the person most qualified to

11:03:29    16   testify on the subjects that are set forth in it.

11:04:03    17       A.  Yes, I am.

11:04:03    18       Q.  And what is your position at Glass Eye

11:04:07    19   Gallery?

11:04:07    20       A.  I am co-owner of the Glass Eye Gallery and

11:04:14    21   its condominium unit with my wife, Donna.

11:04:18    22       Q.  What's Donna's full name?

11:04:20    23       A.  Donna Russell Knight.

11:04:24    24       Q.  No other owners other than you and Donna?

John F. Knight                                           11/09/2005

7

| 04:33 | 1 | A. At the current time, the business is in my |
|---|---|---|
| 11:04:35 | 2 | name individually as the owner. |
| 11:04:39 | 3 | Q. But no one else has an ownership interest |
| 11:04:42 | 4 | in the gallery? |
| 11:04:43 | 5 | A. No. |
| 11:04:43 | 6 | Q. And you said gallery and condominium? |
| 11:04:45 | 7 | A. The building is in both of our names. |
| 11:04:49 | 8 | Q. Is the building that houses the gallery |
| 11:04:56 | 9 | also owned by you? |
| 11:04:57 | 10 | A. Yes. |
| 11:04:57 | 11 | Q. Any other tenant stores? Anybody else who |
| 11:05:00 | 12 | lives or does business in that building? |
| 05:01 | 13 | A. No. |
| 11:05:02 | 14 | Q. And is it a freestanding building? |
| 11:05:07 | 15 | A. Yes. |
| 11:05:07 | 16 | Q. Can you describe it? |
| 11:05:08 | 17 | A. It is a two-story, aboveground, with a |
| 11:05:13 | 18 | basement, lower level, with my studio of |
| 11:05:16 | 19 | approximately 1,000 square feet. |
| 11:05:20 | 20 | The gallery is on the street level, |
| 11:05:23 | 21 | with a ramp leading to the front door and is |
| 11:05:28 | 22 | approximately 1,000 square feet and encompasses a |
| 11:05:32 | 23 | small kitchenette and half bath. |
| 11:05:36 | 24 | The second floor is approximately 650 |

John F. Knight                                    11/09/2005

8

| 05:41 | 1 | square feet and that is used for storage and has a |
| 11:05:46 | 2 | small office space. |
| 11:05:49 | 3 | Q.  The street level floor, you said, includes |
| 11:05:54 | 4 | the gallery and then the bath and a kitchen? |
| 11:05:57 | 5 | A.  Yes. |
| 11:05:58 | 6 | Q.  Approximately how many selling, square feet |
| 11:06:01 | 7 | of selling space does the gallery have? |
| 11:06:01 | 8 | A.  The gallery would have approximately 950 |
| 11:06:04 | 9 | square feet -- between that and a thousand -- |
| 11:06:07 | 10 | because the kitchen and bath are -- jet out -- are |
| 11:06:11 | 11 | an add-on to the building. |
| 11:06:13 | 12 | Q.  And is the building itself in a business |
| 06:20 | 13 | area?  Residential area?  How would you describe |
| 11:06:23 | 14 | it? |
| 11:06:23 | 15 | A.  It is in a commercial zone in Eastham.  It |
| 11:06:27 | 16 | is the original building in what is now a business |
| 11:06:31 | 17 | complex. |
| 11:06:32 | 18 | Q.  When you say "original building," about how |
| 11:06:34 | 19 | old is it, do you know? |
| 11:06:35 | 20 | A.  The original building, the one we are in, |
| 11:06:41 | 21 | originally was two houses down by the beach, |
| 11:06:43 | 22 | probably as much as 60 years ago. |
| 11:06:47 | 23 | They were brought up and joined |
| 11:06:48 | 24 | together and became a combination antique |

John F. Knight                                          11/09/2005

9

| :06:52 | 1 | shop/residence. |
| 11:06:53 | 2 | Q.  So the structure is about 60 years old? |
| 11:06:56 | 3 | A.  Correct. |
| 11:06:57 | 4 | Q.  How would you describe the look of it?  Is |
| 11:06:59 | 5 | it Victorian.  What is it?  Colonial? |
| 11:07:03 | 6 | A.  Cape-Cod looking. |
| 11:07:05 | 7 | Q.  Cottage? |
| 11:07:07 | 8 | A.  Cape Cod house.  It's too big for a |
| 11:07:10 | 9 | cottage. |
| 11:07:11 | 10 | Q.  And this business complex that is a part of |
| 11:07:16 | 11 | it, could you describe that strip mall? |
| 11:07:20 | 12 | A.  If you are standing in the street, you will |
| : · 07:23 | 13 | look directly at the front of our building. |
| 11:07:27 | 14 | Behind our building, there is what is |
| 11:07:29 | 15 | referred to as Building B, which is approximately |
| 11:07:33 | 16 | 40 feet from front to back and 160 feet long. |
| 11:07:39 | 17 | Then there is a driveway between that |
| 11:07:42 | 18 | building and the next set of buildings, which are |
| 11:07:46 | 19 | referred to as Building C, which extends back and |
| 11:07:52 | 20 | then makes a 45-degree turn to the right. |
| 11:07:56 | 21 | Then there is another driveway. |
| 11:07:57 | 22 | Building D has just -- part of it has just changed |
| 11:08:03 | 23 | hands and is now a law firm and a restaurant. |
| 11:08:06 | 24 | Q.  So Building D is a law firm and restaurant? |

John F. Knight                                    11/09/2005

11

| :09:37 | 1 |    Did you produce some documents to |
| 11:09:39 | 2 | Mr. Joseph in response at least to some of the |
| 11:09:42 | 3 | descriptions that are listed here? |
| 11:09:44 | 4 |    A.  Yes. |
| 11:09:45 | 5 |    Q.  And just very briefly, how did you go about |
| 11:09:47 | 6 | pulling those documents together for Mr. Joseph? |
| 11:09:50 | 7 |    A.  The ones that he requested, anything with |
| 11:09:57 | 8 | figures came from my ledgers, my bookkeeping. |
| 11:10:04 | 9 |       The design came from the drawing of my |
| 11:10:07 | 10 | wife's original design work. |
| 11:10:09 | 11 |       The literature attesting to our |
| 11:10:16 | 12 | reputation, those are copies of awards from Cape |
| 10:21 | 13 | Cod Life Magazine, The Buyers Marketplace.  The -- |
| 11:10:28 | 14 | I believe there was one from the Cape Cod Times. |
| 11:10:32 | 15 | One from the Cape Codder.  Various publications. |
| 11:10:36 | 16 |    Q.  You mentioned one document that you said |
| 11:10:38 | 17 | was the design, and I think you said that it was |
| 11:10:40 | 18 | from your wife; is that right? |
| 11:10:42 | 19 |    A.  Yeah. |
| 11:10:43 | 20 |    Q.  Let me show you a document, before we mark |
| 11:10:46 | 21 | it, that's been previously produced and marked |
| 11:10:49 | 22 | GE 001.  Is that the design you are talking about? |
| 11:10:52 | 23 |    A.  Yes. |
| 11:10:54 | 24 |    Q.  Who drew that? |

John F. Knight                                          11/09/2005

12

| | | |
|---|---|---|
| :10:55 | 1 | A.   My wife, Donna. |
| 11:10:57 | 2 | Q.   Was she involved in the design of the wall |
| 11:11:02 | 3 | sconces that we are going to be talking about |
| 11:11:04 | 4 | today? |
| 11:11:04 | 5 | A.   Basically, in the modifications of it, |
| 11:11:07 | 6 | because, from the original, it was changed, until |
| 11:11:11 | 7 | we came up with this design (indicating), and more |
| 11:11:15 | 8 | than likely, yes, she designed the curve on the |
| 11:11:19 | 9 | top, most likely, and the backing on it. |
| 11:11:24 | 10 | Q.   Putting aside her participation on that, |
| 11:11:28 | 11 | are you still comfortable to talk about the |
| 11:11:31 | 12 | development of the product itself? |
| 11:32 | 13 | A.   Yes. |
| 11:11:35 | 14 | Q.   Now, you also mentioned that any figures in |
| 11:11:39 | 15 | what was produced were prepared by you; is that |
| 11:11:42 | 16 | correct? |
| 11:11:42 | 17 | A.   Yes. |
| 11:11:43 | 18 | Q.   And you gave me a document this morning, |
| 11:11:45 | 19 | which I have blown up, which we have marked as |
| 11:11:47 | 20 | Exhibit 2. |
| 11:11:48 | 21 | Take a quick look at that and tell me |
| 11:11:50 | 22 | if you recognize that as the paper full of figures |
| 11:11:52 | 23 | you gave me today. |
| 11:11:53 | 24 | A.   Yes. |

John F. Knight                                    11/09/2005

13

| | |
|---|---|
| 11:54 | 1 |
| 11:11:54 | 2 |
| 11:11:55 | 3 |
| 11:11:59 | 4 |
| 11:12:04 | 5 |
| 11:12:07 | 6 |
| 11:12:11 | 7 |
| 11:12:15 | 8 |
| 11:12:19 | 9 |
| 11:12:21 | 10 |
| 11:12:29 | 11 |
| 11:12:33 | 12 |
| 12:36 | 13 |
| 11:12:38 | 14 |
| 11:12:38 | 15 |
| 11:12:40 | 16 |
| 11:12:43 | 17 |
| 11:12:47 | 18 |
| 11:12:51 | 19 |
| 11:12:57 | 20 |
| 11:12:58 | 21 |
| 11:13:00 | 22 |
| 11:13:04 | 23 |
| 11:13:05 | 24 |

Q.  It is?

A.  Yes, it is.

Q.  And what, sir, does that represent?

A.  The column of "Gross" shows what our gross sales in the gallery and the studio were in the years 2001, '2, '3, and '4.

Under the column of "Glass" are the sales from just the items produced in my studio, which are the listed under glass; and those are for the years 2001, '2, '3, '4, and '5.

Q.  When you say for the items in your studio, you mean that, obviously, as some subset of the items that you sell at the gallery?

A.  Yes.

Q.  In what way?

A.  The categories that we have on our register -- which is not an extensive machine -- there's one that records the sales of all glass items produced at the Glass Eye stained glass studio.

There is a key that brings in the figures from all of the blown glass items from as many as 16 different glass blowers.

There is a key for pottery that brings

John F. Knight                                    11/09/2005

14

| :13:06 | 1 | in the figures of sales of all the pottery in the |
| 11:13:08 | 2 | shop.  One for miscellaneous.  One for fused glass. |
| 11:13:17 | 3 | The card key, we changed over to miscellaneous. |
| 11:13:21 | 4 | Q.  I think what you are telling me, the |
| 11:13:23 | 5 | figures that you have got under "Glass" here are |
| 11:13:26 | 6 | the most precise numbers you can put on sales of |
| 11:13:31 | 7 | items that would have included the sconces that we |
| 11:13:35 | 8 | are talking about today? |
| 11:13:36 | 9 | A.  Correct. |
| 11:13:36 | 10 | Q.  For the record, that sconce has been |
| 11:13:39 | 11 | previously marked in depositions that Mr. Joseph |
| 11:13:42 | 12 | did as Plaintiffs' Exhibit 5. |
| 13:43 | 13 | A.  Correct. |
| 11:13:44 | 14 | Q.  I brought it today. |
| 11:13:46 | 15 | That's the sconce that you created that |
| 11:13:48 | 16 | we are going to be talking about today, correct? |
| 11:13:50 | 17 | A.  Correct. |
| 11:13:53 | 18 | Q.  Can you tell me how many other items for -- |
| 11:13:59 | 19 | let's start with 2002 -- would be in that glass |
| 11:14:04 | 20 | sales figure of just over $38,000? |
| 11:14:11 | 21 | A.  I can give you a general overview, which |
| 11:14:13 | 22 | would be some candle holders, some stained glass |
| 11:14:18 | 23 | boxes, lamps, small panels, mirrors, a variety of |
| 11:14:29 | 24 | both decorative and functional items. |

John F. Knight                                              11/09/2005

16

| | | |
|---|---|---|
| :15:37 | 1 | were seven, eight, nine hundred of one item, but |
| 11:15:40 | 2 | there were not a hundred different items. |
| 11:15:42 | 3 | Q.  You just give me the best estimate you |
| 11:15:46 | 4 | can -- if you can give me one -- how many types of |
| 11:15:50 | 5 | items are represented by that $38,000 in sales? |
| 11:15:54 | 6 | A.  I would estimate probably 16. |
| 11:16:10 | 7 | Q.  One of which is the sconce at issue? |
| 11:16:14 | 8 | A.  Correct.  If I might clarify that further, |
| 11:16:18 | 9 | for example, included in that 16 items is a candle |
| 11:16:23 | 10 | holder, but I do various sizes of -- the candle· |
| 11:16:30 | 11 | holder is one item. |
| 11:16:31 | 12 | Q.  Got it.  Across the 16 types of items, how |
| .16:37 | 13 | many actual objects are represented by that |
| 11:16:41 | 14 | $38,000, ballpark? |
| 11:16:42 | 15 | A.  No way to estimate. |
| 11:16:44 | 16 | Q.  Is there any way to estimate how many |
| 11:16:48 | 17 | sconces are represented in that $38,000? |
| 11:16:51 | 18 | A.  Yes.  I would estimate that approximately |
| 11:17:00 | 19 | 40 percent of the dollar figure was done in |
| 11:17:04 | 20 | sconces, and that's my best estimate. |
| 11:17:10 | 21 | Q.  When you say "done in sconces," does that |
| 11:17:13 | 22 | include any sconce beyond Exhibit 5? |
| 11:17:16 | 23 | A.  Yes.  In that we did make a larger one, |
| 11:17:23 | 24 | which we discontinued, with the popularity of the |

John F. Knight                                          11/09/2005

17

| :17:28 | 1 | size in question. |
| 11:17:30 | 2 | Q.  So of the 40 percent of $38,000, that was |
| 11:17:35 | 3 | done in sconces, right? |
| 11:17:38 | 4 | A.  Right. |
| 11:17:38 | 5 | Q.  Rough math.  Let's call it $16,000 worth, |
| 11:17:42 | 6 | okay? |
| 11:17:43 | 7 | A.  Okay. |
| 11:17:44 | 8 | Q.  How much of that roughly $16,000 worth of |
| 11:17:48 | 9 | sales -- sconces in 2002 -- was the result of |
| 11:17:54 | 10 | sconces of the size of Exhibit 5? |
| 11:17:56 | 11 | A.  I would estimate at least 90 percent. |
| 11:18:01 | 12 | Q.  Thank you.  And I understand that is only |
| 18:04 | 13 | an estimate. |
| 11:18:17 | 14 | The same question for the 2003, glass |
| 11:18:22 | 15 | sales, as best as you can recall, how many items? |
| 11:18:27 | 16 | A.  Same response. |
| 11:18:28 | 17 | Q.  About 16 types of items. |
| 11:18:33 | 18 | Would you again say 40 percent of |
| 11:18:37 | 19 | $34,000 was done in sconces? |
| 11:18:39 | 20 | A.  Yes. |
| 11:18:40 | 21 | Q.  And would you again say that about 90 |
| 11:18:44 | 22 | percent of that 40 percent was done in the sconce |
| 11:18:48 | 23 | in the size of Exhibit 5? |
| 11:18:49 | 24 | A.  In the year 2003? |

John F. Knight                                              11/09/2005

18

| :18:51 | 1 | Q.   Yes. |
| 11:18:51 | 2 | A.   No. |
| 11:18:53 | 3 | Q.   Go ahead.   What would the percentage be in |
| 11:18:55 | 4 | 2003? |
| 11:18:56 | 5 | A.   In 2003, it would be almost negligible. |
| 11:19:02 | 6 | Q.   Okay.   Almost all of the 40 percent of the |
| 11:19:07 | 7 | $34,000 was done in the sconce of the size -- |
| 11:19:10 | 8 | A.   In 2003?   No. |
| 11:19:12 | 9 | Q.   The opposite? |
| 11:19:14 | 10 | A.   Correct. |
| 11:19:15 | 11 | Q.   What size -- |
| 11:19:16 | 12 | A.   We discontinued them all. |
| : 19:26 | 13 | Q.   Why did you discontinue the sconce of the |
| 11:19:29 | 14 | size of Exhibit 5? |
| 11:19:30 | 15 | A.   Because I had a customer walk into the |
| 11:19:34 | 16 | gallery, a good customer, a long-time customer came |
| 11:19:38 | 17 | in and said, "I just saw your sconce at the |
| 11:19:43 | 18 | Christmas Tree Shop in Orleans at $1.99." |
| 11:19:46 | 19 | I said, "You are kidding." |
| 11:19:47 | 20 | That evening my evening manager came in |
| 11:19:51 | 21 | to work and said, "I just saw your sconce at the |
| 11:19:56 | 22 | Christmas Tree Shop." |
| 11:19:58 | 23 | So I went down the next morning, and I |
| 11:20:01 | 24 | purchased the last ones that I could find on the |

John F. Knight                                    11/09/2005

19

| | | |
|---|---|---|
| :20:04 | 1 | shelves. |
| 11:20:09 | 2 | Q.  The customer who reported this to you, do |
| 11:20:13 | 3 | you remember who this was? |
| 11:20:13 | 4 | A.  Linda Antinarelli. |
| 11:20:19 | 5 | Q.  Where does she live? |
| 11:20:21 | 6 | A.  In Orleans. |
| 11:20:25 | 7 | Q.  Do you remember what time of year she came |
| 11:20:27 | 8 | in and told you? |
| 11:20:27 | 9 | A.  It was in the early spring, possibly around |
| 11:20:31 | 10 | the beginning of May. |
| 11:20:34 | 11 | Q.  Of two thousand and -- |
| 11:20:36 | 12 | A.  Three. |
| 20:42 | 13 | Q.  And an evening manager made the same point |
| 11:20:45 | 14 | to you? |
| 11:20:46 | 15 | A.  Yes. |
| 11:20:46 | 16 | Q.  Who was that? |
| 11:20:47 | 17 | A.  Eleanora Potts. |
| 11:20:56 | 18 | Q.  Where does she live? |
| 11:20:57 | 19 | A.  In Eastham. |
| 11:20:59 | 20 | And the following day my gallery |
| 11:21:02 | 21 | manager, on her way into work, stopped and verified |
| 11:21:06 | 22 | what I had been told. |
| 11:21:10 | 23 | Q.  And the report from Ms. Potts came in in |
| 11:21:13 | 24 | early May 2003? |

John F. Knight                                          11/09/2005

20

| | |
|---|---|
| :21:15 | 1 |

    A.  It came the same day.

    Q.  So seeing the Christmas Tree Shop sconce was your sole reason for discontinuing your Exhibit 5 sconce?

    A.  Correct.

    Q.  And "discontinued" means you stopped making it?

    A.  Yes.

    Q.  When did you stop making them?

    A.  We stopped making them that day.

    Q.  Did you sell the ones that you still had in the store as of May 2003?

    A.  We had approximately 12, because we were just at the beginning of our production season, and most of those were put away and sold at our October sale.

    Q.  The 12 in stock were sold in October?

    A.  Correct.

    Q.  Do you remember the price that you sold those for?

    A.  They would have been at a 40 percent discount.

    Q.  What was the original price of those?

    A.  $32.95.

Line timestamps and numbers:

11:21:19   2
11:21:25   3
11:21:29   4
11:21:30   5
11:21:32   6
11:21:36   7
11:21:36   8
11:21:36   9
11:21:38   10
11:21:42   11
11:21:45   12
21:46   13
11:21:50   14
11:21:53   15
11:21:59   16
11:21:59   17
11:22:04   18
11:22:05   19
11:22:07   20
11:22:08   21
11:22:11   22
11:22:12   23
11:22:14   24

John F. Knight                                    11/09/2005

21

| :22:27 | 1 |    Q.  Prior to discontinuing the production of |
| 11:22:33 | 2 | the sconces, did you sell any of the sconces of the |
| 11:22:36 | 3 | size of Exhibit 5 from January through April 2003? |
| 11:22:41 | 4 |    A.  More than likely, yes. |
| 11:22:44 | 5 |    Q.  Can you give me a estimate of how many you |
| 11:22:46 | 6 | sold before May? |
| 11:22:47 | 7 |    A.  No. |
| 11:22:47 | 8 |    Q.  Was it more or less than 20? |
| 11:22:50 | 9 |    A.  I would estimate that, yes, 20 might be a |
| 11:22:56 | 10 | good figure, considering our traffic flow. |
| 11:23:01 | 11 |    Q.  You sold 20, approximately? |
| 11:23:03 | 12 |    A.  Yes. |
| 23:03 | 13 |    Q.  And you sold those for $32.95? |
| 11:23:13 | 14 |    A.  Correct. |
| 11:23:14 | 15 |    Q.  Was $32.95 the price of the sconces in 2002 |
| 11:23:19 | 16 | as well? |
| 11:23:20 | 17 |    A.  In 2002, it may have been $31.95. |
| 11:23:26 | 18 |       Any time the price increases, it is |
| 11:23:29 | 19 | coordinated with increase in material, price, labor |
| 11:23:32 | 20 | cost. |
| 11:23:33 | 21 |    Q.  Did you have a Columbus sale in 2002 as |
| 11:23:37 | 22 | well? |
| 11:23:37 | 23 |    A.  Yes. |
| 11:23:38 | 24 |    Q.  And do you recall whether you sold any of |

John F. Knight                                    11/09/2005

27

| | | |
|---|---|---|
| :30:31 | 1 | have reported to you, any way, shape or form |
| 11:30:35 | 2 | regarding the sconce that was being sold at the |
| 11:30:39 | 3 | Christmas Tree Shop? |
| 11:30:39 | 4 | A.  Verbally, yes. |
| 11:30:41 | 5 | Q.  Okay.  Can you take me through those |
| 11:30:44 | 6 | instances to the best you can recall them. |
| 11:30:50 | 7 | A.  May I ask -- |
| 11:30:52 | 8 | MR. JOSEPH:  Do the best you can. |
| 11:30:55 | 9 | A.  Repeat the question, please. |
| 11:31:00 | 10 | Q.  I want you to tell me, as best you can, |
| 11:31:02 | 11 | recall any reports from any customer, colleague, |
| 11:31:08 | 12 | friend regarding the sconce that was being sold at |
| 31:13 | 13 | the Christmas Tree Shops. |
| 11:31:15 | 14 | A.  Yes.  I have heard from customers and |
| 11:31:17 | 15 | friends that they had seen it there.  They |
| 11:31:21 | 16 | expressed being appalled at having seen a copy of |
| 11:31:26 | 17 | our work there, and the unfortunate damaging |
| 11:31:34 | 18 | question that occasionally arises was, did we sell |
| 11:31:39 | 19 | our sconces to the Christmas Tree Shop? |
| 11:31:44 | 20 | Q.  Do you remember who any of these folks |
| 11:32:00 | 21 | were? |
| 11:32:07 | 22 | A.  No.  I recognize a lot of people that come |
| 11:32:09 | 23 | into our shop by sight.  I recognize a lot by name; |
| 11:32:16 | 24 | i.e., I see deposits and checks come across my desk |

John F. Knight                                      11/09/2005

28

| 32:20 | 1 | for 20 years, but I don't have a name and face. |
| 11:32:23 | 2 | Q.  You do recall that they were customers of |
| 11:32:26 | 3 | the gallery? |
| 11:32:27 | 4 | A.  Yes. |
| 11:32:27 | 5 | Q.  Anyone else other than the two folks who |
| 11:32:30 | 6 | were the gallery manager and your evening manager |
| 11:32:34 | 7 | who were employees of the gallery who made mention |
| 11:32:37 | 8 | of this fact? |
| 11:32:38 | 9 | A.  My studio assistant, Reed Martin, saw them |
| 11:32:50 | 10 | in the Christmas Tree Shop on Route 6A, the |
| 11:32:54 | 11 | original shop. |
| 11:32:55 | 12 | Q.  What did Mr. Martin tell you about them? |
| 32:58 | 13 | A.  This was months afterward, and he said, "I |
| 11:33:03 | 14 | saw them at the shop on 6A." |
| 11:33:05 | 15 | Q.  And when he said he saw "them," what did HE |
| 11:33:08 | 16 | mean? |
| 11:33:08 | 17 | A.  The sconce. |
| 11:33:09 | 18 | Q.  Meaning the alleged copies by Christmas |
| 11:33:12 | 19 | Tree Shop? |
| 11:33:12 | 20 | A.  The alleged copies. |
| 11:33:13 | 21 | Q.  Did he identify them -- did he understand |
| 11:33:15 | 22 | that they were copies as opposed to your products? |
| 11:33:17 | 23 | A.  Yes. |
| 11:33:18 | 24 | Q.  Come back, first of all, to the people who |

John F. Knight                                    11/09/2005

29

| | | |
|---|---|---|
| :33:29 | 1 | reported that they were appalled at having seen a |
| 11:33:32 | 2 | copy of your work.  Let's focus on those folks |
| 11:33:36 | 3 | first. |
| 11:33:36 | 4 | Are any of them the same people who |
| 11:33:40 | 5 | then asked whether you were selling your sconce to |
| 11:33:43 | 6 | Christmas Tree Shop? |
| 11:33:43 | 7 | A.  No.  They were discriminating enough not |
| 11:33:47 | 8 | to. |
| 11:33:48 | 9 | Q.  Let's talk about the people who were |
| 11:33:50 | 10 | discriminating enough. |
| 11:33:53 | 11 | Order of magnitude, how many people |
| 11:33:55 | 12 | told you that they had discriminated between the |
| 33:57 | 13 | two? |
| 11:33:57 | 14 | A.  I can't put a figure on that. |
| 11:33:59 | 15 | Q.  How about as a percentage of the total |
| 11:34:01 | 16 | reports that you got?  Half?  Two-thirds? |
| 11:34:03 | 17 | A.  I can't put a figure on that. |
| 11:34:08 | 18 | Q.  You have absolutely no idea? |
| 11:34:10 | 19 | A.  No. |
| 11:34:10 | 20 | Q.  Was it more than ten people? |
| 11:34:12 | 21 | A.  I don't know.  I can't estimate. |
| 11:34:20 | 22 | Q.  More than one? |
| 11:34:21 | 23 | A.  Definitely more than one.  I will even go |
| 11:34:24 | 24 | as far as to say more than two. |

John F. Knight                                    11/09/2005

30

| | |
|---|---|
| `:34:26 | 1 |

Q.   How were they able to, in your words,
discriminate between the Christmas Tree Shop
version and your version?

A.   Because they are accustomed to buying only
quality handcrafts.  When they were looking for a
gift, when they are looking for that type of item,
they look to us or comparable type galleries and
not the Christmas Tree Shop.

Q.   So other the than the place in which the
sconce was located, was there any other way that
any of them told you that they could tell that it
was a copy and not your work?

A.   Yes.  I believe my customers are
discriminating enough to recognize my work.

Q.   I believe you, but just so you understand
my question, I am trying to understand whether you
can recall what they said to you that led you to
believe that they had been able to discriminate
other than the place in which the sconce was
located.

A.   No.  No.

Q.   Okay.  We will call these customers the
discriminating customers.

        Were most of them ones that you would

John F. Knight                                              11/09/2005

31

| | | |
|---|---|---|
| :35:41 | 1 | have called regular customers of the gallery? |
| 11:35:45 | 2 | A.  Yes. |
| 11:35:46 | 3 | Q.  Any that you recall that were not?  In |
| 11:35:48 | 4 | other words, a face you've never seen before? |
| 11:35:49 | 5 | A.  Quite possibly, yes. |
| 11:35:54 | 6 | Q.  Let's switch now to the people whom you |
| 11:35:57 | 7 | mentioned asked in words to the effect, "Are you |
| 11:36:00 | 8 | selling your sconces to the Christmas Tree Shop?" |
| 11:36:03 | 9 | Order of magnitude, how many, for |
| 11:36:07 | 10 | example, are we talking about? |
| 11:36:08 | 11 | A.  I would estimate probably as many as 20. |
| 11:36:11 | 12 | Q.  How is it that you remember that it was 20 |
| 36:13 | 13 | people who told you that, but you have absolutely |
| 11:36:15 | 14 | no idea how many people were appalled at having |
| 11:36:18 | 15 | seen a copy of your work at Christmas Tree Shop? |
| 11:36:20 | 16 | MR. JOSEPH:  I object.  He did have |
| 11:36:22 | 17 | some idea.  He testified that he did have some |
| 11:36:25 | 18 | idea.  He didn't have absolutely no idea. |
| 11:36:29 | 19 | MR. BIAGETTI:  He only identified them |
| 11:36:30 | 20 | as more than one. |
| 11:36:31 | 21 | Q.  But if you have a better idea than that, |
| 11:36:34 | 22 | tell me more. |
| 11:36:34 | 23 | MR. JOSEPH:  He said at least two. |
| 11:36:37 | 24 | A.  I did up it. |

John F. Knight                                    11/09/2005

32

| 36:38 | 1 | Q. To two? |
| 11:36:39 | 2 | A. I said more than two. |
| 11:36:40 | 3 | Q. Do you have a better idea than at least |
| 11:36:44 | 4 | two? |
| 11:36:44 | 5 | A. Repeat the question. |
| 11:36:46 | 6 | Q. How many people in your estimation, in your |
| 11:36:53 | 7 | words, were able to discriminate between the |
| 11:36:55 | 8 | Christmas Tree Shop sconce and the Glass Eye |
| 11:36:58 | 9 | Gallery sconce? |
| 11:36:58 | 10 | A. Actual number, I can't. |
| 11:37:00 | 11 | Q. Range? |
| 11:37:01 | 12 | A. I can only say that my customers recognize |
| 37:06 | 13 | my work and realize that was not my work. |
| 11:37:09 | 14 | Q. I appreciate that. I am trying to find out |
| 11:37:12 | 15 | whether it was more or less than ten? |
| 11:37:15 | 16 | A. I can't give you an exact number. |
| 11:37:18 | 17 | Q. Can you give me a range? |
| 11:37:19 | 18 | A. No. |
| 11:37:20 | 19 | Q. So I was wrong. Instead of it being more |
| 11:37:23 | 20 | than one, your best estimate is that it was more |
| 11:37:26 | 21 | than two? |
| 11:37:26 | 22 | A. Yes. |
| 11:37:40 | 23 | Q. Now let's focus on what you said was |
| 11:37:43 | 24 | approximately 20 people who asked, in words or |

John F. Knight                                    11/09/2005

34

| | | |
|---|---|---|
| :38:44 | 1 | Q. Did any of them tell you that they did buy |
| 11:38:47 | 2 | the Christmas Tree Shop sconce? |
| 11:38:49 | 3 | A. I had a woman come into my shop. I did not |
| 11:38:57 | 4 | get her name, and we have a copy of that sconce |
| 11:39:02 | 5 | pinned on the wall behind our counter. |
| 11:39:05 | 6 | Q. Which sconce? |
| 11:39:06 | 7 | A. The copy and -- |
| 11:39:08 | 8 | Q. You have the Christmas Tree Shop sconce |
| 11:39:10 | 9 | pinned up on the wall of your shop? |
| 11:39:12 | 10 | A. Right. |
| 11:39:14 | 11 | She asked if she could purchase it. I |
| 11:39:19 | 12 | said, "No. That is there showing a copy of ours |
| 39:21 | 13 | that has been on sale at the Christmas Tree Shop." |
| 11:39:24 | 14 | She said, "I know. I used to purchase |
| 11:39:26 | 15 | yours here, until I found I could buy them for |
| 11:39:31 | 16 | $1.99, and they don't have them anymore, and I want |
| 11:39:35 | 17 | one more, and I see that one. Can I buy it?" |
| 11:39:39 | 18 | As politely as I could, I told her, |
| 11:39:40 | 19 | "No, it was not for sale." |
| 11:39:42 | 20 | Q. Other than this particular one who came in |
| 11:39:47 | 21 | a couple of days ago, are there any others of the |
| 11:39:50 | 22 | 20, if you can recall, who told you that they had |
| 11:39:55 | 23 | bought the Christmas Tree Shop version? |
| 11:39:56 | 24 | A. None told me they had bought it, to my best |

John F. Knight                                                    11/09/2005

35

| :40:00 | 1 | recollection. |
| 11:40:13 | 2 | Q.   And the woman who came in the other day and |
| 11:40:16 | 3 | said, "I used to buy them for a $1.99 at Christmas |
| 11:40:21 | 4 | Tree Shop," when she said "them," did you |
| 11:40:23 | 5 | understand her to mean what she thought were the |
| 11:40:26 | 6 | Christmas-Tree-Shop-produced versions or actually |
| 11:40:29 | 7 | your creation? |
| 11:40:30 | 8 | A.   The only one hanging on the board was the |
| 11:40:36 | 9 | Christmas Tree Shop version, and she pointed at it, |
| 11:40:38 | 10 | and I assumed that's what she meant. |
| 11:40:40 | 11 | Q.   She meant when she was buying them at the |
| 11:40:42 | 12 | Christmas Tree Shop, the "them" was the Christmas |
| 40:45 | 13 | Tree Shop version? |
| 11:40:45 | 14 | A.   Correct. |
| 11:40:45 | 15 | Q.   Can I ask you why you are hanging the |
| 11:40:48 | 16 | Christmas Tree Shop version at your shop? |
| 11:40:50 | 17 | A.   Because we had a copy of ours, a copy of |
| 11:40:54 | 18 | Christmas Tree Shop copy, and we had copies of |
| 11:40:57 | 19 | other items, another item in this case, showing |
| 11:41:03 | 20 | that we produce a quality item, and it was our |
| 11:41:06 | 21 | design, it was our creation. |
| 11:41:09 | 22 | The only place it should be available |
| 11:41:11 | 23 | is in our gallery, and we were showing that someone |
| 11:41:14 | 24 | took our design and had it manufactured and was |

John F. Knight                                      11/09/2005

36

| :41:17 | 1 | selling it. |
| 11:41:21 | 2 | Q. You are showing this somewhere that is |
| 11:41:25 | 3 | visible for all customers of the shop? |
| 11:41:27 | 4 | A. Yes. |
| 11:41:27 | 5 | Q. Where exactly is this, the Christmas Tree |
| 11:41:31 | 6 | Shop sconce, hanging in the shop? |
| 11:41:32 | 7 | A. Behind our sales counter. |
| 11:41:35 | 8 | Q. You said, I think, that your sconce is also |
| 11:41:39 | 9 | hanging there? |
| 11:41:40 | 10 | A. Yes. |
| 11:41:40 | 11 | Q. Are there other examples of Christmas Tree |
| 11:41:45 | 12 | Shop products that are hanging in this display? |
| 41:48 | 13 | A. Yes. |
| 11:41:49 | 14 | Q. What else? |
| 11:41:50 | 15 | A. A large Nantucket basket sun-catcher |
| 11:41:57 | 16 | produced by Country Glass. |
| 11:41:58 | 17 | Q. Do you have the Christmas Tree Shop plate |
| 11:42:00 | 18 | as well up? |
| 11:42:01 | 19 | A. Yes. |
| 11:42:02 | 20 | Q. Any other? |
| 11:42:03 | 21 | A. No. |
| 11:42:05 | 22 | Q. How long have you had that display, the |
| 11:42:12 | 23 | comparison of the sconces and the plates, up? |
| 11:42:15 | 24 | A. I am not exactly sure how long it's been |

John F. Knight                                    11/09/2005

37

| | | |
|---|---|---|
| :42:18 | 1 | up. |
| 11:42:18 | 2 | Q. Earlier than 2005? |
| 11:42:21 | 3 | A. I'm not really sure.  It might have been up |
| 11:42:30 | 4 | in 2004, but I am not positive. |
| 11:42:33 | 5 | Q. So certainly in 2005 and perhaps -- |
| 11:42:35 | 6 | A. 2005, definitely. |
| 11:42:37 | 7 | Q. Okay.  Any signage or cards with any |
| 11:42:40 | 8 | explanation up along with these products, or just |
| 11:42:43 | 9 | the products themselves? |
| 11:42:45 | 10 | A. Just labeling ours and the copies. |
| 11:42:48 | 11 | Q. How do you have the copy labeled? |
| 11:42:50 | 12 | A. "Produced by the Christmas Tree Shop." |
| 42:53 | 13 | Q. And the label for yours says, "produced |
| 11:43:00 | 14 | by"? |
| 11:43:01 | 15 | A. It just says, "The Glass Eye."  It doesn't |
| 11:43:06 | 16 | need an explanation. |
| 11:43:07 | 17 | Q. Is it fair to say that the display invites |
| 11:43:10 | 18 | questions from customers? |
| 11:43:12 | 19 | A. Yes. |
| 11:43:12 | 20 | Q. That's its purpose? |
| 11:43:13 | 21 | A. Correct. |
| 11:43:15 | 22 | Q. When they ask questions about what that |
| 11:43:18 | 23 | display is, what do you tell them? |
| 11:43:20 | 24 | A. We get into a discussion, and I tell them |

John F. Knight                                        11/09/2005

38

| | |
|---|---|
| ·43:31 | 1 |
| 11:43:35 | 2 |
| 11:43:38 | 3 |
| 11:43:41 | 4 |
| 11:43:44 | 5 |
| 11:43:47 | 6 |
| 11:43:51 | 7 |
| 11:43:55 | 8 |
| 11:43:57 | 9 |
| 11:43:58 | 10 |
| 11:43:58 | 11 |
| 11:43:59 | 12 |
| ·44:02 | 13 |
| 11:44:05 | 14 |
| 11:44:06 | 15 |
| 11:44:09 | 16 |
| 11:44:10 | 17 |
| 11:44:16 | 18 |
| 11:44:25 | 19 |
| 11:44:29 | 20 |
| 11:44:31 | 21 |
| 11:44:33 | 22 |
| 11:44:38 | 23 |
| 11:44:40 | 24 |

1   my belief I don't see anything wrong with someone
2   taking their own idea to have it manufactured
3   wherever they want to, but I feel it is a gross
4   injustice for someone to take someone else's design
5   and have it manufactured and marketed.
6        Q.  Do you worry at all that having that
7   display up will confuse customers in the future
8   that might go to the Christmas Tree Shop or just
9   the opposite?
10       A.  No.
11       Q.  Just the opposite?
12       A.  Everyone goes to the Christmas Tree Shop.
13       Q.  I am talking about in terms of confusing
14   the two sconces.
15       A.  There will be no confusion, because they
16   don't exist anymore.
17       Q.  Okay.  Let me come back now to that group
18   of about 20 people who said -- who asked you why
19   you were selling, or did you sell your sconce at
20   the Christmas Tree Shop, not the one person we
21   talked about, the other 19 or so.
22            Did any of them buy your sconce?
23       A.  They were not for sale.
24       Q.  Because by then you had discontinued?

John F. Knight                                      11/09/2005

40

| :46:10 | 1 | A. They may have bought them in the past. |
| 11:46:13 | 2 | Q. But -- |
| 11:46:15 | 3 | A. But they did not buy them at that time |
| 11:46:17 | 4 | because they were not there. |
| 11:46:18 | 5 | Q. So that must mean, right, that none of |
| 11:46:25 | 6 | those folks bought your sconce at the October 2003 |
| 11:46:31 | 7 | Columbus sale? |
| 11:46:31 | 8 | A. I don't know. |
| 11:46:33 | 9 | Q. You can't say? |
| 11:46:34 | 10 | A. I don't know. |
| 11:46:50 | 11 | Q. How long have you, sir, been making glass |
| 11:46:54 | 12 | creations? |
| 46:55 | 13 | A. 35 years. |
| 11:46:57 | 14 | Q. And how long have you been making sconces |
| 11:47:01 | 15 | like the one even in a different size of Exhibit 5? |
| 11:47:05 | 16 | A. Since approximately 1992. |
| 11:47:09 | 17 | Q. And have they all been sconces for the |
| 11:47:21 | 18 | purposes of hanging? |
| 11:47:22 | 19 | A. Yes. |
| 11:47:24 | 20 | Q. And what function are they intended to |
| 11:47:29 | 21 | serve? |
| 11:47:29 | 22 | A. We make them primarily to hold dry flower |
| 11:47:34 | 23 | arrangements; or in using live flowers, we provide |
| 11:47:37 | 24 | the customer with florist tubes. |

John F. Knight                                      11/09/2005

42

| | | |
|---|---|---|
| `:48:58 | 1 | copper-foil wrap, which would make them sturdier |
| 11:49:03 | 2 | than the earlier constructed piece. |
| 11:49:08 | 3 | It would meet our standards of an |
| 11:49:12 | 4 | unconditional guarantee of any defect in |
| 11:49:15 | 5 | workmanship. |
| 11:49:21 | 6 | Q.  I suppose an opening at the top would be -- |
| 11:49:24 | 7 | would fall into the category of something you had |
| 11:49:26 | 8 | to have, right? |
| 11:49:27 | 9 | A.  Correct. |
| 11:49:28 | 10 | Q.  In the same vein, closed end at the bottom? |
| 11:49:32 | 11 | A.  Correct. |
| 11:49:39 | 12 | Q.  Any other features other than those that |
| 49:42 | 13 | you can think of that had to be incorporated into |
| 11:49:46 | 14 | any Glass Eye sconce to make sure that it met the |
| 11:49:49 | 15 | function of being able to hold flowers? |
| 11:49:51 | 16 | A.  Not specifically that I can think of. |
| 11:50:06 | 17 | Q.  You told me that you have been doing this |
| 11:50:12 | 18 | for over three decades.  How long has the Glass Eye |
| 11:50:18 | 19 | Gallery been in business? |
| 11:50:18 | 20 | A.  35 years. |
| 11:50:25 | 21 | Q.  Again, how long has Glass Eye sold sconces, |
| 11:50:30 | 22 | either yours or others? |
| 11:50:31 | 23 | A.  Stained glass sconces, since 1992. |
| 11:50:38 | 24 | Q.  And other glass sconces before that? |

John F. Knight                                          11/09/2005

47

| | | |
|---|---|---|
| :57:39 | 1 | marked as Plaintiffs' Exhibit 6. |
| 11:57:44 | 2 | Take a look at that. |
| 11:57:53 | 3 | A.  Okay. |
| 11:57:56 | 4 | Q.  Is Exhibit 6 roughly equivalent to the ones |
| 11:57:59 | 5 | you saw at the Christmas Tree Shop yourself? |
| 11:58:01 | 6 | A.  I believe this is one that I purchased. |
| 11:58:05 | 7 | Q.  And when you saw it in the shop, did it |
| 11:58:09 | 8 | have the Christmas Tree Shop label on it? |
| 11:58:11 | 9 | A.  Yes. |
| 11:58:11 | 10 | Q.  And did that label include the words |
| 11:58:14 | 11 | "Christmas Tree Shop" in red? |
| 11:58:15 | 12 | A.  Yes. |
| 58:16 | 13 | Q.  As well as "made in China"? |
| 11:58:18 | 14 | A.  Yes. |
| 11:58:19 | 15 | Q.  And "$1.99"? |
| 11:58:20 | 16 | A.  Yes. |
| 11:58:21 | 17 | Q.  Those were all there, and you had seen them |
| 11:58:23 | 18 | before you brought the complaint that we have |
| 11:58:27 | 19 | marked, correct? |
| 11:58:27 | 20 | A.  Yes. |
| 11:58:28 | 21 | Q.  Is it also fair to say that these reports |
| 11:58:33 | 22 | that you have gotten from customers that you |
| 11:58:36 | 23 | already testified to all came before you brought |
| 11:58:40 | 24 | the complaint?  That's the legal word for the |

John F. Knight                                    11/09/2005

48

:58:43    1    document that's in front of you here.

11:58:45    2        A.   Yes.

11:58:46    3        Q.   Okay.   You relayed those to your lawyers

11:58:49    4    presumably?

11:58:50    5        A.   Yes.

11:58:53    6        Q.   Take a look, if you would, at Paragraph 28.

11:58:57    7    It's on one of the pages that I asked you to take a

11:59:00    8    look at, Page 5.

11:59:06    9             It says that, "The defendant's copies

11:59:08    10   are inferior to Plaintiffs' work in craftsmanship

11:59:12    11   and appearance."   Do you see that?

11:59:15    12       A.   Yes.

59:15    13       Q.   Is that one of the allegations that you

11:59:17    14   believe to be true?

11:59:18    15       A.   Yes.

11:59:18    16       Q.   And it's certainly true with regard to the

11:59:21    17   Christmas Tree Shop version of your sconce?

11:59:22    18       A.   Correct.

11:59:23    19       Q.   What other ways, sir, is the Christmas Tree

11:59:27    20   Shop sconce inferior in appearance?   And you have

11:59:31    21   it in front of you, Exhibit 6.

11:59:34    22       A.   The textured extruded lead product that

11:59:43    23   they have used on the front does not have the look

11:59:46    24   of being handmade, hand-done.

John F. Knight                                           11/09/2005

49

| Time | Line | |
|---|---|---|
| ·59:48 | 1 | Q. So the textured -- say it again. |
| 11:59:52 | 2 | A. It looks to be me to be an extruded form of |
| 11:59:55 | 3 | a lead caning or lead lining. |
| 11:59:58 | 4 | Q. The textured lead lining is one of the |
| 12:00:03 | 5 | features that is inferior in appearance? |
| 12:00:06 | 6 | A. Correct. |
| 12:00:06 | 7 | Q. Another one? |
| 12:00:07 | 8 | A. If I may see mine. (Tapping on sconce.) |
| 12:00:24 | 9 | Mine is solid. This one is not (indicating). It's |
| 12:00:33 | 10 | inferior construction. |
| 12:00:36 | 11 | Since the first time I saw it, after |
| 12:00:38 | 12 | having sent it to you, someone did push it back |
| 00:43 | 13 | together. It was pulled further apart, which is a |
| 12:00:48 | 14 | sign of inferior construction. |
| 12:00:49 | 15 | Q. Okay. When I was focusing you on the ways |
| 12:00:54 | 16 | in which they appeared to be inferior, tell me if I |
| 12:00:59 | 17 | am wrong, but the way that one would notice the |
| 12:01:01 | 18 | inferiority in that construction would be by -- |
| 12:01:07 | 19 | A. You mean me? |
| 12:01:09 | 20 | Q. Anyone. |
| 12:01:10 | 21 | A. I cannot speak for the general population, |
| 12:01:14 | 22 | beyond myself. I am very much in tuned to the |
| 12:01:19 | 23 | quality of construction of glasswork; and in my |
| 12:01:23 | 24 | professional eye, there is no question of |

John F. Knight                                    11/09/2005

50

| | | |
|---|---|---|
| :01:25 | 1 | inferiority.  It's there. |
| 12:01:27 | 2 | Q.  When you were stating in Paragraph 28 that |
| 12:01:32 | 3 | these copies were inferior to Plaintiffs' in |
| 12:01:37 | 4 | appearance, did you mean in appearance to you or to |
| 12:01:45 | 5 | customers? |
| 12:01:45 | 6 | A.  I was speaking, in my opinion, and I don't |
| 12:01:54 | 7 | believe I would be the only one.  I think any glass |
| 12:01:58 | 8 | person would look at it and would realize it. |
| 12:02:00 | 9 | Q.  Okay.  But how about customers, do you |
| 12:02:03 | 10 | think there are any features of the Christmas Tree |
| 12:02:05 | 11 | Shop product that would appear inferior to a |
| 12:02:09 | 12 | customer? |
| 02:10 | 13 | A.  If it were one of my customers, yes. |
| 12:02:13 | 14 | Q.  Then why don't we focus on those features |
| 12:02:15 | 15 | for now. |
| 12:02:17 | 16 | The textured lead lining? |
| 12:02:19 | 17 | A.  The textured soldering would be the most |
| 12:02:24 | 18 | noticeable thing that they would see.  They would |
| 12:02:26 | 19 | notice that it is done in lead -- that mine was |
| 12:02:31 | 20 | done in copper and the Christmas Tree Shop copy was |
| 12:02:34 | 21 | done in lead. |
| 12:02:45 | 22 | Q.  You mean the lining (indicating)? |
| 12:02:47 | 23 | A.  The wrapping.  This is all lead.  It is |
| 12:02:51 | 24 | soft.  It will stretch.  It will pull apart. |

John F. Knight                                          11/09/2005

51

| 02:55 | 1 |
|---|---|

:02:55    1        Q.   Any other features between the textured

12:03:00   2   soldering and the copper versus lead wrapping that

12:03:03   3   would be apparently inferior to a customer of

12:03:07   4   yours?

12:03:07   5        A.   No.

12:03:07   6        Q.   Those are the only two?

12:03:08   7        A.   Yes.

12:03:10   8        Q.   How about people who are not customers of

12:03:14   9   your gallery, do you think that there would be any

12:03:18   10   features that would appear inferior?

12:03:21   11        A.   The price tag.

12:03:22   12        Q.   Explain.

03:23   13        A.   They would see mine at $32.95 and this at

12:03:29   14   $1.99, and unfortunately the bulk of businesses in

12:03:32   15   this country are guided by dollars and not always

12:03:35   16   by quality.

12:03:35   17        Q.   When you said the price tag is one way that

12:03:38   18   the Christmas Tree Shop version would appear

12:03:42   19   inferior, are you telling me that somebody who sees

12:03:48   20   $1.99 would know that this is a product of inferior

12:03:52   21   craftsmanship?

12:03:54   22        A.   I believe if they were common-sensible

12:03:56   23   enough, they would know it.

12:04:04   24        Q.   And did any of the folks who asked whether

John F. Knight                                      11/09/2005

57

| | | |
|---|---|---|
| :19:56 | 1 | A.  As profit, without having my tax documents |
| 12:19:58 | 2 | in front of me, I can't. |
| 12:20:00 | 3 | Q.  No idea? |
| 12:20:01 | 4 | A.  No. |
| 12:20:02 | 5 | Q.  The same with regard to 2004? |
| 12:20:04 | 6 | A.  Without having my tax returns in front of |
| 12:20:09 | 7 | me, I can't. |
| 12:20:10 | 8 | Q.  The tax returns will show us what the |
| 12:20:12 | 9 | profitability of the business was? |
| 12:20:13 | 10 | A.  Correct. |
| 12:20:14 | 11 | Q.  That's your principal source of income, the |
| 12:20:18 | 12 | revenues generated by the Glass Eye Gallery? |
| 20:20 | 13 | A.  Yes. |
| 12:20:28 | 14 | Q.  Take a look at Paragraph 9 of Exhibit 3, |
| 12:20:39 | 15 | please, and that paragraph says, among other |
| 12:20:57 | 16 | things, that "Christmas Tree Shops has imitations |
| 12:21:03 | 17 | made in China, and they sell the products for a |
| 12:21:06 | 18 | small fraction of the original price." |
| 12:21:10 | 19 | Do you see that in Paragraph 9? |
| 12:21:14 | 20 | A.  Yes. |
| 12:21:17 | 21 | Q.  How did you know at the time you filed this |
| 12:21:21 | 22 | complaint that Christmas Tree Shops' imitations, to |
| 12:21:24 | 23 | use your word, were made in China? |
| 12:21:26 | 24 | A.  (Indicating.)  The label clearly states |

58

| | | |
|---|---|---|
| :21:32 | 1 | that they are made in China. |
| 12:21:33 | 2 | Q. And how did you know that the Christmas |
| 12:21:38 | 3 | Tree Shops' product was selling at a small fraction |
| 12:21:43 | 4 | of the price of your product? |
| 12:21:45 | 5 | A. The label (indicating). |
| 12:21:46 | 6 | Q. Did you ever, when you went into Christmas |
| 12:21:49 | 7 | Tree Shops, see any version of the Christmas Tree |
| 12:21:53 | 8 | Shop sconce, Exhibit 6 -- |
| 12:22:00 | 9 | (Interruption.) |
| 12:22:02 | 10 | Q. When you went in Christmas Tree Shops, did |
| 12:22:04 | 11 | you ever see a version of the sconce, Exhibit 6, |
| 12:22:07 | 12 | that did not have the label that showed it was made |
| 22:11 | 13 | in China, and that it was selling for $1.99? |
| 12:22:14 | 14 | A. No. |
| 12:22:15 | 15 | Q. Did any of the folks who reported to you |
| 12:22:17 | 16 | with regard to confusion ever say to you that they |
| 12:22:20 | 17 | had seen a version of the Christmas Tree Shops' |
| 12:22:24 | 18 | product in a Christmas Tree Shop store that did not |
| 12:22:27 | 19 | have the "Made in China" label or the sales label? |
| 12:22:29 | 20 | A. No. |
| 12:22:36 | 21 | Q. The same documentation. Look at Paragraph |
| 12:22:39 | 22 | 23, please. |
| 12:22:50 | 23 | Paragraph 23 says, "Plaintiffs' |
| 12:22:51 | 24 | products" -- meaning yours, among others -- have |

John F. Knight                                                    11/09/2005

59

| :22:53 | 1 | secondary meaning.  Consumers and retail stores |
| 12:22:56 | 2 | recognize the plaintiffs as the source of products |
| 12:23:00 | 3 | that have been copied by Christmas Tree Shop." |
| 12:23:03 | 4 | Do you see that allegation? |
| 12:23:04 | 5 | A.  Yes. |
| 12:23:05 | 6 | Q.  And I take it you believe that to be true? |
| 12:23:08 | 7 | A.  Yes. |
| 12:23:09 | 8 | Q.  You talked to us about reports that you |
| 12:23:13 | 9 | have gotten from consumers -- |
| 12:23:14 | 10 | A.  Yes. |
| 12:23:15 | 11 | Q.  -- and a couple from employees. |
| 12:23:17 | 12 | Did anybody from any retail store ever |
| 23:20 | 13 | report to you anything with regard to confusion, |
| 12:23:24 | 14 | inferiority or anything else about the products at |
| 12:23:28 | 15 | issue? |
| 12:23:28 | 16 | A.  Concerning just these products? |
| 12:23:30 | 17 | Q.  Concerning the sconce, yes. |
| 12:23:33 | 18 | A.  No. |
| 12:23:35 | 19 | Q.  Let's concentrate on consumers then. |
| 12:23:40 | 20 | What features of your product, if any, |
| 12:23:46 | 21 | are the ones that allow consumers to recognize you |
| 12:23:50 | 22 | as the source of your product? |
| 12:23:53 | 23 | A.  This product is unique in that the only |
| 12:23:58 | 24 | place other than this that I'm aware it being |

John F. Knight                                    11/09/2005

60

| | | |
|---|---|---|
| ·24:01 | 1 | produced is in my studio. |
| 12:24:07 | 2 | We do a large portion of our buying for |
| 12:24:11 | 3 | our gallery at national shows.  I have never seen |
| 12:24:14 | 4 | an item anywhere close to resembling this |
| 12:24:17 | 5 | (indicating). |
| 12:24:17 | 6 | It is a unique design of our own.  The |
| 12:24:21 | 7 | only place that it is available is at the Glass Eye |
| 12:24:26 | 8 | Gallery and at the Society of Cape Cod |
| 12:24:30 | 9 | Craftsmanship Show. |
| 12:24:32 | 10 | Q.  While I appreciate you firmly believe that |
| 12:24:36 | 11 | that is a unique property, really what I am trying |
| 12:24:39 | 12 | to concentrate on is what allows consumers, people |
| : 24:41 | 13 | other than you, okay, to recognize this unique |
| 12:24:47 | 14 | product as originating with you. |
| 12:24:52 | 15 | When they look at it, sir, what is it |
| 12:24:54 | 16 | -- what feature, if you can name them for me, would |
| 12:24:57 | 17 | cause them to recognize it as John Knight's |
| 12:25:01 | 18 | creations and no one else's? |
| 12:25:02 | 19 | A.  The primary would be that our customers |
| 12:25:06 | 20 | have been told over the years that all of the |
| 12:25:10 | 21 | stained glasswork in the Glass Eye Gallery is made |
| 12:25:14 | 22 | by myself and my assistants in our studio. |
| 12:25:19 | 23 | If you come in, if you are a regular |
| 12:25:21 | 24 | customer and you see an item in stained glass, it |

John F. Knight                                      11/09/2005

61

| | | |
|---|---|---|
| ·25:25 | 1 | is very logical for you to assume it has been made |
| 12:25:28 | 2 | in my studio. |
| 12:25:29 | 3 | Q.  So the fact that it is in your gallery is a |
| 12:25:32 | 4 | big red flag to folks it may well be created by |
| 12:25:36 | 5 | you? |
| 12:25:36 | 6 | A.  Correct. |
| 12:25:37 | 7 | Q.  And did you in 2003 and 2004, if you can |
| 12:25:40 | 8 | remember, sell any other wall sconces that were |
| 12:25:44 | 9 | made by anyone other than you in your gallery? |
| 12:25:47 | 10 | A.  Stained glass? |
| 12:25:49 | 11 | Q.  Stained glass. |
| 12:25:50 | 12 | A.  No. |
| 25:51 | 13 | Q.  So the fact they are in your store. |
| 12:26:00 | 14 | Any other features?  If somebody goes |
| 12:26:02 | 15 | into a home in Eastham and was to see your sconce |
| 12:26:09 | 16 | on the wall, is it your position -- I am not trying |
| 12:26:12 | 17 | to put words in your mouth -- are there any other |
| 12:26:15 | 18 | features that he or she would see that would allow |
| 12:26:19 | 19 | him or her to recognize it as a John Knight |
| 12:26:21 | 20 | creation? |
| 12:26:22 | 21 | A.  Until this showed up, any customer of ours |
| 12:26:27 | 22 | who walked into someone's home, I would assume, |
| 12:26:30 | 23 | would say, "Oh, that came from the Glass Eye, |
| 12:26:33 | 24 | because that is the only place I have ever seen |

John F. Knight                                      11/09/2005

62

| 26:36 | 1 | it." |
| 12:26:37 | 2 | Q.  That is a customer of yours. |
| 12:26:39 | 3 | How about somebody who is not a |
| 12:26:40 | 4 | customer of yours?  Is there any way that somebody |
| 12:26:43 | 5 | in the general consuming public would know? |
| 12:26:46 | 6 | A.  I would assume that if you personally saw |
| 12:26:51 | 7 | one of my candleholders, which are very |
| 12:26:53 | 8 | distinctive, you will not associate it with coming |
| 12:26:59 | 9 | from my studio or gallery because you've never been |
| 12:27:02 | 10 | there. |
| 12:27:02 | 11 | Q.  It's those discriminating, educated |
| 12:27:05 | 12 | consumers who have been to the gallery and seen the |
| 27:08 | 13 | quality of your work, seen the features you talked |
| 12:27:10 | 14 | about, that would recognize this is a John Knight |
| 12:27:12 | 15 | piece; is that fair to say? |
| 12:27:14 | 16 | A.  Yes. |
| 12:27:15 | 17 | Q.  For that person who's not been to your |
| 12:27:19 | 18 | store, for example, okay, would the textured |
| 12:27:23 | 19 | soldering be something that in your view is |
| 12:27:26 | 20 | associated with you and no one else? |
| 12:27:28 | 21 | A.  No. |
| 12:27:29 | 22 | Q.  There must be other accomplished |
| 12:27:31 | 23 | craftspeople who would use textured soldering? |
| 12:27:34 | 24 | A.  I would say there are more amateurs than |

John F. Knight                                    11/09/2005

67

| | | |
|---|---|---|
| ·32:48 | 1 | believing that the plaintiffs were the source of |
| 12:32:51 | 2 | the illegal copies." Do you see that? |
| 12:32:53 | 3 | A.  Yes. |
| 12:32:53 | 4 | Q.  And you believe that allegation to be true? |
| 12:32:56 | 5 | A.  Okay.  Yes. |
| 12:32:59 | 6 | Q.  I take it there are no other stores selling |
| 12:33:03 | 7 | your sconces? |
| 12:33:04 | 8 | A.  Yes. |
| 12:33:05 | 9 | Q.  We are only talking about your consumers |
| 12:33:08 | 10 | who may have been confused? |
| 12:33:10 | 11 | A.  Correct. |
| 12:33:10 | 12 | Q.  Other than the testimony that you have |
| ·33:13 | 13 | given to us about some people who asked you why you |
| 12:33:18 | 14 | were selling the sconces to Christmas Tree Shop, or |
| 12:33:21 | 15 | did you do so, any other customers, consumers that |
| 12:33:26 | 16 | were confused by Christmas Tree Shops' product and |
| 12:33:29 | 17 | believed that you may have been the source of that |
| 12:33:32 | 18 | product? |
| 12:33:32 | 19 | A.  No, I can't. |
| 12:33:37 | 20 | Q.  And even with regard to those folks, I |
| 12:33:40 | 21 | think your testimony is, you don't know whether or |
| 12:33:42 | 22 | not, other than that one woman, they bought any of |
| 12:33:46 | 23 | the Christmas Tree products, believing them to be |
| 12:33:50 | 24 | created by you? |

John F. Knight                                    11/09/2005

68

| | | |
|---|---|---|
| 33:50 | 1 | A.   Correct. |
| 12:33:52 | 2 | Q.   Paragraph 30, top of the Page 6. |
| 12:34:09 | 3 | "As a direct and proximate result of |
| 12:34:11 | 4 | this unauthorized copying, plaintiffs have suffered |
| 12:34:14 | 5 | injury to reputation and loss of income." |
| 12:34:17 | 6 | Do you see that? |
| 12:34:18 | 7 | A.   Yes. |
| 12:34:18 | 8 | Q.   You believe that to be true? |
| 12:34:22 | 9 | A.   Yes, I do. |
| 12:34:23 | 10 | Q.   Let's start with injury to your reputation. |
| 12:34:26 | 11 | In what ways do you believe that |
| 12:34:29 | 12 | Christmas Tree Shop selling of its sconce has |
| 34:31 | 13 | damaged the reputation of the Glass Eye Gallery? |
| 12:34:34 | 14 | A.   This is quality (indicating).  This is |
| 12:34:37 | 15 | trash (indicating).  People looking at that can |
| 12:34:42 | 16 | associate that -- "Hey, that is their design and |
| 12:34:45 | 17 | maybe they sold it to them," and people come in and |
| 12:34:49 | 18 | say, "I don't know that I want to buy any more |
| 12:34:51 | 19 | here." |
| 12:34:52 | 20 | They damaged our reputation in that, if |
| 12:34:57 | 21 | that's a $1.99 and that's a $32.95, "perhaps they |
| 12:35:02 | 22 | are ripping us off on every item they sell." |
| 12:35:08 | 23 | That's damaging. |
| 12:35:09 | 24 | Q.   Okay.  Any other ways? |

John F. Knight                                    11/09/2005

76

| :43:21 | 1 | some evidence that there have been any that have |
|---|---|---|

:43:21      1    some evidence that there have been any that have

12:43:23    2    been paid.

12:43:24    3         Q.   Okay.  And, finally, why don't you go back

12:43:27    4    to Page 4, Paragraph 20.  Take a moment to read it.

12:43:39    5    It talks about the characteristics of your sconce.

12:43:42    6         A.   Right.

12:43:47    7         Q.   Do I have your testimony correctly,

12:43:50    8    Mr. Knight, that to anybody other than a customer,

12:43:55    9    a regular customer of the Glass Eye Gallery, none

12:44:00   10    of these characteristics that you mentioned here

12:44:03   11    for that person would tip them off, allow them to

12:44:07   12    recognize Exhibit 5 as a creation of yours?  Is

44:12   13    that right?

12:44:14   14         A.   I am not clear on that.

12:44:16   15         Q.   That's a terrible question.  Let me do it

12:44:18   16    again.

12:44:18   17              Setting aside the people we were

12:44:22   18    talking about, the regular people of the gallery,

12:44:24   19    the rest of the uneducated consuming public, right?

12:44:27   20         A.   Correct.

12:44:27   21         Q.   Is there any one of the characteristics

12:44:30   22    that you have listed in Paragraph 20 that would

12:44:34   23    suggest to one of those people that a sconce like

12:44:37   24    Exhibit 5 is a creation of John Knight?

John F. Knight                                          11/09/2005

77

44:40      1        A.  Not unless they have been in my gallery.

12:44:44   2        Q.  Got it.

12:44:53   3        A.  Or received one as a gift or seen one in

12:44:56   4    someone's home.

12:44:58   5        Q.  When you say "seen one in someone's home,"

12:45:04   6    you mean where it was identified as your piece?

12:45:06   7        A.  Yes.

12:45:06   8        Q.  There is some sort of education of John

12:45:09   9    Knight creations that comes before anybody would

12:45:12   10   recognize a John Knight piece as having been

12:45:14   11   created by John Knight; is that fair to say?

12:45:16   12       A.  I think it's fair.

45:22      13       Q.  The colors of opalescent glass for your

12:45:31   14   sconce -- first of all, was it sold in different

12:45:33   15   colors?

12:45:33   16       A.  Yes.

12:45:33   17       Q.  And are those colors all the ones that have

12:45:37   18   been written down on GE 001?

12:45:41   19       A.  All of those colors.  Possibly another

12:45:47   20   couple as new glasses came out.

12:45:50   21       Q.  What went into the decision about colors?

12:45:54   22   Was that purely aesthetic?

12:45:56   23       A.  It was aesthetic, but also popularity of

12:46:02   24   glasses in other items in the gallery.

John F. Knight                                          11/09/2005

80

:48:33    1      Q.  We were talking about observing fellow

12:48:41   2   craftsmen's work in media other than glass, and I

12:48:46   3   think you mentioned pottery.

12:48:47   4      A.  We look at pottery.  I would look at wooden

12:48:51   5   items.  I would look at scrimshaw items.  I would

12:48:56   6   look at metal items.  I will look, hopefully, with

12:49:01   7   my own eye and the eye of our consumers.

12:49:04   8      Q.  Is it fair to say that in all of those

12:49:08   9   media, that you do look at these competitors'

12:49:11   10  creations as at least a factor to inform you on

12:49:15   11  what your development of your own design is going

12:49:17   12  to be; is that right?

49:18   13      A.  No.

12:49:19   14      Q.  So you are looking at them for what

12:49:22   15  purpose?

12:49:22   16      A.  For purchase for sale in our own gallery.

12:49:25   17      Q.  But not for any sort of inspiration or

12:49:30   18  guidance in your creations?

12:49:31   19      A.  No.

12:49:32   20      Q.  Never?

12:49:32   21      A.  No.

12:49:33   22      Q.  Got it.  This particular sconce, was the

12:49:39   23  design of it derived in any way, shape or form from

12:49:43   24  any other objects that you had seen out there?

John F. Knight                                    11/09/2005

81

| | | |
|---|---|---|
| ·49:45 | 1 | A. No. |
| 12:49:46 | 2 | Q. Completely original inspiration? |
| 12:49:49 | 3 | A. Correct. |
| 12:49:52 | 4 | Q. Given the originality and uniqueness that |
| 12:49:55 | 5 | you've attributed to your sconce, did you ever seek |
| 12:49:59 | 6 | to get any sort of copyright, patent or other |
| 12:50:06 | 7 | governmental protection for this design of this |
| 12:50:09 | 8 | sconce? |
| 12:50:10 | 9 | A. No. |
| 12:50:10 | 10 | Q. Have you done that with regard to any of |
| 12:50:12 | 11 | your other designs? |
| 12:50:13 | 12 | A. Not at present. |
| 50:15 | 13 | Q. Have you ever in the past? |
| 12:50:16 | 14 | A. No. |
| 12:50:17 | 15 | Q. Why not? |
| 12:50:18 | 16 | A. Naivete. |
| 12:50:23 | 17 | Q. How about since the reports of the alleged |
| 12:50:27 | 18 | copying by Christmas Tree Shop, have you sought |
| 12:50:30 | 19 | protection for any creations since then? |
| 12:50:35 | 20 | A. Not yet. |
| 12:50:38 | 21 | Q. How many creations, roughly, in order of |
| 12:50:42 | 22 | magnitude, have you developed since that report |
| 12:50:45 | 23 | back in May of 2003? |
| 12:50:48 | 24 | A. We have introduced -- to make up for the |

John F. Knight                                    11/09/2005

82

| 50:52 | 1 | difference -- an expanded and a new line of beveled |
| 12:50:56 | 2 | glass candleholders. |
| 12:50:59 | 3 | We brought out our own collectible |
| 12:51:03 | 4 | Christmas ornaments, which we do, we brought those |
| 12:51:06 | 5 | out three months earlier than normal; and we |
| 12:51:12 | 6 | developed a line of basically recycled sandblasted |
| 12:51:16 | 7 | glassware. |
| 12:51:17 | 8 | Q. All new glassware that you brought out |
| 12:51:21 | 9 | since May '03? |
| 12:51:22 | 10 | A. Yes. |
| 12:51:23 | 11 | Q. But with regard to none of those, have you, |
| 12:51:25 | 12 | at least to present, sought any kind of trademark |
| 51:28 | 13 | or copyright or patent protection? |
| 12:51:30 | 14 | A. No. |
| 12:51:32 | 15 | Q. How do you advertise? |
| 12:51:36 | 16 | Let me take you back to 2003 and 2004. |
| 12:51:39 | 17 | How did you advertise your creation, if at all? |
| 12:51:43 | 18 | A. All creations? Not just the sconce? |
| 12:51:45 | 19 | Q. Let's start with the sconce. Thank you. |
| 12:51:48 | 20 | A. I don't believe that we have taken out a |
| 12:51:51 | 21 | single ad featuring just the sconce. |
| 12:51:53 | 22 | Q. Did you take out any ads during that time |
| 12:51:55 | 23 | features items including the sconce? |
| 12:51:58 | 24 | A. Possibly. I can't recall without going |

John F. Knight                                                11/09/2005

89

| :59:18 | 1 | labeled or in a particular part of the gallery so |
|12:59:22 | 2 | that folks know they are yours? |
|12:59:23 | 3 | A.  Not all of them.  Our products are spread |
|12:59:26 | 4 | out throughout the whole gallery, and we do have a |
|12:59:30 | 5 | hang-tag that goes onto a lot of the work. |
|12:59:33 | 6 | Q.  And what does the hang-tag says? |
|12:59:34 | 7 | A.  It has a picture of our logo, the Glass |
|12:59:40 | 8 | Eye, and it identifies the item as being designed |
|12:59:44 | 9 | and fabricated by Donna and John Knight of the |
|12:59:49 | 10 | Glass Eye Studio in North Eastham; and we also have |
|12:59:54 | 11 | hang-tags on some items which list the glasses that |
|12:59:58 | 12 | are used. |
| 59:59 | 13 | Q.  So the hang-tag has a logo and words? |
|13:00:02 | 14 | A.  Right. |
|13:00:03 | 15 | Q.  Did the sconces have such a hang-tag? |
|13:00:06 | 16 | A.  Not on every one. |
|13:00:07 | 17 | Q.  On some? |
|13:00:08 | 18 | A.  Yes. |
|13:00:09 | 19 | MR. BIAGETTI:  I would like to have a |
|13:00:11 | 20 | copy of that hang-tag. |
|13:00:13 | 21 | MR. JOSEPH:  Just provide that to me. |
|13:00:18 | 22 | Q.  Packaging, when folks buy something in the |
|13:00:22 | 23 | gallery, let's start first with the sconce, is it |
|13:00:27 | 24 | packaged at their request in a Glass Eye box or |

John F. Knight                                    11/09/2005

90

| | | |
|---|---|---|
| ·00:30 | 1 | something that would identify the source? |
| 13:00:32 | 2 | A.  We routinely box, in one of our gift boxes, |
| 13:00:39 | 3 | with tissue and/or with bubble wrap if necessary, |
| 13:00:43 | 4 | with the designated label. |
| 13:00:44 | 5 | We gift box, basically, I am going to |
| 13:00:47 | 6 | say, 99.9 percent of the items we sell.  Some |
| 13:00:51 | 7 | people will say, "Oh, save the box.  It's for me." |
| 13:00:55 | 8 | We have routinely, and generally our |
| 13:01:02 | 9 | help will ask, "Is this a gift?"  And we offer free |
| 13:01:06 | 10 | very distinctive giftwrapping. |
| 13:01:09 | 11 | If you've seen it once, you know where |
| 13:01:11 | 12 | your package came from every time. |
| 01:14 | 13 | Q.  The box, first.  Does the box say in words |
| 13:01:17 | 14 | that it came from Glass Eye? |
| 13:01:20 | 15 | A.  The label is right behind you (indicating). |
| 13:01:21 | 16 | That's what it says. |
| 13:01:31 | 17 | MR. BIAGETTI:  Why don't we mark this. |
| 13:01:43 | 18 | EXHIBIT NO. 4 MARKED |
| 13:01:44 | 19 | Q.  When you say 99.9 percent of the items that |
| 13:01:47 | 20 | leave the store, would that have included the |
| 13:01:49 | 21 | sconces in 2003 and 2004? |
| 13:01:52 | 22 | A.  Right. |
| 13:01:53 | 23 | Q.  And you said the wrapping is distinctive as |
| 13:01:56 | 24 | well? |

John F. Knight                                    11/09/2005

91

| :01:56 | 1 | A.   Correct. |
| 13:01:56 | 2 | Q.   And for how long have you been using the |
| 13:01:59 | 3 | distinctive wrapping? |
| 13:02:01 | 4 | A.   We have always used a form of distinctive |
| 13:02:04 | 5 | wrapping since we have been in business. |
| 13:02:05 | 6 | Q.   So in 2003 and 2004 -- |
| 13:02:08 | 7 | A.   The paper style has changed, but for the |
| 13:02:11 | 8 | last, I am going to go back at least 15 years, we |
| 13:02:16 | 9 | have used a very high-quality, almost a sea foam |
| 13:02:24 | 10 | green wrapping paper, with a ribbon and with |
| 13:02:28 | 11 | Donna's instructions on how employees fabricate |
| 13:02:32 | 12 | what are commonly called -- and people ask for |
| 02:35 | 13 | these -- fu-fus, which are tissue paper flowers |
| 13:02:41 | 14 | which are very discriminating and associated with |
| 13:02:43 | 15 | the Glass Eye, and they were affixed to every gift |
| 13:02:49 | 16 | picture.  Unless I am doing the wrapping, and I |
| 13:02:51 | 17 | ask, "Is this coffee mug for a man?"  I might not |
| 13:02:56 | 18 | put a fu-fu on a man's package. |
| 13:02:59 | 19 | Q.   I just have a couple of more questions. |
| 13:03:06 | 20 | Any other ways that you can think of |
| 13:03:09 | 21 | besides the logo, the wrapping, the distinctive |
| 13:03:12 | 22 | ornaments on the wrapping, that the Glass Eye tries |
| 13:03:15 | 23 | to sort of consciously connect a product when it |
| 13:03:22 | 24 | leaves the store to your gallery? |

John F. Knight                                                    11/09/2005

92

| | | |
|---|---|---|
| 03:25 | 1 | A.  Normally, all of our bags which we use have |
| 13:03:31 | 2 | an enlarged version of the top half of that |
| 13:03:36 | 3 | sticker.  We flipped a coin, and I won out as the |
| 13:03:41 | 4 | more attractive.  So my picture is on all of the |
| 13:03:43 | 5 | bags. |
| 13:03:46 | 6 | Q.  You mean the logo? |
| 13:03:48 | 7 | A.  Yes. |
| 13:03:50 | 8 | Q.  We talked about the profile of the Glass |
| 13:04:23 | 9 | Eye Gallery customer. |
| 13:04:24 | 10 | Does it differ in any way from what you |
| 13:04:27 | 11 | believe the profile is from the typical Christmas |
| 13:04:30 | 12 | Tree Shop customer? |
| 04:31 | 13 | A.  I don't want put any discriminatory remarks |
| 13:04:38 | 14 | in concerning what -- of people's customers. |
| 13:04:42 | 15 | Q.  Are you trying -- |
| 13:04:44 | 16 | A.  I am trying to be nice. |
| 13:04:45 | 17 | Q.  I know that, and I appreciate that. |
| 13:04:48 | 18 | I am trying to understand what, if any, |
| 13:04:49 | 19 | difference there is between the markets, without |
| 13:04:51 | 20 | being pejorative. |
| 13:04:53 | 21 | A.  And everyone loves a bargain, and they go |
| 13:04:59 | 22 | to the Christmas Tree Shop.  Not everyone comes to |
| 13:05:04 | 23 | the Glass Eye. |
| 13:05:04 | 24 | Q.  Leaving aside why a customer goes to the |

John F. Knight                                          11/09/2005

93

| | |
|---|---|
| 05:08 | 1 |
| 13:05:11 | 2 |
| 13:05:14 | 3 |
| 13:05:15 | 4 |
| 13:05:16 | 5 |
| 13:05:18 | 6 |
| 13:05:19 | 7 |
| 13:05:22 | 8 |
| 13:05:22 | 9 |
| 13:05:26 | 10 |
| 13:05:30 | 11 |
| 13:05:33 | 12 |
| 1  05:35 | 13 |
| 13:05:37 | 14 |
| 13:05:40 | 15 |
| 13:05:41 | 16 |
| 13:05:43 | 17 |
| 13:05:46 | 18 |
| 13:05:48 | 19 |
| 13:06:12 | 20 |
| 13:06:16 | 21 |
| 13:06:19 | 22 |
| 13:06:21 | 23 |
| 13:06:21 | 24 |

Christmas Tree Shops, is it fair to say that the

Glass Eye Gallery is not targeting or after the

typical Christmas Tree Shop customer?

   A.  No.

   Q.  You are after a different customer?

   A.  Yes.

   Q.  How would you describe the difference,

without being pejorative?

   A.  We are not looking for bargain-hunters.  We

are not looking for people who are interested in

lesser-quality items.

        We are looking for people who are

interested, not only in the quality of the work

that we make, but the quality of the work that we

carry.

   Q.  And from your observation over the years,

the Christmas Tree Shop customer typically is the

bargain-hunter type?

   A.  Correct.

   Q.  You mentioned the labeling as one way you

communicate to customers that certain items in the

shop are made in North America.

   A.  Right.

   Q.  Any other way that staff people might relay

John F. Knight                                              11/09/2005

97

| | | |
|---|---|---|
| :10:17 | 1 | sales to a customer be for the past several years? |
| 13:10:23 | 2 | A.  I would have to check my credit card |
| 13:10:28 | 3 | statements, because in the last four or five years, |
| 13:10:31 | 4 | approximately 80 percent of all of our sales have |
| 13:10:36 | 5 | been on credit cards, and they give us an average |
| 13:10:39 | 6 | ticket sale; and to the best of my recollection, it |
| 13:10:45 | 7 | would be in the area of 85 to a hundred dollars. |
| 13:10:49 | 8 | Q.  So if someone bought a sconce for $32.95, |
| 13:10:53 | 9 | would that have been an average sale?  In other |
| 13:10:57 | 10 | words, would they have bought approximately $50 |
| 13:10:59 | 11 | more with the sconce? |
| 13:11:00 | 12 | A.  I would say yes. |
| 11:04 | 13 | MR. JOSEPH:  I have no further |
| 13:11:06 | 14 | questions. |
| 13:11:06 | 15 | MR. BIAGETTI:  One follow-up to |
| 13:11:07 | 16 | something you just said Mr. Knight. |
| 13:11:10 | 17 | REDIRECT EXAMINATION |
| 13:11:10 | 18 | BY MR. BIAGETTI: |
| 13:11:10 | 19 | Q.  If I heard you correctly -- I want you to |
| 13:11:13 | 20 | give the range you are comfortable with from 2001 |
| 13:11:16 | 21 | through 2003 -- I believe you said you sold |
| 13:11:19 | 22 | anywhere from 1,200 to 3,000 sconces? |
| 13:11:24 | 23 | A.  I can't give an exact figure. |
| 13:11:25 | 24 | Q.  Even to the nearest thousand? |

John F. Knight                                           11/09/2005

98

| 11:27 | 1 | A.   No.   Impossible. |
| 13:11:30 | 2 | Q.   Whatever the figure is, it includes sconces |
| 13:11:34 | 3 | of sizes that are different from Exhibit 5, |
| 13:11:37 | 4 | correct? |
| 13:11:38 | 5 | A.   I can be fairly accurate in saying there |
| 13:11:49 | 6 | were six mega sconces, and a handful of the large |
| 13:11:54 | 7 | ones, which we discontinued.   The megas were all |
| 13:11:59 | 8 | done on special order. |
| 13:12:00 | 9 | Q.   So 99 percent of sconces sold -- whatever |
| 13:12:03 | 10 | that number is -- are of the size of Exhibit 5? |
| 13:12:05 | 11 | A.   Correct. |
| 13:12:05 | 12 | Q.   Last chance to give me a range number of |
| 12:08 | 13 | the sconces sold. |
| 13:12:09 | 14 | A.   I don't know. |
| 13:12:10 | 15 | MR. BIAGETTI:   I appreciate that. |
| 13:12:10 | 16 | MR. JOSEPH:   I have one follow-up. |
| 13:12:13 | 17 | RECROSS-EXAMINATION |
| 13:12:13 | 18 | BY MR. JOSEPH: |
| 13:12:14 | 19 | Q.   Mr. Biagetti seem to have indicated you |
| 13:12:17 | 20 | couldn't come to the nearest thousand. |
| 13:12:19 | 21 | Could you say it was more than a |
| 13:12:21 | 22 | thousand or between one thousand and two thousand? |
| 13:12:23 | 23 | A.   I would go as far as to say it was more |
| 13:12:26 | 24 | than a thousand. |

John F. Knight                                          11/09/2005

101

```
 1    COMMONWEALTH OF MASSACHUSETTS )

 2    SUFFOLK, SS                   )

 3

 4    I, Deborah L. Roth, and Notary Public in and for

 5    the Commonwealth of Massachusetts, do hereby

 6    certify that there came before me on November 9,

 7    2005, the person hereinbefore named, who was by me

 8    duly sworn to the truth concerning any knowledge in

 9    this cause; that that person was thereupon examined

10    under oath, and the examination reduced to

11    typewriting; and that the deposition is a true

12    record of the testimony given by the witness.

13    I further certify that I am neither related to nor

14    employed by any attorney or counsel employed by

15    the parties hereto or financially interested in the

16    action.

17    In witness whereof, I have hereunto set my hand

18    this 17th th day of November 2005.

19

20                                    CERTIFIED ORIGINAL
                                      LEGALINK BOSTON

21    DEBORAH ROTH, Notary Public

22    My commission expires: 2/7/08

23

24
```

Gary C. Briggs

11/09/2005

1

1   VOL. I, PAGES 1 - 109

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE DISTRICT OF MASSACHUSETTS

4

5   JOHN KNIGHT, DONNA RUSSELL KNIGHT,

6   CHARLES COLE, VIIU NIILER, COUNTRY GLASS

7   SHOP, AUNT SADIE'S, INC., AND SUSAN BOERMAN

8                  Plaintiffs

9   V.

10  CHRISTMAS TREE SHOPS, INC.

11                 Defendant    CERTIFIED ORIGINAL
                                LEGALINK BOSTON

12

13          - - - - - - - -

14      30(b)(6) Notice to Aunt Sadie's, Inc.

15      Deposition of Gary C. Briggs

16      Wednesday, November 9, 2005

17             2:11 p.m.

18  Mintz Levin Cohn Ferris Glovsky and Popeo, PC

19         One Financial Center

20         Boston, Massachusetts

21          - - - - - - - -

22      Reporter:  Deborah Roth, RPR/CSR

23

24

Gary C. Briggs                                                    11/09/2005

2

1    PRESENT:

2

3    Joel D. Joseph, Esq.

4    Joseph & Associates

5    7272 Wisconsin Avenue, Suite 300

6    Bethesda, Maryland  20814

7    301 941 1989

8    For the Plaintiffs

9

10

11   Peter A. Biagetti, Esq.

12   Carrie Kei Heim, Esq.

13   Mintz Levin Cohn Ferris Glovsky and Popeo, PC

14   One Financial Center

15   Boston, Massachusetts  02111

16   617 542 6000

17   For the Defendant

18

19   ALSO PRESENT:  Kenneth Bradley, Esq.

20

21

22

23

24

Gary C. Briggs                                    11/09/2005

5

1   about the way I am asking, whether it called for

2   privileged information, let me know, and I will

3   behave accordingly.

4       A.  Okay.

5       Q.  Full name and address, please, for the

6   record.

7       A.  Gary Clayton Clark Briggs, 52 Waltham

8   Street, Boston, Mass. 02118.

9       Q.  Employed by?

10      A.  Aunt Sadie's.

11      Q.  And Aunt Sadie's is what?

12      A.  Candle manufacturer.

13      Q.  And retail outlet store?

14      A.  We have retail stores, also, yes.

15      Q.  What is your job at Aunt Sadie's?

16      A.  I am the co-owner.

17      Q.  How many other owners?

18      A.  Just one.

19      Q.  And that is?

20      A.  Brian Schnetzer.

21      Q.  Does Mr. Schnetzer also work for Aunt

22  Sadie's?

23      A.  Yes.

24      Q.  How many employees?

Gary C. Briggs

11/09/2005

6

1    A.   15.

2    Q.   How many factories?

3    A.   One.

4    Q.   In?

5    A.   Massachusetts.

6    Q.   In Boston?

7    A.   Yes, it is.

8    Q.   And that factory makes candles?

9    A.   Yes.

10   Q.   Anything else?

11   A.   No.

12   Q.   How long has the factory been making

13   candles?

14   A.   Seven years.  Actually, eight years.  I'm

15   sorry.  I just had to count.

16   Q.   How many stores, retail outlets -- does

17   Aunt Sadie's operate any stores?

18   A.   Yes.

19   Q.   How many?

20   A.   We operate one in Boston, and we are

21   opening one in Denver in three weeks.

22   Q.   How long has the store in Boston been open?

23   A.   Five years, about five and a half years.

24   Q.   And the second store in Denver will be your

Gary C. Briggs                                         11/09/2005

7

1    only other --

2        A.  Yes.

3        Q.  And that is set to open when?

4        A.  November 25, I think is the date.

5        Q.  Congratulations.

6        A.  Thank you.

7            MR. JOSEPH:  The day after

8    Thanksgiving?

9            THE WITNESS:  Yes.

10           MR. JOSEPH:  I will be there.

11           THE WITNESS:  Cool!

12           MR. BIAGETTI:  A beautiful moment.

13       Q.  Does the store in Boston sell anything

14   other than candles?

15       A.  Yes.

16       Q.  What else, generically?

17       A.  A lot of things.  Body care.  It's more

18   geared toward women than men, although there is a

19   men's section.

20           We sell blankets.  We sell handbags, we

21   sell other candles, other than our own.

22       Q.  That was my next question.

23           Let's focus on the candle department,

24   and we will get to documents where you tell us the

Gary C. Briggs

11/09/2005

8

1  percentage of candle sales as it relates to total

2  sales.

3           In terms of the candles that you do

4  sell, first of all, are they all over the store or

5  in a candle department?

6      A.  All over the store, but primarily in a

7  candle department, but all over the store.

8      Q.  These candles that you sell throughout the

9  store, roughly in percentages, how much of the

10  stock is Aunt Sadie's produced and how much is

11  third party?

12      A.  Just candles only?

13      Q.  Candles only.

14      A.  Probably, my guess would be, 70 percent is

15  Aunt Sadie's.

16      Q.  And was that percentage, again, roughly

17  true in 2003 and 2004 as well as 2005?

18      A.  Yes.

19      Q.  The Aunt Sadie's candles, are they labeled

20  as such in some way so that a customer who comes

21  into the store can distinguish them from the

22  non-Aunt Sadie's candles?

23      A.  Some -- all the candles have our name on it

24  somewhere.  Sometimes the name is not pronounced.

Gary C. Briggs                                    11/09/2005

10

1   or she is buying an Aunt Sadie's candle?

2       A.  No.

3       Q.  You said there are other ways they can

4   tell?

5       A.  Yes.

6       Q.  We will get to those later.

7           In addition to the one retail outlet,

8   are Aunt Sadie's candles sold in any other store or

9   any other way?  Mail order?

10      A.  Yes.  Both Website and other retail stores.

11      Q.  Let's go with other retail stores first.

12          All over the country?  In New England?

13      A.  Yes, all over the country.

14      Q.  The same is true with regard to the ones

15  that are sold all over the country, that somewhere

16  on the can there are the words "Aunt Sadie's"?

17      A.  Unless it's a private-label thing that we

18  are doing.

19      Q.  Do you do some private label?

20      A.  A small amount.

21      Q.  What percentage of sales is private label?

22      A.  Between five and ten.

23      Q.  Five and ten percent of all candle sales or

24  Aunt Sadie's sales?

Gary C. Briggs                                    11/09/2005

11

1      A.   All Aunt Sadie's sales.

2      Q.   So the private-label candles that are

3  manufactured by Aunt Sadie's obviously would not

4  have "Aunt Sadie's" on the labeling anywhere?

5      A.   Sometimes they do.   Sometimes they don't.

6  We allow the people who we make them for to make

7  the decision.

8      Q.   Are there other differences in quality or

9  ingredients in the manufacture of the private label

10  versus the Aunt Sadie's brands?

11      A.   No.

12      Q.   How about the quality of the scent or

13  anything like that?

14      A.   The same.

15      Q.   So is there anything about the

16  private-label candle in terms of quality of

17  ingredients, scent, that would allow a customer to

18  recognize it as having been manufactured by Aunt

19  Sadie's?

20      A.   Yes.

21      Q.   What would you say are those distinguishing

22  features?

23      A.   The size of the container.   The clear top

24  lid.   In general, the whimsical nature of the

Gary C. Briggs                                      11/09/2005

12

1    labeling.  The quality of the scent.  You said not

2    that.

3        Q.  I don't want to put words in your mouth.

4        A.  The quality of the scent.

5        Q.  So somebody in New Jersey could look at an

6    Aunt Sadie's-manufactured candle, even if it was

7    being sold under a private label, and would be able

8    to distinguish it as an Aunt Sadie's-made candle?

9        A.  Yes.

10       Q.  Based on these features?

11       A.  I believe so, yes.

12       Q.  The size of the container?

13       A.  Yes.

14       Q.  Clear top lid?

15       A.  Yes.

16       Q.  Whimsical nature of the labeling?

17       A.  Yes.

18       Q.  And scent is one of those features as well?

19       A.  Yes.

20       Q.  Meaning strength of scent?

21       A.  Strength and quality.

22       Q.  Any other features that you would say would

23   distinguish that candle as an Aunt Sadie's?

24       A.  If you were a very educated consumer, the

Gary C. Briggs                                    11/09/2005

16

1       Q.   Decorative and allowing for a flame and

2   scent.

3       A.   Yes, I think so.

4       Q.   In what way does the size help to meet

5   those functions?

6       A.   Well, the size allows us the room to do the

7   graphics nature of the label, and a smaller size

8   would mean that the graphics couldn't be as

9   dominant as they are.

10      Q.   How about shape?  Same question.

11              How, if at all, did the shape that you

12  chose meet either of the two functions that you

13  mentioned?

14      A.   Yes.

15      Q.   In what ways?

16      A.   We felt a round container was more

17  aesthetically pleasing than a square or triangle.

18      Q.   Am I also right that if you did a square or

19  triangle you couldn't have quite the same kind of

20  removable top (indicating), or no?

21      A.   No, you could.

22      Q.   Okay.  It's not a screw-top?  It's a

23  pop-top?

24      A.   Yes.

Gary C. Briggs                                          11/09/2005

20

1       A.   I have not seen it, but Joel told me about

2   it, basically told me what it said.

3       Q.   One of the things that it says is that you

4   are here because you have been designated as the

5   person most qualified --

6       A.   Uh-huh.

7       Q.   -- to testify on the matters set forth in

8   the exhibit to this notice.

9            So if you will take a very quick look

10  for me, Mr. Briggs, at all the categories on these

11  two pages, and once you are done, let me know if

12  there is someone else at Aunt Sadie's you think

13  would be more qualified to talk about one of these

14  particular subjects.  If they are all you, you can

15  confirm that, too.

16      A.   They are all me.

17      Q.   Good to hear.

18           Let me ask you about one other possible

19  distinctive feature of the Aunt Sadie's candle, and

20  you can tell me whether or not it is.

21           Cost.  How much do you sell these for?

22      A.   Wholesale or retail?

23      Q.   Retail.

24      A.   Retail, the suggested price is $15, for

Gary C. Briggs                                    11/09/2005

21

1   most of our designs.

2       Q.   $15?

3       A.   Yes.

4       Q.   Why don't you give me the wholesale cost

5   while you are at it?

6       A.   The wholesale cost would be $7.35.

7       Q.   Cost is indicated, at least on the ones in

8   your store, by a price tag?

9       A.   Yes.

10      Q.   Does the price tag have any logo or the

11  labeling on it?

12      A.   I don't know that, to be honest.  I don't

13  know if the price tag says "Aunt Sadie's" or not.

14      Q.   Does Aunt Sadie's have a logo?

15      A.   Yes.

16           It doesn't have the logo on it.  I know

17  that.

18      Q.   But it may or may not say "Aunt Sadie's"?

19      A.   Right.

20           MR. BIAGETTI:  We are going to probably

21  ask for a representative --

22           MR. JOSEPH:  Price sticker?

23           MR. BIAGETTI:  -- price sticker.

24      Q.   What about the $15 cost that the customer

Gary C. Briggs                                    11/09/2005

25

1    tracking or profiles?

2        A.  Yes.

3        Q.  Have you done in the past two years?

4        A.  Yes.

5        Q.  What does it tell you about the typical

6    Aunt Sadie's candle customer?

7        A.  They are a woman.  They are a middle-aged

8    women probably.  They -- I don't know what else to

9    say.  Those two are important.

10       Q.  Only the things you remember.

11       A.  Well --

12       Q.  Let me ask you this one:  Anything about

13   geography?  Are you selling them all over the

14   country?  I assume your customers are all over the

15   country.

16       A.  Yes.

17       Q.  Are they predominantly in the Boston

18   area --

19       A.  No.

20       Q.  -- because of the retail shop?

21       A.  No.

22       Q.  What about income, are they --

23       A.  I don't think that we have ever done

24   anything that would allow us to define that.

Gary C. Briggs                                        11/09/2005

26

1      Q.   You mentioned before, when we were talking

2   about features, educated consumers.

3      A.   Uh-huh.

4      Q.   I don't mean when I ask you this in terms

5   of schooling type of education --

6      A.   Right.

7      Q.   -- but does your profiling give you any

8   sense of how discerning your customers are?

9      A.   It does tell us that our customers are

10  definitely keen on scents, and that they -- if they

11  are going to buy a candle, they prefer to buy a

12  candle that has a pleasing scent, that they think

13  is realistic or true to life.

14     Q.   Are they impulse buyers versus more

15  deliberate ones?

16     A.   I don't think we know that.

17     Q.   When it comes to buying a candle, they take

18  their time and have the ability to discern better

19  quality of scent, et cetera?

20     A.   Some, yes.  The average, yes.  Probably,

21  yes.

22     Q.   Have you been in a Christmas Tree Shop

23  retail outlet before?

24     A.   Yes.

Gary C. Briggs                                          11/09/2005

31

1      Q.  Fair enough.  When we get to the complaint,

2  it talks about theme candles.

3          I take it these are the four theme

4  candles as of right now you believe are the ones

5  that have been infringed by Christmas Tree Shop; is

6  that right?

7      A.  I believe that we believe there are others,

8  but we don't know what those are.

9      Q.  Okay.

10     A.  Because we don't have samples, but these

11  were the four we think, we believe.

12     Q.  Without any prejudice to you in the future

13  being able to broaden your claim, all I am doing

14  this for is trying to see that we all know what we

15  are talking about for today.

16          It's these four, right?

17     A.  Yes.

18     Q.  I appreciate that.

19          The sales of at least two of the

20  products, the Apple Pie and the Happy Birthday, it

21  looks like have been sold for a longer time than

22  the three years of sales that are listed here.  Do

23  you see that?

24     A.  Yes.

Gary C. Briggs                                          11/09/2005

32

1    Q.  Apple Pie, since 2001; and Happy Birthday,

2    since 2002?

3    A.  Yes.

4    Q.  Why did you confine yourself in the sales

5    summary to 2002, 2003, 2004 and 2005 for those

6    products?

7    A.  I think that's what Joel had asked me to

8    do.

9         MR. BIAGETTI:  I do think the trend of

10   sales would be relevant.  I am going to ask you to

11   do the same thing for those two, for the other

12   years in question.

13        MR. JOSEPH:  We will supply that to you

14   in a week or so.

15        MR. BIAGETTI:  That is perfect.

16   Q.  Then I noticed that for 2005 figures, it

17   says "2005 to date," and I need to know to what

18   date, up through what date?  Half a year?

19   A.  I believe the date --

20   Q.  Can you tell from any of that backup?  I

21   don't want you to guess.

22   A.  The date of October 19th sticks in my head.

23        It would be through October 28.

24        MR. JOSEPH:  28th?

Gary C. Briggs                                     11/09/2005

46

1     A.  Yes.

2     Q.  We will get to that after we talk more

3   generally.

4     A.  Okay.

5     Q.  Let me ask about that last category, sort

6   of the research you said you did with regard to

7   protection, trade dress, et cetera.

8            Are any of the candles that we are

9   taking about, that are at issue so far in this

10  case, are any of those protected by a registered

11  federal copyright that you know?

12    A.  A specific candle?  Are we talking about

13  specific candles?

14    Q.  I am talking about the four that we have

15  agreed right now are ones that Aunt Sadie's

16  believes have been copied, infringed, okay?

17           Are any of those -- Apple Pie, It's a

18  Boy, It's a Girl or Happy Birthday -- protected by

19  a registered copyright?

20    A.  No.

21    Q.  Is there a patent on any of them?

22    A.  No.

23    Q.  Is there any other kind of government

24  protection that Aunt Sadie's has applied for, filed

Gary C. Briggs                                    11/09/2005

47

1   for any of these four candles?

2       A.   Not specific to those four, but related to

3   those four, Aunt Sadie's is protected -- we have --

4   I don't know if it is called a copyright or

5   trademark.  We hold a legal document that "Aunt

6   Sadie's" is protected, and the term "Candle in Can"

7   is trademarked, and we are in the process of

8   trademarking another, but I don't know if that's

9   even relevant.

10      Q.   Okay.

11              MR. JOSEPH:  No.

12      Q.   Assuming those are trademarked, do you

13  remember when you applied for the trademark on Aunt

14  Sadie's?  Was it before 2005?

15      A.   Yes.

16      Q.   Was it before 2004?

17      A.   Yes.

18      Q.   How about on Candle in Can?

19      A.   No.

20      Q.   When do you think you applied for that one?

21      A.   In 2005.

22      Q.   Do you know when you applied on Aunt

23  Sadie's?  What year?

24      A.   I don't, to be honest.

LegaLink Boston
(617) 542-0039

Gary C. Briggs                                    11/09/2005

56

1    consumer that led you to make your shopping trip to

2    Christmas Tree Shop in the fall of '04?

3        A.  No.

4        Q.  Let's go to the time period after you

5    visited in the fall of '04.

6              Do you recall getting any other oral

7    reports from Aunt Sadie's customers about the

8    candles that were being sold at Christmas Tree

9    Shops?

10       A.  Yes.

11       Q.  Okay.

12       A.  I can't give you specific customers or time

13   frames or anything like that.

14       Q.  Is it fair that they came after the call

15   from Best of the Beach?

16       A.  Yes.

17       Q.  You remember that one because it was the

18   first one?

19       A.  Right.

20       Q.  Can you give me -- it's been a year?

21       A.  Yes.

22       Q.  Can you give me any sense of how many you

23   personally have received?

24       A.  Probably 10 or 15.

Gary C. Briggs                                    11/09/2005

57

1    Q.    Phone calls?

2    A.    From either customers, sales

3    representatives for Aunt Sadie's, or people who

4    work for Aunt Sadie's.  I would lump it into that

5    group.

6    Q.    I am going to ask, if you can, of that

7    roughly 10 or 15, how many of them came from

8    customers as opposed to agents or employees of Aunt

9    Sadie's?

10    A.    Probably half are from customers.

11             MR. JOSEPH:   So that's seven and a half

12    people?

13             THE WITNESS:   Roughly.   One was a

14    child.

15    Q.    Did you speak to these roughly seven or

16    eight customers yourself?

17    A.    Yes.

18    Q.    And, again, in the cases, at least that you

19    can remember, what did they tell you that they

20    observed?

21    A.    My recollection is similar to the

22    conversation that I had with the Best of the Beach

23    person, which is, "We see something that looks look

24    Aunt Sadie's candles at Christmas Tree Shops."

Gary C. Briggs                                                        11/09/2005

58

1      Q.  Did any one of them mention whether they

2   bought the Christmas Tree Shop candle?

3      A.  No.

4      Q.  No, they didn't mention it, or --

5      A.  They didn't mention it.

6      Q.  And I take it, again, in every case, you

7   let them know, no, you were not selling your

8   candles at Christmas Tree Shops?

9      A.  Yes.

10      Q.  Anything else that you can remember that

11   jumps out at you about any of those conversations?

12      A.  No.

13      Q.  In March of '05, you got --

14      A.  I got this letter (indicating).

15      Q.  -- the letter that is part of what we

16   marked as Exhibit 4.

17      A.  Yes.

18      Q.  Again, for the record, as far as you know,

19   there are no other letters or e-mails --

20      A.  No.

21      Q.  -- that anybody at Aunt Sadie's has ever

22   gotten with regard to the products being sold at

23   Christmas Tree?

24      A.  No.

Gary C. Briggs                                    11/09/2005

59

1      Q.  Let's take a look at this letter dated

2   March 31 from Carol Wright.

3              Who is Carl Wright?

4      A.  I believe she is the owner of the store

5   Oceana, or is in some way affiliated with that

6   store.

7      Q.  And Oceana is a customer of Aunt Sadie's?

8      A.  Yes.

9      Q.  For how many years, do you know?

10     A.  I don't know.

11     Q.  Have you met Carol before?

12     A.  I probably have.  I can't definitively say

13  I have.

14     Q.  Did you have any conversation with

15  Ms. Wright or anybody else from Oceana after you

16  got this letter?

17     A.  I believe I called her as a result of this

18  letter.

19     Q.  Do you recall what you said?

20     A.  I don't.

21     Q.  She says that, "Oceana is fans of your

22  candles and non-fans of the Christmas Tree Shop

23  copycats."  Do you see that?

24     A.  Yes, I do.

Gary C. Briggs                                    11/09/2005

60

1      Q.   That's suggests, at least, that she knew

2  the difference between your candles and the

3  Christmas Tree Shop ones.

4           Was that your understanding as a result

5  of your conversation with her?

6      A.   No.   I can't necessarily infer that from

7  this letter.

8      Q.   Did she say anything to you that you can

9  remember that led you to believe that she was in

10  fact confused about whether Aunt Sadie's candles

11  were being sold at Christmas Tree Shop?

12      A.   No.

13      Q.   She never said she -- she didn't ask you

14  that question that others asked?

15      A.   No.

16      Q.   She also says in this note, "Looking

17  forward to our summer order."   Do you see that?

18      A.   Yes.

19      Q.   That was an order that she was going to

20  make on behalf of Oceana from Aunt Sadie's?

21      A.   I presume so.   I am not aware of that

22  specific order.

23      Q.   So you don't know in fact whether or not a

24  few months after March Oceana made an order of Aunt

Gary C. Briggs

11/09/2005

62

1    Q.   And did anybody review the contents of it

2    before you sent it out?

3        A.   No.   I actually sent it at the request of

4    Sarah Gregory.

5        Q.   Thank you.   Did you have some conversation

6    with Sarah before sending letter?

7        A.   Yes.

8        Q.   How did that come about?

9        A.   I believe I called her as a result of

10   getting the letter from the woman at Oceana.

11               I don't know how I got to Sarah

12   Gregory.   At the time I placed the call to

13   Christmas Tree Shops, I didn't know her.

14               In fact, at that time we -- the candle

15   says "Nantucket Distributing," and I wasn't -- I

16   knew these were being sold at Christmas Tree Shop,

17   but we didn't know Nantucket Distributing, whether

18   the Christmas Tree Shop was the manufacturer.

19               I had to do research to get to Sarah

20   Gregory, but I don't know how I got to her.

21       Q.   You make this comment about creating brand

22   confusion, and you say, "I have enclosed a letter

23   from one of our customers for review related to

24   this issue."

Gary C. Briggs                                          11/09/2005

64

1         You do believe that the Christmas Tree

2    Shops' product is a substandard one, correct?

3         A.  Yes, I do.

4         Q.  Do you mean by that it is inferior to your

5    product?

6         A.  No.

7         Q.  What do you mean by "substandard"?

8         A.  There is scent in this much of the candle

9    (indicating).

10             MR. JOSEPH:  Instead of pointing,

11    please explain.

12        A.  About the top quarter to half-inch of this

13    candle; and from there down, it's just wax, the

14    cheapest, bottom-of-the-barrel wax you can buy

15    overseas.  That's why I think it's substandard.

16        Q.  So there is scent only in a small layer,

17    and then the quality of the wax?

18        A.  Yes.

19        Q.  Anything else about the Christmas Tree

20    candle that you believe is, in your words,

21    substandard?

22        A.  No.

23        Q.  You do believe, do you not, that the

24    strength and quality of scent of the Aunt Sadie's

Gary C. Briggs

11/09/2005

65

1    candle is superior to that of the Christmas Tree

2    Shops'?

3       A.   Yes.

4       Q.   And the quality of the wax used in Aunt

5    Sadie's is superior to the Christmas Tree Shops'?

6       A.   Yes.

7       Q.   Are there other qualities of the Aunt

8    Sadie's candle that you believe to be superior to

9    the Christmas Tree Shops'?

10       A.   Our clear lid is hard acrylic; and their

11   clear lid, I call it, acetate.  I'm not sure what

12   the material is.

13            Also, I think that the edges of this

14   (indicating) -- of this lid are, like, very sharp,

15   and not finished off, where ours are.

16            I think the quality of paper they use

17   on the label is different than ours, or lesser than

18   ours.

19       Q.   What about the quality of design?

20   Lettering?  Imaging?  Content?

21       A.   I don't think it is as good as ours.

22       Q.   I understand you are not saying the

23   Christmas Tree Shop one is substandard?  You are

24   simply telling me that it is inferior to yours?

Gary C. Briggs

11/09/2005

72

1    recognize the plaintiffs as the source of products

2    that have been copied by Christmas Tree Shops."  Do

3    you see that?

4        A.  Yes.

5        Q.  Do you believe that Christmas Tree Shops

6    has deliberately copied your candle?

7        A.  I don't think I have the knowledge to

8    answer that.

9        Q.  That's what I was getting at.  As far as

10   the intention of the designers at Christmas Tree

11   Shops --

12       A.  I don't know that.

13       Q.  -- you have no basis, for at least right

14   now, saying that you believe that they intended to

15   do it?

16       A.  No.

17       Q.  And Paragraph 30, on the next page, please.

18           "As a direct and proximate result of

19   this unauthorized copying, plaintiffs" -- which

20   includes Aunt Sadie's -- "have suffered injury to

21   reputation and a loss of income."

22           Do you see that statement?

23       A.  Yes.

24       Q.  Do you believe that is true with regard to

Gary C. Briggs

11/09/2005

78

1    selling it to Christmas Tree Shop.  In the

2    industry, that's known as ripping off yourself, and

3    I think there are people who think that we are

4    doing that, you know, trying to make money at both

5    ends of the game.

6         Aunt Sadie's was founded under the life

7    of the Aunt Sadie's.  The corporation -- she was

8    the grandmother of the other owner, Brian

9    Schnetzer, and our company has very definitely

10   informed our customers about that, and they know

11   who Aunt Sadie is, and they know what kind of

12   person that she was.  We have done that in

13   marketing materials and talked to our customers.

14        So I believe that people think that we

15   are dishonoring her name by selling an inferior

16   candle to Christmas Tree Shops.

17   Q.  Help me with this.  This is the part I

18   don't understand.

19        How could you be worried that, on the

20   one hand, that folks think you are selling an

21   inferior product, meaning the Christmas Tree

22   candle, and tell me ten minutes ago, after I

23   prodded quite a bit, that there isn't a single

24   feature of the Christmas Tree Shop candle that you

Gary C. Briggs                                          11/09/2005

85

1   $15, and it was the same candle and it cost the

2   same amount of money to make, then who was making

3   the money when it was selling for $15 versus $1.99?

4        Q.  That, to me, sounds like an alternative

5   argument.

6             A minute ago you were worrying about

7   people who would conclude that the $2 candle is

8   inferior.  Now you are talking about the $2 candle

9   is the same as the $15 candle, and you are simply

10  making more money?

11       A.  Yes.

12       Q.  As to those folks, do you have any basis,

13  has anybody ever told you they believe this or has

14  drawn that conclusion?

15       A.  Has anyone ever said to me, "We think Aunt

16  Sadie's is making this candle and this candle" --

17       Q.  Yes.

18       A.  No.

19       Q.  As between the two, the people who think

20  the candle is inferior and the people who don't but

21  just think you are making more money, do you have

22  any sense of which is the bigger threat to your

23  reputation out there?

24       A.  I think they are probably equal threats.

LegaLink Boston
(617) 542-0039

Gary C. Briggs                                         11/09/2005

109

1    COMMONWEALTH OF MASSACHUSETTS )

2    SUFFOLK, SS                              )

3

4    I, Deborah L. Roth, and Notary Public in and for

5    the Commonwealth of Massachusetts, do hereby

6    certify  that there came before me on November 9,

7    2005, the  person hereinbefore named, who was by me

8    duly sworn  to the truth concerning any knowledge

9    in this cause; that that person was thereupon

10   examined under oath,  and the examination reduced

11   to typewriting; and that the deposition is a true

12   record of the testimony  given by the witness.

13   I further certify that I am neither related to nor

14   employed by any attorney or counsel employed by

15   the parties hereto or financially interested in the

16   action.

17   In witness whereof, I have hereunto set my hand

18   this 17th day of November 2005.

19

20   _Deborah Roth_                    CERTIFIED ORIGINAL
                                       LEGALINK BOSTON
21   DEBORAH ROTH, Notary Public

22   My commission expires: 2/7/08

23

24

Viiu Niiler                                            11/10/2005

1

1           VOL. I, PAGES 1 - 109

2       IN THE UNITED STATES DISTRICT COURT

3         FOR THE DISTRICT OF MASSACHUSETTS

4

5   JOHN KNIGHT, DONNA RUSSELL KNIGHT,

6   CHARLES COLE, VIIU NIILER, COUNTRY GLASS

7   SHOP, AUNT SADIE'S, INC., AND SUSAN BOERMAN

8                   Plaintiffs

9   V.

10  CHRISTMAS TREE SHOPS, INC.          CERTIFIED ORIGINAL
                                        LEGALINK BOSTON
11                  Defendant

12

13             - - - - - - - -

14      30(b)(6) Notice to Country Glass

15         Deposition of Viiu Niiler

16        Thursday, November 10, 2005

17              10:02 a.m.

18  Mintz Levin Cohn Ferris Glovsky and Popeo, PC

19           One Financial Center

20          Boston, Massachusetts

21             - - - - - - - -

22      Reporter:  Deborah Roth, RPR/CSR

23

24

Viiu Niiler                                                      11/10/2005

2

1    PRESENT:

2

3    Joel D. Joseph, Esq.

4    Joseph & Associates

5    7272 Wisconsin Avenue, Suite 300

6    Bethesda, Maryland  20814

7    301 941 1989

8    For the Plaintiffs

9

10    Peter A. Biagetti, Esq.

11    Carrie Kei Heim, Esq.

12    Mintz Levin Cohn Ferris Glovsky and Popeo, PC

13    One Financial Center

14    Boston, Massachusetts  02111

15    617 542 6000

16    For the Defendant

17

18    ALSO PRESENT:   Kenneth Bradley, Esq.

19                    Charles Cole

20

21

22

23

24

Viiu Niiler                                      11/10/2005

5

| | | |
|---|---|---|
| ·58:29 | 1 | the -- state your full name and address for the |
| 09:58:32 | 2 | record, please. |
| 09:58:32 | 3 | A.  Viiu Niiler.  It's 784 Pike Road, |
| 09:58:39 | 4 | Marshfield, Vermont 05658. |
| 09:58:45 | 5 | Q.  And are you employed? |
| 09:58:46 | 6 | A.  Self-employed. |
| 09:58:49 | 7 | Q.  In what way? |
| 09:58:50 | 8 | A.  We operate a glass shop.  It's called |
| 09:58:58 | 9 | Country Glass Shop.  We design and manufacture |
| 09:59:04 | 10 | glass items. |
| 09:59:07 | 11 | Q.  When you say "we" -- |
| 09:59:10 | 12 | A.  Charles Cole and I, my partner. |
| 59:15 | 13 | Q.  And are you and Mr. Cole the owners of -- |
| 09:59:21 | 14 | A.  We are the owners of Country Glass Shop. |
| 09:59:24 | 15 | Q.  Any other employees? |
| 09:59:25 | 16 | A.  We have one other employee, who is our |
| 09:59:27 | 17 | assistant in helping in packaging and doing other |
| 09:59:33 | 18 | maintenance work. |
| 09:59:34 | 19 | Q.  Do you yourself design glass items? |
| 09:59:39 | 20 | A.  We design our own glass items, yes. |
| 09:59:42 | 21 | Q.  And, again, by "we" you mean you and -- |
| 09:59:45 | 22 | A.  And Mr. Cole together.  I do most of the |
| 09:59:47 | 23 | graphic work, but he does a lot of the three- |
| 09:59:51 | 24 | dimensional work and the blown work and sculpture |

6

| | | |
|---|---|---|
| 09:59:56 | 1 | work. |
| 09:59:57 | 2 | So we collaborate, but -- we |
| 09:59:59 | 3 | essentially collaborate on every piece, but I am |
| 10:00:01 | 4 | the main designer for the leaf work that we do. |
| 10:00:04 | 5 | Q. You two make and manufacturer the pieces |
| 10:00:07 | 6 | that are sold? |
| 10:00:08 | 7 | A. That's correct. We make and manufacturer. |
| 10:00:10 | 8 | Q. Anybody else that participates in the |
| 10:00:13 | 9 | design or the manufacture of your glass creations? |
| 10:00:16 | 10 | A. No. Just the two of us. |
| 10:00:18 | 11 | Q. And is the Country Glass Shop also a retail |
| 10:00:22 | 12 | outlet? |
| 10:00:22 | 13 | A. It is a -- let's see -- a summer retail |
| 10:00:32 | 14 | operation. During the winters, we don't get -- |
| 10:00:35 | 15 | have winter retail, but summer retail. |
| 10:00:38 | 16 | Q. When you say "summer retail," for how many |
| 10:00:40 | 17 | weeks of the year is it open? |
| 10:00:42 | 18 | A. I would say for 16 weeks of the year, and |
| 10:00:53 | 19 | the rest is -- |
| 10:00:56 | 20 | Q. Let's just talk about the summer retail for |
| 10:00:59 | 21 | a couple of minutes, that is, at the shop in |
| 10:01:01 | 22 | Marshfield. |
| 10:01:02 | 23 | A. That's correct. |
| 10:01:05 | 24 | Q. And can you briefly describe the physical |

Viiu Niiler                                        11/10/2005

7

| | | |
|---|---|---|
| 01:09 | 1 | appearance of the shop itself? |
| 10:01:11 | 2 | A. We operate out of a farm that has been |
| 10:01:18 | 3 | renovated that is probably 150 years old. We have |
| 10:01:23 | 4 | our home; and across the road we have a set of |
| 10:01:31 | 5 | barns, three barns, which have been renovated into |
| 10:01:34 | 6 | three studios: one is the glass shop studio; one |
| 10:01:39 | 7 | is my art work studio; and another for welding and |
| 10:01:48 | 8 | carpentry. |
| 10:01:50 | 9 | MR. COLE: Fabrication. |
| 10:01:53 | 10 | A. A fabrication studio. |
| 10:01:55 | 11 | We basically have brought these |
| 10:01:57 | 12 | buildings up from the ashes, and we built this. |
| 02:01 | 13 | We are on a Class 4 road. It's a back |
| 10:02:04 | 14 | road. It's a place where people have to go out of |
| 10:02:06 | 15 | their way to find us, but we have a reputation for |
| 10:02:09 | 16 | being there for such a long time that we've -- |
| 10:02:13 | 17 | people come back during summer months, during their |
| 10:02:16 | 18 | vacations, and visit us. |
| 10:02:18 | 19 | That's how we -- that's -- that's what |
| 10:02:21 | 20 | it is like out there. |
| 10:02:22 | 21 | Q. When you say people come back, do you mean |
| 10:02:24 | 22 | that some portion of the customers of the shop |
| 10:02:29 | 23 | itself are repeat customers? |
| 10:02:31 | 24 | A. Yes. We have many repeat customers, yes. |

LegaLink Boston
(617) 542-0039

Viiu Niiler                                          11/10/2005

8

| | | |
|---|---|---|
| 02:33 | 1 | Q.   Would you say that the bulk of the business |
| 10:02:36 | 2 | is out of the shop? |
| 10:02:36 | 3 | A.   That's correct. |
| 10:02:37 | 4 | Q.   Is repeat customers? |
| 10:02:38 | 5 | A.   Repeat customers. |
| 10:02:40 | 6 | Now we are into -- 30 years ago we |
| 10:02:43 | 7 | started this business.  We had people coming to |
| 10:02:46 | 8 | visit us then, and now we are into their |
| 10:02:48 | 9 | grandchildren. |
| 10:02:50 | 10 | So it's just a very sort of isolated |
| 10:03:00 | 11 | sweet country business where people in Vermont or |
| 10:03:05 | 12 | outsiders from Vermont like to come to these back |
| 03:08 | 13 | road settings. |
| 10:03:09 | 14 | Q.   So besides being loyal customers, how else |
| 10:03:13 | 15 | would you describe them?  Are they people who are |
| 10:03:14 | 16 | knowledgeable about glasswork? |
| 10:03:16 | 17 | A.   Well, part of our project has been to |
| 10:03:23 | 18 | introduce -- 30 years ago, there weren't many glass |
| 10:03:26 | 19 | -- home glassmakers around or small glass shops, |
| 10:03:32 | 20 | and we were one of the first ones in the area, and |
| 10:03:38 | 21 | part of our project was when Chet received a Ford |
| 10:03:44 | 22 | grant, the idea that he would come back to the |
| 10:03:48 | 23 | community and educate our community about |
| 10:03:54 | 24 | glassblowing, glassmaking, and he has done that |

Viiu Niiler                                          11/10/2005

13

| 08:49 | 1 | one more minute. |
| 10:08:50 | 2 | You said it was on a back road.  About |
| 10:08:52 | 3 | how far away is the nearest retail outlet? |
| 10:08:56 | 4 | A.  20 miles. |
| 10:09:03 | 5 | Q.  Do you have any idea how far away the |
| 10:09:07 | 6 | nearest Christmas Tree Shop is? |
| 10:09:10 | 7 | A.  60. |
| 10:09:10 | 8 | Q.  Where's that? |
| 10:09:11 | 9 | A.  Burlington. |
| 10:09:17 | 10 | Q.  Do you sell in the shop any glass creations |
| 10:09:29 | 11 | by anyone other than you and Mr. Cole? |
| 10:09:31 | 12 | A.  No. |
| 09:32 | 13 | Q.  And in your wholesale operation, do you |
| 10:09:36 | 14 | sell any creations by anyone other than you and |
| 10:09:39 | 15 | Mr. Cole? |
| 10:09:39 | 16 | A.  No. |
| 10:09:46 | 17 | Q.  My understanding is that you sell a lot -- |
| 10:09:52 | 18 | let me show you what has been previously marked as |
| 10:09:56 | 19 | plaintiffs' Exhibit 7. |
| 10:10:00 | 20 | Do you recognize that? |
| 10:10:01 | 21 | A.  Yes, I do. |
| 10:10:02 | 22 | Q.  What is that? |
| 10:10:03 | 23 | A.  It's a Nantucket basket with hydrangea. |
| 10:10:07 | 24 | Q.  Created by? |

14

:10:08    1       A.   Myself.

10:10:09   2       Q.   This particular one has a hole in it.

10:10:13   3   What's the reason for that?

10:10:14   4       A.   It's meant -- it's a sun catcher.  It's

10:10:18   5   meant for hanging in the window.

10:10:20   6       Q.   When I talk about the sun catcher, let's

10:10:22   7   agree this is what I am talking about.

10:10:24   8       A.   That's correct.

10:10:28   9       Q.   I understand you sell this sun catcher at

10:10:32  10   the store in Nantucket called Hill's Gallery?

10:10:34  11       A.   Yes.

10:10:34  12       Q.   In fact, some large number of sun catcher

10:10:38  13   you sell is out of that gallery, right?

10:10:40  14       A.   Yes.  Yes.

10:10:42  15       Q.   Approximately --

10:10:43  16       A.   I would say -- what I had done is -- I gave

10:10:46  17   you a number of -- 90 percent of this is sold on

10:10:50  18   Nantucket, of my total figures.

10:10:52  19       Q.   When you say "this," you are talking about

10:10:55  20   this hanger that is Exhibit 7?

10:10:58  21       A.   The hanger, and I make three products out

10:11:02  22   of the same mold, and this is just one.  This same

10:11:07  23   mold is used for three different products.

10:11:09  24       Q.   The hanger --

Viiu Niiler                                                    11/10/2005

15

| | | |
|---|---|---|
| :11:10 | 1 | A.  The hanger, and there is a plate that is |
| 10:11:13 | 2 | made out of --a small plate and a cheese server |
| 10:11:16 | 3 | that is made out of same mold. |
| 10:11:18 | 4 | Q.  Very briefly, as I understand it, one of |
| 10:11:21 | 5 | the differences in the cheese plate is that it has |
| 10:11:23 | 6 | a curled handle? |
| 10:11:25 | 7 | A.  That's correct, uh-huh, yeah. |
| 10:11:26 | 8 | Q.  What are differences in the design of the |
| 10:11:29 | 9 | small plate? |
| 10:11:30 | 10 | A.  This mold, when it's pressed out, it's |
| 10:11:38 | 11 | slumped into a mold that has a plate shape, and it |
| 10:11:42 | 12 | sort of slumps down into it and have sides that |
| 11:46 | 13 | turn up. |
| 10:11:47 | 14 | Q.  The edges of the plates are curved? |
| 10:11:49 | 15 | A.  Uh-huh, yes. |
| 10:11:50 | 16 | Q.  What about the surface of the plate -- |
| 10:11:52 | 17 | A.  It's going -- it's -- it would be like this |
| 10:11:54 | 18 | (indicating). |
| 10:11:54 | 19 | Q.  For the record, you mean that it's smooth? |
| 10:11:58 | 20 | A.  It's smooth on the plate side. |
| 10:11:59 | 21 | Q.  And the basket and hydrangea are visible |
| 10:12:02 | 22 | from under -- |
| 10:12:05 | 23 | A.  Underneath the surface. |
| 10:12:09 | 24 | Q.  If you can wait until my question is |

17

| | | |
|---|---|---|
| 13:19 | 1 | So it's -- the cheese plate goes from |
| 10:13:21 | 2 | 12 to 14 inches. |
| 10:13:24 | 3 | Q.  Any differences in dimension between the |
| 10:13:26 | 4 | plate and the sun catcher? |
| 10:13:28 | 5 | A.  The plate is slightly larger.  Maybe nine |
| 10:13:32 | 6 | inches. |
| 10:13:32 | 7 | Q.  As opposed to the sun catcher, which is |
| 10:13:34 | 8 | eight? |
| 10:13:35 | 9 | A.  It was about eight, yes. |
| 10:13:36 | 10 | Q.  Back to Hill's Gallery. |
| 10:13:42 | 11 | Have you visited Hill's? |
| 10:13:44 | 12 | A.  No.  We have never visited Hill's Gallery. |
| 13:51 | 13 | Q.  So all you know about its location and |
| 10:13:54 | 14 | appearance is that it is on the Island of |
| 10:13:59 | 15 | Nantucket. |
| 10:14:00 | 16 | A.  Its address is Four Straight Wharf, which |
| 10:14:03 | 17 | is just about where the boats all come in, is the |
| 10:14:06 | 18 | way understand it. |
| 10:14:07 | 19 | It's a very small gallery.  Part of it |
| 10:14:12 | 20 | is devoted to Greg Hill's work.  He is an artist. |
| 10:14:17 | 21 | He is a painter.  And part of it is devoted to |
| 10:14:24 | 22 | other craft items and art items like what we make. |
| 10:14:31 | 23 | Q.  Has Hill's Gallery been an outlet for your |
| 10:14:35 | 24 | creations for some time? |

Viiu Niiler                                            11/10/2005

19

| | | |
|---|---|---|
| ·15:50 | 1 | A.   That would be the same, 21 years. |
| 10:15:53 | 2 | THE WITNESS:  You were correct. |
| 10:15:55 | 3 | Q.  **Do you know anything through Judi or** |
| 10:16:00 | 4 | **Mr. Hill about the customers that frequent Hill's** |
| 10:16:04 | 5 | **Gallery in terms of whether they are sort of repeat** |
| 10:16:06 | 6 | **customers?** |
| 10:16:07 | 7 | A.   Yes, they are.  She has lots of repeat |
| 10:16:11 | 8 | customers. |
| 10:16:11 | 9 | Q.  **Also they're discerning --** |
| 10:16:14 | 10 | A.   And part of our job with her is to create |
| 10:16:18 | 11 | new things for her.  That's part of what we do with |
| 10:16:21 | 12 | her. |
| .16:22 | 13 | She has people come back, and they are |
| 10:16:25 | 14 | looking for something new, and we have done that |
| 10:16:27 | 15 | for many, many years. |
| 10:16:28 | 16 | This is just one of the things we |
| 10:16:30 | 17 | created for her. |
| 10:16:36 | 18 | Q.  **Okay.  Let's talk a little bit about the** |
| 10:16:43 | 19 | **wholesale side of the business, if that's the** |
| 10:16:46 | 20 | **correct word.** |
| 10:16:46 | 21 | A.   Okay. |
| 10:16:47 | 22 | Q.  **Is that right?  To whom do you sell in the** |
| 10:16:50 | 23 | **wholesale operation?** |
| 10:16:51 | 24 | A.   Let's see.  You're looking area wide? |

Viiu Niiler                                        11/10/2005

20

| | | |
|---|---|---|
| 16:58 | 1 | Q.   Other than selling at your shop in |
| 10:17:02 | 2 | Vermont -- |
| 10:17:02 | 3 | A.   Yeah. |
| 10:17:02 | 4 | Q.   -- and at the Hill's Gallery in |
| 10:17:06 | 5 | Nantucket -- |
| 10:17:06 | 6 | A.   Nantucket. |
| 10:17:07 | 7 | Q.   -- how else do you sell your creations? |
| 10:17:10 | 8 | A.   We have -- we run usually about anywhere |
| 10:17:18 | 9 | from 75 to a hundred wholesale accounts.   They are |
| 10:17:27 | 10 | mostly on the East Coast.   Mostly on the East |
| 10:17:33 | 11 | Coast, and a lot of it is in the Boston area and |
| 10:17:36 | 12 | the Cape area. |
| 17:38 | 13 | We had many -- we have excellent sales |
| 10:17:41 | 14 | here, and one of our major customers for 25 years |
| 10:17:46 | 15 | has been the Museum of Fine Arts.   So we have done |
| 10:17:50 | 16 | tremendous business with them as well as Glass Eye |
| 10:17:57 | 17 | and we have Hill's. |
| 10:18:01 | 18 | We had a shop in Martha's Vineyard, and |
| 10:18:04 | 19 | then other shops within -- do you want more |
| 10:18:09 | 20 | specific names? |
| 10:18:10 | 21 | Q.   You are helping me a lot by giving me what |
| 10:18:12 | 22 | I think are the specific ones where you do a lot of |
| 10:18:16 | 23 | selling. |
| 10:18:16 | 24 | A.   Yeah, a lot of selling. |

LegaLink Boston
(617) 542-0039

Viiu Niiler                                               11/10/2005

|          |    | 21 |
|----------|----|----|

18:17    1      Q.   If you could do the top five for me.

10:18:19    2           MFA.   Would Glass Eye be right up

10:18:25    3    there?

10:18:25    4      A.   Yes.

10:18:26    5      Q.   Any others --

10:18:27    6      A.   Hill's and Glass Eye, Vermont Shop closed

10:18:31    7    down this year, but they used to do very well.

10:18:33    8      Q.   Vermont Shop?

10:18:34    9      A.   Vermont Shop in Edgartown.

10:18:36    10     Q.   Is that where Vermont Shop is?

10:18:39    11     A.   Yes.   It's a place called Vermont Shop in

10:18:44    12   Edgartown.

18:45    13        Q.   Of course.

10:18:48    14     A.   Then Potted Geranium is in this area.   New

10:18:59    15   England Goods.

10:19:01    16     Q.   That's plenty.

10:19:02    17     A.   Anyways, that's all on...

10:19:06    18     Q.   So Potted Geranium, are they located

10:19:10    19   somewhere in the Boston area?

10:19:11    20     A.   In the Boston area, also, and then there's

10:19:13    21   New England Goods is in the Boston area.

10:19:17    22          Until a few years ago, we spent a good

10:19:21    23   part of our efforts working for the MFA, but they

10:19:27    24   have -- they went bankrupt a couple of years ago,

Viiu Niiler                                    11/10/2005

24

| | | |
|---|---|---|
| 22:25 | 1 | A.  Mitchell. |
| 10:22:40 | 2 | MR. COLE:  Vincent Mitchell. |
| 10:22:43 | 3 | Q.  The same question about Vincent Mitchell, |
| 10:22:48 | 4 | had he been dealing with you for many years? |
| 10:22:50 | 5 | A.  He is a shop we have been dealing with, |
| 10:22:52 | 6 | also, probably 25 years.  They were originally |
| 10:22:55 | 7 | owned by a couple called the Bradley -- the |
| 10:23:09 | 8 | Bradleys. |
| 10:23:09 | 9 | Q.  Is Mr. Mitchell someone you would describe |
| 10:23:13 | 10 | as a discerning educated consumer -- |
| 10:23:17 | 11 | A.  Yes.  Yes.  Yes. |
| 10:23:17 | 12 | Q.  Remember, you are going to wait for me to |
| 23:19 | 13 | finish my question. |
| 10:23:20 | 14 | -- a consumer and educated consumer of |
| 10:23:24 | 15 | glassworks? |
| 10:23:24 | 16 | A.  I think so.  I never met him.  I can't say, |
| 10:23:27 | 17 | but he was somebody that picked up from our |
| 10:23:30 | 18 | previous owners, and he always did well, yes.  So I |
| 10:23:35 | 19 | think he -- yes, I would say so. |
| 10:23:38 | 20 | Q.  You have spoken to him over the years? |
| 10:23:39 | 21 | A.  I have spoken to him over the last five |
| 10:23:41 | 22 | years. |
| 10:23:41 | 23 | Q.  Do you know anything about his background |
| 10:23:43 | 24 | in glasswork? |

Viiu Niiler                                                    11/10/2005

25

| :23:45 | 1 | A.   I don't know anything about him. |
| 10:23:46 | 2 | Q.   How about the Potted Geranium, do you know |
| 10:23:50 | 3 | who the person is that you dealt with there? |
| 10:23:51 | 4 | A.   I don't have her name.   I don't have her |
| 10:23:58 | 5 | name. |
| 10:23:59 | 6 | Q.   Do you know anything about her familiarity |
| 10:24:01 | 7 | with your products? |
| 10:24:11 | 8 | A.   I don't know her shop.   I don't know what |
| 10:24:13 | 9 | it looks like. |
| 10:24:15 | 10 | Q.   How long has she been buying from you? |
| 10:24:18 | 11 | A.   Ten years. |
| 10:24:22 | 12 | Q.   And New England Goods, who is the contact |
| 24:25 | 13 | there? |
| 10:24:25 | 14 | A.   McDonald -- O'Donnell. |
| 10:24:35 | 15 | MR. COLE:  Is it Jeff? |
| 10:24:37 | 16 | THE WITNESS:  I don't know. |
| 10:24:38 | 17 | Q.   Mr. or Ms.? |
| 10:24:40 | 18 | A.   Let me come back to that.   I will think of |
| 10:24:46 | 19 | her name in a minute. |
| 10:24:48 | 20 | Q.   Is Ms. O'Donnell someone you have dealt |
| 10:24:51 | 21 | with for many years? |
| 10:24:52 | 22 | A.   Yes. |
| 10:24:53 | 23 | Q.   How many? |
| 10:24:53 | 24 | A.   I want to say at least 15 years, but I |

26

| | | |
|---|---|---|
| :24:56 | 1 | would have to look it up again. |
| 10:24:57 | 2 | Q.  Again, is Ms. O'Donnell another discerning |
| 10:25:02 | 3 | educated consumer of glassworks? |
| 10:25:05 | 4 | A.  Yes.  Yes.  Yep. |
| 10:25:08 | 5 | One more thing, Boston Pewter down here |
| 10:25:13 | 6 | in Faneuil Hall.  He has been down here forever. |
| 10:25:18 | 7 | Q.  Who is "he"? |
| 10:25:19 | 8 | A.  Jeff Allen. |
| 10:25:21 | 9 | Q.  Mr. Allen has been with you for how long? |
| 10:25:24 | 10 | A.  25 years.  But I am going to verify these |
| 10:25:30 | 11 | numbers for you.  I am not going to swear to them. |
| 10:25:33 | 12 | Q.  This is close enough for me. |
| 25:34 | 13 | Is Mr.  Allen also someone who strikes |
| 10:25:37 | 14 | you as a discerning consumer of glassworks? |
| 10:25:40 | 15 | A.  Yes. |
| 10:25:40 | 16 | Q.  Just as a rough percentage, not in terms of |
| 10:25:43 | 17 | total numbers, okay, in over the last three years, |
| 10:25:50 | 18 | what percentage of total wholesale sales by you are |
| 10:25:57 | 19 | represented by these sort of longstanding clients |
| 10:26:00 | 20 | that you have mentioned today, in total:  MFA, |
| 10:26:03 | 21 | Glass Eye, Vermont Shop, Potted Geranium, New |
| 10:26:09 | 22 | England Goods and Boston Pewter? |
| 10:26:10 | 23 | If you took all their sales together as |
| 10:26:13 | 24 | a percentage of your total wholesale, would it |

Viiu Niiler                                          11/10/2005

42

| | | |
|---|---|---|
| ·47:38 | 1 | Q.  I am going to come back to some of those |
| 10:47:40 | 2 | identifying features in a minute, but now that you |
| 10:47:44 | 3 | have told me that -- flip back a page to the |
| 10:47:49 | 4 | features that are mentioned here in the complaint |
| 10:47:54 | 5 | -- and just let me make sure the size of your sun |
| 10:47:59 | 6 | catcher is not one of the features that you think |
| 10:48:02 | 7 | identifies you as the source; is that right? |
| 10:48:05 | 8 | A.  It's not the most important one.  It's not |
| 10:48:08 | 9 | the most important.  But it's pretty standard.  But |
| 10:48:13 | 10 | it's not the most important feature. |
| 10:48:16 | 11 | Q.  When you say the size is pretty standard -- |
| 10:48:18 | 12 | A.  It's pretty standard. |
| 48:20 | 13 | It will vary anywhere from seven and a |
| 10:48:25 | 14 | half to nine or eight inches.  So size, because it |
| 10:48:28 | 15 | is a pre-form press piece, it will vary slightly in |
| 10:48:34 | 16 | size.  It's not an exact -- it's not an exact size |
| 10:48:39 | 17 | always. |
| 10:48:40 | 18 | Q.  Okay.  Whatever size your creations turn |
| 10:48:44 | 19 | out to be for the sun catcher -- |
| 10:48:45 | 20 | A.  Yeah. |
| 10:48:45 | 21 | Q.  -- are you telling me size is one of the |
| 10:48:48 | 22 | things that these consumers recognize as |
| 10:48:51 | 23 | identifying the sun catcher as one created by you? |
| 10:48:54 | 24 | A.  I would say that, yes, this size of a sun |

Viiu Niiler                                            11/10/2005

44

| 50:07 | 1 | Q. By the way, does the sun catcher have a |
| 10:50:10 | 2 | function? |
| 10:50:11 | 3 | A. It's ornamental. It's to dress your |
| 10:50:16 | 4 | window. |
| 10:50:18 | 5 | Q. To dress your window. How does it get |
| 10:50:21 | 6 | mounted? |
| 10:50:22 | 7 | A. It's usually hung on some sort of a spring |
| 10:50:27 | 8 | or monofilament, and it is hung from some window |
| 10:50:34 | 9 | structure. It's essentially to bring pleasant |
| 10:50:42 | 10 | sunshine through a piece of colored glass into your |
| 10:50:45 | 11 | window. |
| 10:50:45 | 12 | Q. Fair enough. |
| 50:46 | 13 | A. Yes. |
| 10:50:47 | 14 | Q. Does the size of this sun catcher, Exhibit |
| 10:50:50 | 15 | 7, help to fulfill that function? |
| 10:50:52 | 16 | A. Yes. |
| 10:50:52 | 17 | Q. How? |
| 10:50:52 | 18 | A. I think it makes a larger impact than a |
| 10:50:57 | 19 | smaller piece. It makes a nice impact, yes. |
| 10:51:03 | 20 | Q. Let's go to color. I think the document |
| 10:51:06 | 21 | says, "cobalt blue," which indeed sun catcher No. 7 |
| 10:51:11 | 22 | is. |
| 10:51:12 | 23 | First of all, do you create any sun |
| 10:51:17 | 24 | catchers of the size of Exhibit 7 in any other |

Viiu Niiler                                    11/10/2005

45

| 51:22 | 1 | colors other than cobalt blue? |
| 10:51:24 | 2 | A. Yes. |
| 10:51:24 | 3 | Q. Do you create any sun catcher with the |
| 10:51:27 | 4 | hydrangea in basket in any other colors than cobalt |
| 10:51:33 | 5 | blue? |
| 10:51:33 | 6 | A. Yes. |
| 10:51:33 | 7 | Q. What other colors? |
| 10:51:35 | 8 | A. We create them in seven different colors: |
| 10:51:39 | 9 | a gold, a red, a rose, aqua, green, purple. What |
| 10:51:57 | 10 | did I leave out? |
| 10:51:58 | 11 | Q. Good enough. |
| 10:52:01 | 12 | A. And blue. |
| 52:02 | 13 | Q. Of the hydrangea version? |
| 10:52:07 | 14 | A. Yes. |
| 10:52:08 | 15 | Q. Do the colors help to meet the function of |
| 10:52:12 | 16 | the sun catcher? |
| 10:52:13 | 17 | A. Absolutely. |
| 10:52:14 | 18 | Q. How is that? |
| 10:52:16 | 19 | A. As we all know, everyone has their favorite |
| 10:52:18 | 20 | color, and often it is purchased to complement |
| 10:52:25 | 21 | something in a household, the coloring of a |
| 10:52:27 | 22 | household or someone's personal color, sort of |
| 10:52:33 | 23 | choices that they love. |
| 10:52:35 | 24 | Q. Given that it comes in seven colors, is |

46

| | |
|---|---|
| 10:52:39 | 1 |

there anything in particular about the cobalt blue

color that customers would recognize as a

signature; that is, if you see cobalt blue, it must

be Country Glass?

A.  Cobalt is a favorite color.  Our favorite

one is --  it is the color that we sell the most of

in this sun catcher.  That's everybody's favorite

color in that.

Q.  Besides being a popular color, let me come

back to that signature notion.

A.  Yes.

Q.  Is the fact that a sun catcher is cobalt

blue one of those features that you think tips

people off that must be a Country Glass sun catcher

or not?

A.  Boy, that's a hard one.

MR. JOSEPH:  If you don't know.

A.  I can't say.  Country Glass cannot make a

claim to owning -- ownership to cobalt blue.

Cobalt blue is a favorite glass color always for

all glassmakers.

Q.  Fair enough.

A.  That's all I can say.

Q.  That's all I can ask for.

Viiu Niiler                                            11/10/2005

47

| 53:57 | 1 | A.  We can't make claim to owning cobalt blue. |
| 10:54:01 | 2 | Q.  Let's move to the next feature, the design |
| 10:54:04 | 3 | of hydrangea in the Nantucket basket.  Do you see |
| 10:54:10 | 4 | that? |
| 10:54:10 | 5 | A.  Yes. |
| 10:54:11 | 6 | Q.  Do you create the sun catcher of the size |
| 10:54:13 | 7 | of Exhibit 7 with other designs other than the |
| 10:54:17 | 8 | hydrangea in the Nantucket basket? |
| 10:54:22 | 9 | A.  I create many of these designs, yes. |
| 10:54:26 | 10 | I think those are pictured in the |
| 10:54:28 | 11 | catalogue I gave you.  We do lots of those.  I have |
| 10:54:32 | 12 | many, many designs. |
| 54:33 | 13 | Q.  Can you put a number around many, many, at |
| 10:54:36 | 14 | least in the sun catcher of the size of Exhibit 7? |
| 10:54:40 | 15 | A.  I would say I probably have, over the |
| 10:54:48 | 16 | years, I have, probably have created 50 of these |
| 10:54:52 | 17 | this sized sun catcher. |
| 10:54:55 | 18 | Q.  50 different designs? |
| 10:54:56 | 19 | A.  Yes. |
| 10:54:57 | 20 | Q.  Not all of those were in cobalt blue? |
| 10:55:01 | 21 | A.  Yes. |
| 10:55:02 | 22 | Q.  How many? |
| 10:55:04 | 23 | A.  For example, I don't make the sun mold in |
| 10:55:12 | 24 | cobalt blue.  That's done in red or yellow. |

Viiu Niiler                                    11/10/2005

48

| | |
|---|---|
| 10:55:16 | 1 |
| 10:55:22 | 2 |
| 10:55:25 | 3 |
| 10:55:26 | 4 |
| 10:55:31 | 5 |
| 10:55:34 | 6 |
| 10:55:38 | 7 |
| 10:55:43 | 8 |
| 10:55:46 | 9 |
| 10:55:50 | 10 |
| 10:55:54 | 11 |
| 10:55:56 | 12 |
| 56:02 | 13 |
| 10:56:05 | 14 |
| 10:56:05 | 15 |
| 10:56:27 | 16 |
| 10:56:32 | 17 |
| 10:56:39 | 18 |
| 10:56:47 | 19 |
| 10:56:53 | 20 |
| 10:56:56 | 21 |
| 10:57:02 | 22 |
| 10:57:07 | 23 |
| 10:57:10 | 24 |

Mostly, every design I make has a --
people want in cobalt, yes.  We always do.

Q.  Most of the --

A.  For most of the them, we make cobalt, yes.

Q.  Again, just focusing on this particular
design of the hydrangea in the basket, could you
say that that design is a signature of Country
Glass so that when someone sees the sun catcher
with the hydrangea in the basket that's one of the
ways they know its source is Country Glass?

A.  I do, yes.  Yeah.

Q.  Does the design of the hydrangea in the
basket help to meet the function of the sun
catcher?

A.  It's -- I would say it is a regional design
that people love.  Nantucket basket is a very
popular sort of warm-hearted image, and putting a
bunch of flowers in it is just a -- how would you
say that?  It's something -- it's something that
people -- they are just drawn to the idea of it.
So I would say that's the -- it just has an appeal.

Q.  And how about the next feature here that we
have, D, which is the single hole in the top for
hanging?

Viiu Niiler                                                      11/10/2005

49

| | | |
|---|---|---|
| ·57:11 | 1 | First of all, does that help meet the |
| 10:57:13 | 2 | function of the sun catcher? |
| 10:57:14 | 3 | A.  Yes. |
| 10:57:14 | 4 | Q.  In fact, is it fair to say you couldn't |
| 10:57:16 | 5 | hang it without a hole? |
| 10:57:17 | 6 | A.  You can't hang it without a the hole. |
| 10:57:20 | 7 | Q.  Is the hole one of the signatures -- |
| 10:57:22 | 8 | A.  Yes. |
| 10:57:23 | 9 | Q.  So you are saying when people see a sun |
| 10:57:26 | 10 | catcher with a hole in it, that's another way that |
| 10:57:28 | 11 | they know that that sun catcher came from Country |
| 10:57:32 | 12 | Glass? |
| 57:32 | 13 | A.  I would say yes.  We developed a way of |
| 10:57:35 | 14 | cutting that hole that I think is unique, and yes, |
| 10:57:38 | 15 | I would say yes. |
| 10:57:40 | 16 | Q.  The appearance of the hole is yet another |
| 10:57:43 | 17 | signature of the sun catcher? |
| 10:57:44 | 18 | A.  Yes. |
| 10:57:45 | 19 | Q.  Finally, texture is listed here in the |
| 10:57:48 | 20 | complaint. |
| 10:57:48 | 21 | A.  Yes. |
| 10:57:49 | 22 | Q.  Would you say that the texture is one of |
| 10:57:53 | 23 | the features that helps to meet the function of the |
| 10:57:56 | 24 | sun catcher? |

Viiu Niiler                                          11/10/2005

50

57:56       1       A.   Yes, it does.

10:57:57    2       Q.   How?

10:57:59    3       A.   I think that the way the light hits the

10:58:04    4    texture of the design is what makes the image

10:58:10    5    brilliant and vivid.

10:58:12    6       Q.   I take it that that negative carving

10:58:15    7    technique and the sharp lines that you talked about

10:58:18    8    before, is that technique one of the ways that that

10:58:22    9    texture is enhanced --

10:58:24   10       A.   Exactly, yeah.

10:58:25   11       Q.   Would you say that the texture of the sun

10:58:30   12    catcher is another one of those features that is a

58:33   13    signature of Country Glass?

10:58:35   14       A.   Yes, I do.

10:58:45   15               MR. JOSEPH:   You want to take a break?

10:58:52   16           (A recess was taken from

10:58:55   17               10:58 to 11:07 a.m.)

11:07:53   18       Q.   Let me mark this document as the next

11:08:29   19    exhibit.

11:08:45   20               EXHIBIT NO. 3 MARKED

11:08:51   21       Q.   Ms. Niiler, I marked as Exhibit 3 --

11:09:07   22       A.   Okay.

11:09:08   23       Q.   -- a document of sales figures, which I

11:09:11   24    believe you prepared for us; is that right?

Viiu Niiler                                              11/10/2005

78

| | | |
|---|---|---|
| 45:09 | 1 | A. I don't know that I can think of any at the |
| 11:45:18 | 2 | moment. |
| 11:45:19 | 3 | Q. Let's get back to the two sun catchers. |
| 11:45:23 | 4 | Again, calling your attention to the |
| 11:45:26 | 5 | statement at Paragraph 28 about the Christmas Tree |
| 11:45:30 | 6 | sun catcher being inferior to yours in |
| 11:45:34 | 7 | craftsmanship and appearance, having viewed the |
| 11:45:37 | 8 | two, do you still believe that to be a true |
| 11:45:40 | 9 | statement? |
| 11:45:40 | 10 | A. I think so. It's -- yes, I do. I think |
| 11:45:49 | 11 | it's -- yes. |
| 11:45:51 | 12 | Q. Okay. Can you explain for me briefly the |
| 45:55 | 13 | ways in which the Christmas Tree sun catcher is |
| 11:45:58 | 14 | inferior to yours in appearance? |
| 11:46:02 | 15 | A. My guess that this (indicating) has been |
| 11:46:30 | 16 | pressed into a steel mold, perhaps. |
| 11:46:32 | 17 | Q. By "this," you mean the Christmas Tree Shop |
| 11:46:35 | 18 | version? |
| 11:46:35 | 19 | A. Yes. It's sort of a copy pressed into a |
| 11:46:39 | 20 | steel mold, which looks very rigid. The -- the |
| 11:46:43 | 21 | glass is poured into it -- these marks (indicating) |
| 11:46:51 | 22 | indicate that the mold is cold when it was poured |
| 11:46:56 | 23 | in, it wasn't heated up properly. |
| 11:46:59 | 24 | Q. You are pointing to the marks that are on |

Viiu Niiler                                                    11/10/2005

79

| | | |
|---|---|---|
| ·47:01 | 1 | the outside? |
| 11:47:01 | 2 | A.  The orange peel, and that's create by the |
| 11:47:07 | 3 | mold not being properly heated up, and the other |
| 11:47:11 | 4 | surface, which in our case is very smooth. |
| 11:47:14 | 5 | This (indicating) is what we call |
| 11:47:18 | 6 | orange peel.  It means the molds are not heated up |
| 11:47:23 | 7 | properly, and it's full of bubbles, and I would say |
| 11:47:34 | 8 | -- I am guessing these were somehow placed -- they |
| 11:47:44 | 9 | were recopied into a steel mold, is the best way, |
| 11:47:47 | 10 | but I'm not sure. |
| 11:47:48 | 11 | That's what I think happened.  It just |
| 11:47:50 | 12 | -- it has a sort of a very rigid style, but the |
| 48:03 | 13 | essence of the mold is the same.  It's just -- |
| 11:48:07 | 14 | Q.  Focusing on the appearance -- |
| 11:48:08 | 15 | A.  The appearance, yeah. |
| 11:48:10 | 16 | Q.  -- are there any other ways in which the |
| 11:48:12 | 17 | appearance of the Christmas Tree sun catcher in |
| 11:48:16 | 18 | design or workmanship is inferior to the Country |
| 11:48:23 | 19 | Glass -- |
| 11:48:23 | 20 | A.  I would say that is it. |
| 11:48:24 | 21 | Q.  And quite apart from appearances that are |
| 11:48:27 | 22 | inferior, are there any other differences in |
| 11:48:29 | 23 | appearance that are apparent to you between the |
| 11:48:34 | 24 | Christmas Tree Shop version and the Country Glass? |

Viiu Niiler                                          11/10/2005

80

| | |
|---|---|
| 48:37 | 1 |
| 11:48:47 | 2 |
| 11:48:51 | 3 |
| 11:48:54 | 4 |
| 11:49:03 | 5 |
| 11:49:07 | 6 |
| 11:49:11 | 7 |
| 11:49:15 | 8 |
| 11:49:15 | 9 |
| 11:49:20 | 10 |
| 11:49:21 | 11 |
| 11:49:21 | 12 |
| 49:23 | 13 |
| 11:49:26 | 14 |
| 11:49:26 | 15 |
| 11:49:29 | 16 |
| 11:49:34 | 17 |
| 11:49:35 | 18 |
| 11:49:35 | 19 |
| 11:49:38 | 20 |
| 11:49:41 | 21 |
| 11:49:46 | 22 |
| 11:49:49 | 23 |
| 11:49:52 | 24 |

A.   Well, the only thing I was saying is this carved.  It is carved, I am guessing, a steel mold.

Q.   How does that translate to appearance?

A.   The lines are very flat and rigid.  They don't have a flow to them.  That would be my major differentiation.

Q.   Let me see if I got all of the ones you mentioned.

The orange peel quality to the outer edge of the front and back?

A.   Yes.

Q.   The fact that the Christmas Tree Shop sun catcher is, in your words, full of bubbles?

A.   Yes.

Q.   And, finally, the fact that the lines in the Christmas Tree Shop sun catcher are flat and rigid?

A.   Yes.

Q.   Is it fair to say that all three of those features are not ones that any of your customers would ever associate with a Country Glass creation?

A.   I would say no.

I have often people come up to me and say that I saw a sun catcher, it looked like yours,

Viiu Niiler                                    11/10/2005

81

| :49:56 | 1 |
| 11:50:03 | 2 |
| 11:50:06 | 3 |
| 11:50:09 | 4 |
| 11:50:10 | 5 |
| 11:50:12 | 6 |
| 11:50:15 | 7 |
| 11:50:17 | 8 |
| 11:50:18 | 9 |
| 11:50:23 | 10 |
| 11:50:27 | 11 |
| 11:50:27 | 12 |
| 50:28 | 13 |
| 11:50:29 | 14 |
| 11:50:32 | 15 |
| 11:50:35 | 16 |
| 11:50:36 | 17 |
| 11:50:39 | 18 |
| 11:50:42 | 19 |
| 11:50:43 | 20 |
| 11:50:44 | 21 |
| 11:50:48 | 22 |
| 11:50:50 | 23 |
| 11:50:51 | 24 |

but it had -- the carving was shallow, rigid, not
-- didn't have a flow to it, and it looked like
somebody was trying to copy you, but...

Q.   But they didn't?

A.   They didn't.  They didn't get it.

Q.   Did any of those folks tell you that the
copy they had in mind was the Christmas Tree Shop
version?

A.   No.  I have had -- over the years, I have
people, like, make copies of the little ones we
make.

Q.   Of the smaller sun catcher?

A.   Yeah.

Q.   Have you ever been involved in a lawsuit
over your designs before this one?

A.   Nope.

Q.   Have you ever sought to get any kind of
registered protection --

A.   Copyright.

Q.   -- for any of your designs?

A.   We are in the process of doing that.  We
have been -- not been preoccupied with that, but we
will have to be, yes.

Q.   Have you ever done that for the sun

Viiu Niiler                                              11/10/2005

82

| | | |
|---|---|---|
| 50:54 | 1 | catcher? |
| 11:50:54 | 2 | A.  Yes.  Yes. |
| 11:50:55 | 3 | Q.  You have sought that protection? |
| 11:50:56 | 4 | A.  Yes. |
| 11:50:57 | 5 | Q.  When did you begin that process? |
| 11:50:59 | 6 | A.  About a month ago. |
| 11:51:01 | 7 | Q.  Prior to the bringing of this lawsuit, had |
| 11:51:04 | 8 | you obtained any kind of protection for any of your |
| 11:51:08 | 9 | other products? |
| 11:51:12 | 10 | A.  What I do is carve our logo in our molds, |
| 11:51:17 | 11 | but I don't have it on this one. |
| 11:51:19 | 12 | Q.  You did -- |
| 51:21 | 13 | A.  We have done that.  We put our little logo |
| 11:51:23 | 14 | marking in your molds. |
| 11:51:25 | 15 | Q.  You did that carving of the logo in |
| 11:51:28 | 16 | creations before the sun catcher; is that right? |
| 11:51:29 | 17 | A.  Yes. |
| 11:51:30 | 18 | Q.  What does the logo look like? |
| 11:51:33 | 19 | A.  It also is like this (indicating). |
| 11:51:36 | 20 | Q.  I am going to give you a piece of paper to |
| 11:51:38 | 21 | draw -- |
| 11:51:39 | 22 | A.  This is our logo (indicating).  It's a V |
| 11:51:47 | 23 | and C. |
| 11:51:47 | 24 | EXHIBIT NO. 4 MARKED |

Viiu Niiler                                          11/10/2005

83

| 52:01 | 1 | Q. So Exhibit 4 is the logo you carved in many |
| 11:52:08 | 2 | of your creations, not the sun catcher? |
| 11:52:08 | 3 | A. Not the sun catcher. |
| 11:52:08 | 4 | Q. Did you carve it in the plates or cheese -- |
| 11:52:11 | 5 | A. No. This is the same mold for that I have |
| 11:52:13 | 6 | the sun catcher. It is not done in that either. |
| 11:52:13 | 7 | Q. Did you have something you wanted to add to |
| 11:52:15 | 8 | the answer from before? |
| 11:52:17 | 9 | A. Well, sometimes it -- Chet has another |
| 11:52:21 | 10 | version of it. Sometimes it looks like this |
| 11:52:26 | 11 | (indicating). It depends. Sometimes it goes like |
| 11:52:34 | 12 | that. In essence, it looks like this (indicating) |
| 52:42 | 13 | and sometimes looks like this (indicating). |
| 11:52:43 | 14 | Q. Even the second version of the logo on |
| 11:52:46 | 15 | Exhibit 4 has not been carved into the sun catcher |
| 11:52:50 | 16 | mold? |
| 11:52:50 | 17 | A. That's correct. |
| 11:52:53 | 18 | Q. After you got the reports about the |
| 11:53:07 | 19 | Christmas Tree Shop sun catcher, did you or anybody |
| 11:53:11 | 20 | else affiliated with Country Glass go into |
| 11:53:17 | 21 | Christmas Tree Shop to see their sun catcher? |
| 11:53:19 | 22 | A. We are out of the area. We are in Vermont, |
| 11:53:23 | 23 | and we would have to travel all the way to the Cape |
| 11:53:25 | 24 | for this, but we -- my brother -- I sent my brother |

Viiu Niiler                                          11/10/2005

87

| | | |
|---|---|---|
| 57:49 | 1 | of earned income other than what comes from your |
| 11:57:51 | 2 | creations in the glass shop? |
| 11:57:53 | 3 | A.  We earn money in the glass shop.  I still |
| 11:57:58 | 4 | sell artwork, my paintings.  We have -- we |
| 11:58:06 | 5 | essentially have a small farm business. |
| 11:58:09 | 6 | We have lots of little things together, |
| 11:58:13 | 7 | but the glass shop is what supports most of our -- |
| 11:58:17 | 8 | whatever we do.  That's our most important |
| 11:58:20 | 9 | dependant -- that's what we depend on. |
| 11:58:23 | 10 | Q.  I am going to take you back to the costs of |
| 11:58:28 | 11 | producing the sun catcher. |
| 11:58:33 | 12 | First of all, what do you sell the sun |
| 11:58:36 | 13 | catcher for, Exhibit 7? |
| 11:58:37 | 14 | A.  We wholesale it at $9. |
| 11:58:43 | 15 | Q.  And how much do you sell it for in the |
| 11:58:45 | 16 | shop? |
| 11:58:46 | 17 | A.  In the shop, retail, it sells for $18.  Out |
| 11:58:52 | 18 | in the market, open market, it sells anywhere from |
| 11:58:56 | 19 | $18 to $25 from retail outlets. |
| 11:59:03 | 20 | Q.  Do you know what Hill's sells it for? |
| 11:59:05 | 21 | A.  I am guessing it would be in the $25 range, |
| 11:59:09 | 22 | but I would have to ask her. |
| 11:59:10 | 23 | Q.  That's the Nantucket markup? |
| 11:59:13 | 24 | A.  It's the Nantucket markup.  She has rent. |

Viiu Niiler                                    11/10/2005

91

| 12:03:15 | 1 | with regard to injury to reputation. |
| 12:03:18 | 2 | Can you explain to me in what ways, if |
| 12:03:21 | 3 | any, the reputation of the Country Glass Shop has |
| 12:03:26 | 4 | suffered as a result of the Christmas Tree Shop |
| 12:03:29 | 5 | product? |
| 12:03:30 | 6 | A.  Artist reputation. |
| 12:03:44 | 7 | I don't know.  It's my -- when you |
| 12:03:52 | 8 | create an art product, it just -- it's just a bad |
| 12:03:59 | 9 | idea to have somebody copy it.  They could have |
| 12:04:07 | 10 | taken it and changed it.  It's so easy to do. |
| 12:04:12 | 11 | Q.  But with regard to the sun catcher that we |
| 12:04:17 | 12 | have marked as Exhibit 8, do you know of anybody, |
| 12:04:22 | 13 | as you sit here today, that thinks that Exhibit 8 |
| 12:04:25 | 14 | was ever created by you? |
| 12:04:26 | 15 | A.  No.  I don't think so.  That would be -- |
| 12:04:29 | 16 | no.  They have a different style. |
| 12:04:37 | 17 | Q.  So you have a concern understandably about |
| 12:04:40 | 18 | confusion, but not a particular case report from a |
| 12:04:44 | 19 | customer that you can point to as you sit here |
| 12:04:47 | 20 | today that's actually -- |
| 12:04:49 | 21 | A.  See, I'm not in touch with the customers |
| 12:04:54 | 22 | that buy this.  These are not the kind of people |
| 12:04:57 | 23 | that come to our shop. |
| 12:04:58 | 24 | Q.  Meaning the Christmas Tree version? |

92

| | |
|---|---|
| 05:00 | 1 |
| 12:05:02 | 2 |
| 12:05:04 | 3 |
| 12:05:05 | 4 |
| 12:05:10 | 5 |
| 12:05:14 | 6 |
| 12:05:19 | 7 |
| 12:05:22 | 8 |
| 12:05:23 | 9 |
| 12:05:26 | 10 |
| 12:05:28 | 11 |
| 12:05:34 | 12 |
| 05:37 | 13 |
| 12:05:42 | 14 |
| 12:05:44 | 15 |
| 12:05:48 | 16 |
| 12:05:51 | 17 |
| 12:05:53 | 18 |
| 12:05:56 | 19 |
| 12:05:58 | 20 |
| 12:05:58 | 21 |
| 12:06:04 | 22 |
| 12:06:07 | 23 |
| 12:06:11 | 24 |

A.   Yes.

Q.   Expand on that.  What kind of people come to Christmas Tree Shops?

A.   There is this -- there is a movement to protect the American -- the craftsman in this country from Chinese imports, and they would like to see that happen, the people that created -- they are innovative.

They have been creative.  They have small businesses.  They are all around the country, and they worked very, very hard to create craft organizations, art organizations, to make themselves a living that's sort of viable, and that they can be part of the art world and create something beautiful for their neighbors and friends to appreciate, and they want to have that lifestyle --

Q.   So are those artisans --

A.   -- that what we like.

Q.   Sure.

A.   All of our friends own -- we go to dinner. They all have our plates on the table.  They love them, and they have other artisan people's work, and they are committed to that.  They are committed

93

| | | |
|---|---|---|
| 06:16 | 1 | to this -- these are American crafts, beautiful |
| 12:06:21 | 2 | work. They have been doing this for years, and all |
| 12:06:24 | 3 | of a sudden, this is the undermine. |
| 12:06:28 | 4 | Q. So are you trying to sell your products to |
| 12:06:32 | 5 | the kind of people that you understand to be the |
| 12:06:35 | 6 | typical shopper at Christmas Tree Shops? |
| 12:06:38 | 7 | A. No. See, I don't know really this kind -- |
| 12:06:42 | 8 | I don't have people coming in that say to me I just |
| 12:06:44 | 9 | went to the Christmas Tree Shop and bought myself a |
| 12:06:47 | 10 | whole pile of stuff. We don't have those kind of |
| 12:06:49 | 11 | people coming to our place. |
| 12:06:51 | 12 | Q. Understood. |
| 06:53 | 13 | A. We have people that come to our place that |
| 12:06:55 | 14 | appreciate and love the fact that they see us |
| 12:06:59 | 15 | working, doing this work, and they see the art |
| 12:07:03 | 16 | being made. |
| 12:07:05 | 17 | They appreciate it. They like it. |
| 12:07:09 | 18 | They have it around their house. Their children |
| 12:07:11 | 19 | grow up with it. Their children come back, and |
| 12:07:16 | 20 | when they get married, they get sets of stuff. |
| 12:07:19 | 21 | Q. Let me ask you this: Do you honestly |
| 12:07:22 | 22 | believe that any of those people are going to be |
| 12:07:24 | 23 | more reluctant to either come to your shop or buy |
| 12:07:28 | 24 | through one of your wholesale customers because |

Viiu Niiler                                     11/10/2005

94

| | |
|---|---|
| 07:32 | 1 | Christmas Tree is selling Exhibit 8? |
| 12:07:38 | 2 | A.  What -- |
| 12:07:39 | 3 | Q.  What do you think? |
| 12:07:41 | 4 | A.  Well -- |
| 12:07:42 | 5 | Q.  Do you have any basis to think that that is |
| 12:07:45 | 6 | so? |
| 12:07:45 | 7 | A.  They might.  They might.  I can't answer |
| 12:07:49 | 8 | that, because I am not that much in -- I am not -- |
| 12:07:57 | 9 | I don't know what to say. |
| 12:07:59 | 10 | Q.  You are in touch with your customers? |
| 12:08:01 | 11 | A.  I am in touch with my customers, and I am |
| 12:08:05 | 12 | in touch with other craftspeople who are in our |
| 08:09 | 13 | business. |
| 12:08:10 | 14 | Q.  I am not trying to trick you. |
| 12:08:12 | 15 | Confine yourself to the customers of |
| 12:08:14 | 16 | yours that you are in touch with.  Do you think any |
| 12:08:18 | 17 | one of them would be any more reluctant to buy one |
| 12:08:22 | 18 | of your sun catchers because Christmas Tree Shop is |
| 12:08:25 | 19 | making a sun catcher; yes or no? |
| 12:08:26 | 20 | A.  They might, yes. |
| 12:08:27 | 21 | Q.  But not one you know of? |
| 12:08:29 | 22 | A.  Not one I know of. |
| 12:08:31 | 23 | Q.  But not one you know of? |
| 12:08:33 | 24 | A.  Yeah. |

Viiu Niiler                                          11/10/2005

95

| | | |
|---|---|---|
| 08:33 | 1 | I guess I am trying to explain to you a |
| 12:08:36 | 2 | setting that we have that is sort of very unique, |
| 12:08:41 | 3 | and we have a place that's been there for many, |
| 12:08:46 | 4 | many, years and sort of in our area in Vermont, |
| 12:08:49 | 5 | it's being supported by lots of organizations. |
| 12:08:54 | 6 | Q.  Okay.  Understood.  Last thing. |
| 12:08:57 | 7 | You mentioned when you were talking |
| 12:08:59 | 8 | about the Christmas Tree products and others, these |
| 12:09:03 | 9 | are made in China; is that right? |
| 12:09:05 | 10 | A.  That's correct. |
| 12:09:05 | 11 | Q.  Your understanding is that the document -- |
| 12:09:09 | 12 | the object that we have marked as Exhibit 8, the |
| 09:13 | 13 | Christmas Tree sun catcher, is made in China? |
| 12:09:15 | 14 | A.  Yes. |
| 12:09:15 | 15 | Q.  And it is labeled that way? |
| 12:09:16 | 16 | A.  Yes. |
| 12:09:17 | 17 | Q.  Do you make clear in the advertising that |
| 12:09:21 | 18 | you do, the catalogues, et cetera, where your |
| 12:09:25 | 19 | products are made? |
| 12:09:26 | 20 | A.  Yes.  Yes.  It's made in Vermont, and it's |
| 12:09:30 | 21 | handmade in Vermont. |
| 12:09:31 | 22 | Q.  Let me show you our last couple of |
| 12:09:36 | 23 | exhibits. |
| 12:09:42 | 24 | A.  I think all of those said they are made in |

LegaLink Boston
(617) 542-0039

Viiu Niiler                                          11/10/2005

96

| | | |
|---|---|---|
| ·09:47 | 1 | Vermont. |
| 12:09:49 | 2 | EXHIBITS NOS. 5 AND 6 MARKED |
| 12:10:10 | 3 | Q.  I will represent to you that these are |
| 12:10:23 | 4 | copies of color documents that you produced us in |
| 12:10:29 | 5 | advance of the deposition, and let me draw your |
| 12:10:32 | 6 | attention first to Exhibit 5, the one with the |
| 12:10:37 | 7 | teapots on the top. |
| 12:10:38 | 8 | Do you recognize where this particular |
| 12:10:39 | 9 | page came from? |
| 12:10:40 | 10 | A.  Yes, I do. |
| 12:10:42 | 11 | Q.  Where -- |
| 12:10:43 | 12 | A.  From an MFA catalogue. |
| 10:50 | 13 | Q.  And the sun catchers that are identified |
| 12:10:54 | 14 | there as leaf sun catchers from your shop? |
| 12:10:59 | 15 | A.  That's correct. |
| 12:11:00 | 16 | Q.  And I notice that it says these are hand- |
| 12:11:03 | 17 | stamped onto recycled glass by American artists. |
| 12:11:09 | 18 | Do you see that? |
| 12:11:10 | 19 | A.  Yes. |
| 12:11:10 | 20 | Q.  Is that the kind of description that you |
| 12:11:13 | 21 | include in all the catalogues in which your |
| 12:11:18 | 22 | products are featured? |
| 12:11:19 | 23 | A.  Yes.  But I just want to say one thing. |
| 12:11:24 | 24 | Q.  Sure. |

Viiu Niiler                                          11/10/2005

97

| | | |
|---|---|---|
| ·11:24 | 1 | A.  It used to be -- they used to say "Vermont |
| 12:11:29 | 2 | Artisans" in the catalogue.  I didn't realize they |
| 12:11:33 | 3 | switched it to "American Artists." |
| 12:11:36 | 4 | Q.  MFA used to say "Vermont Artisans"? |
| 12:11:40 | 5 | A.  Yes. |
| 12:11:40 | 6 | Q.  Would you say most of the catalogues that |
| 12:11:42 | 7 | you've seen that feature work talk about them, |
| 12:11:48 | 8 | about them being created by Vermont artisans as |
| 12:11:51 | 9 | opposed to American? |
| 12:11:51 | 10 | A.  Yes. |
| 12:11:52 | 11 | Q.  Take a look at what we have marked as |
| 12:11:54 | 12 | Exhibit 6. |
| 11:54 | 13 | A.  Right.  What do they say here? |
| 12:11:58 | 14 | Q.  That one under Product A does say, |
| 12:12:01 | 15 | "Handcrafted in Vermont."  Do you see that? |
| 12:12:03 | 16 | A.  There it is, yes. |
| 12:12:05 | 17 | Q.  Where does this exhibit come from, if you |
| 12:12:09 | 18 | recall? |
| 12:12:09 | 19 | A.  That's from an MFA catalogue, also. |
| 12:12:14 | 20 | Q.  Is that sort of description, "handcrafted |
| 12:12:17 | 21 | in Vermont," typical for what is often used to |
| 12:12:21 | 22 | describe your products in other catalogues and |
| 12:12:23 | 23 | circulars? |
| 12:12:24 | 24 | A.  That's correct. |

Viiu Niiler                                    11/10/2005

99

| 13:46 | 1 |  Vermont Shop used to have a Website. |
| 12:13:48 | 2 | They closed down.  And then Frog Hollow has a |
| 12:13:53 | 3 | Website.  Frog Hollow is in Vermont. |
| 12:13:57 | 4 |  Q.  What about the Hill's Gallery, do you know |
| 12:13:59 | 5 | if they do any electronic or paper advertising of |
| 12:14:02 | 6 | your products? |
| 12:14:03 | 7 |  A.  She is about to.  She is under a Nantucket |
| 12:14:08 | 8 | Website, but she will be on a regular Website |
| 12:14:12 | 9 | coming this winter. |
| 12:14:19 | 10 |  Q.  As far as you know, again, most, if not |
| 12:14:24 | 11 | all, of those identify your products as being made |
| 12:14:26 | 12 | in America or in Vermont, correct? |
| 14:28 | 13 |  A.  Good question.  I am wondering whether |
| 12:14:37 | 14 | Crystal River does.  I am not going to say that for |
| 12:14:40 | 15 | sure. |
| 12:14:41 | 16 |  Q.  We can check that. |
| 12:14:43 | 17 |  Last line of questions, but I think we |
| 12:14:46 | 18 | are almost done. |
| 12:14:47 | 19 |  Does the sun catcher get sold in any |
| 12:14:53 | 20 | particular kind of packaging or box or giftwrap or |
| 12:14:59 | 21 | with a hang-tag, anything else that would identify |
| 12:15:02 | 22 | it as your creation? |
| 12:15:04 | 23 |  A.  Not these -- not those particular ones. |
| 12:15:10 | 24 |  Judi Hill will put on her Nantucket |

LegaLink Boston
(617) 542-0039

Viiu Niiler                                      11/10/2005

100

```
:15:15    1    tags on this, but we don't.  But when we did the
12:15:19   2    MFA, we did sun catcher for the MFA that were like
12:15:23   3    this, and we -- not the same design, but then we
12:15:27   4    would gift box them and do a bunch of stuff with
12:15:32   5    them.
12:15:32   6         Q.  So if somebody bought a Country Glass sun
12:15:38   7    catcher from the MFA catalogue, he or she would
12:15:42   8    receive it from a Country Glass box?
12:15:45   9         A.  In box, yes.  You would get a hanger with
12:15:50  10    it, and the monofilament and cards and the whole
12:15:55  11    works.
12:15:56  12         Q.  Okay.  Let's take those one at a time.
  15:58   13             The hanger, meaning the --
12:16:00  14         A.  The monofilament that goes with it, and
12:16:03  15    then they would get a card, and it would be wrapped
12:16:08  16    in bubble wrap with a nice box.
12:16:13  17         Q.  The card explains your shop and the
12:16:16  18    process?
12:16:16  19         A.  No.  The cards we used for the MFA were
12:16:19  20    related to their product creations.  They would
12:16:22  21    make up sort of a promotion about how they create
12:16:26  22    their products.
12:16:27  23         Q.  Was there anything on the card that you can
12:16:29  24    recall that identified Country Glass as the source?
```

Viiu Niiler                                          11/10/2005

101

| | | |
|---|---|---|
| :16:33 | 1 | A.   No.   But we would include our card.   It was |
| 12:16:38 | 2 | one of double -- double cards -- |
| 12:16:43 | 3 | MR. COLE:   No. |
| 12:16:43 | 4 | Q.   Do you have copies of the cards? |
| 12:16:45 | 5 | A.   I have copies of the museum cards. |
| 12:16:49 | 6 | Q.   In all of your wholesale accounts now, do |
| 12:16:53 | 7 | you include the Country Glass card -- |
| 12:16:57 | 8 | A.   Yes. |
| 12:16:57 | 9 | Q.   -- in those as well? |
| 12:16:59 | 10 | A.   We always do that. |
| 12:17:01 | 11 | Q.   You said a nice box.   Did the box itself |
| 12:17:06 | 12 | have the words "Country Glass" or the logo? |
| 17:09 | 13 | A.   Usually we have a label that goes across, |
| 12:17:14 | 14 | sort of a sticky label. |
| 12:17:17 | 15 | Q.   Do you still have copies of those sticky |
| 12:17:20 | 16 | labels? |
| 12:17:20 | 17 | A.   Yes. |
| 12:17:21 | 18 | MR. BIAGETTI:   I would like a copy of |
| 12:17:22 | 19 | that as well.   Thank you.   One second. |
| 12:17:36 | 20 | I am not going to ask the attorneys'- |
| 12:17:38 | 21 | fees question because I am going to assume you are |
| 12:17:41 | 22 | going to instruct her not to answer, right? |
| 12:17:44 | 23 | MR. JOSEPH:   Right. |
| 12:17:50 | 24 | Q.   Have you ever personalized or otherwise |

Viiu Niiler                                              11/10/2005

103

12:19:04    1    this one person, but we do other projects like

12:19:08    2    that.

12:19:08    3        Q.   I see what you are saying.  The design

12:19:11    4    itself got changed for --

12:19:13    5        A.   The design.  This pattern would be -- I

12:19:15    6    would make something else for somebody else on

12:19:18    7    this.

12:19:21    8        Q.   Got it.

12:19:21    9        A.   We do custom work for sun catchers.

12:19:24    10       Q.   I am catching up.

12:19:26    11            Have you ever tailored in color or

12:19:29    12   etching or anything else a version of the hydrangea

12:19:33    13   sun catcher that is Exhibit 7?

12:19:34    14       A.   None other than this.  This is just this

12:19:37    15   (indicating).

12:19:39    16       Q.   Did you make this particular pattern,

12:19:45    17   Exhibit 7, at the request of Judi Hill?

12:19:49    18       A.   At the request of Judi Hill, yes.

12:19:52    19       Q.   When was that?

12:19:53    20       A.   I had that date -- that's on my -- this

12:19:59    21   sheet right here (indicating).  This version is

12:20:06    22   1998 (indicating), and the original version was

12:20:09    23   1988.  So this is right there (indicating).

12:20:40    24            EXHIBIT NO. 7 MARKED

Viiu Niiler                                                        11/10/2005

106

| | | |
|---|---|---|
| 23:29 | 1 | that appear in Plaintiffs' Exhibit 7; is that |
| 12:23:32 | 2 | right? |
| 12:23:32 | 3 | A. Yes. |
| 12:23:33 | 4 | Q. With regard to that design, the one that is |
| 12:23:36 | 5 | in Plaintiffs' Exhibit 7, that was done at the |
| 12:23:40 | 6 | request of Ms. Hill? |
| 12:23:42 | 7 | A. That's correct. |
| 12:23:42 | 8 | Q. Did she actually give you a picture, or did |
| 12:23:45 | 9 | you design it? |
| 12:23:46 | 10 | A. No. She didn't give me a picture. I |
| 12:23:49 | 11 | designed it myself. |
| 12:23:50 | 12 | Q. Did you show it back to her for her |
| 23:53 | 13 | approval before you started pouring -- |
| 12:23:57 | 14 | A. She never asked for approval. She just |
| 12:23:59 | 15 | trusts me. She is great. |
| 12:24:03 | 16 | Q. How is it that it came about that she |
| 12:24:05 | 17 | wanted a different version than the old flowers? |
| 12:24:10 | 18 | A. Well, I think she is on the Cape, and she |
| 12:24:14 | 19 | has her -- she knows -- she psychs out her |
| 12:24:19 | 20 | customers. |
| 12:24:19 | 21 | She knows what she sees around the |
| 12:24:22 | 22 | area, and she -- I think she -- for example, Cape |
| 12:24:28 | 23 | -- Nantucket is the center of the daffodil world in |
| 12:24:33 | 24 | this area. So I make daffodils. Hydrangeas are |

Viiu Niiler                                              11/10/2005

107

| 24:36 | 1 | another popular flower that is prominent on the |
|---|---|---|

```
  24:36      1    another popular flower that is prominent on the
12:24:40      2    Cape.  That's why we went with this.  So she keeps
12:24:44      3    her -- sort of her eyes out for me.
12:24:47      4        Q.  Did she say to you --
12:24:49      5        A.  Hydrangea.
12:24:49      6        Q.  -- fill it with hydrangeas?
12:24:51      7        A.  Yes.
12:24:51      8        Q.  And your understanding is she was doing
12:24:54      9    that based on what she thought customers wanted?
12:24:56     10        A.  Exactly.  She has a good, you know, sense
12:25:01     11    of what art will sell.
12:25:05     12        Q.  Okay.
1 . 25:06    13        A.  She does.
12:25:07     14        Q.  And nothing wrong with monitoring what
12:25:09     15    customers want as an input into what you are going
12:25:13     16    to create.
12:25:14     17        A.  No.  We work together.
12:25:15     18            Let's put it together.  Let's put it
12:25:19     19    that way.  She asks me things sometimes that are
12:25:23     20    impossible to do.
12:25:25     21            MR. BIAGETTI:  No further questions
12:25:27     22    from me.  Thank you.
12:25:29     23            MR. JOSEPH:  No questions today.
12:25:30     24        (The deposition was adjourned at 12:25 p.m.)
```

Viiu Niiler                                    11/10/2005

109

1   COMMONWEALTH OF MASSACHUSETTS )

2   SUFFOLK, SS                  )

3

4   I, Deborah L. Roth, and Notary Public in and for

5   the Commonwealth of Massachusetts, do hereby

6   certify  that there came before me on November 10,

7   2005, the  person hereinbefore named, who was by me

8   duly sworn  to the truth concerning any knowledge

9   in this cause; that that person was thereupon

10  examined under oath,  and the examination reduced

11  to typewriting; and that the deposition is a true

12  record of the testimony  given by the witness.

13  I further certify that I am neither related to nor

14  employed by any attorney or counsel employed by

15  the parties hereto or financially interested in the

16  action.

17  In witness whereof, I have hereunto set my hand

18  this 17th day of November 2005.

19

20  *Deborah Roth*                CERTIFIED ORIGINAL
                                  LEGALINK BOSTON
21  DEBORAH ROTH, Notary Public

22  My commission expires: 2/7/08

23

24

LegaLink Boston
(617) 542-0039

Charles Bilezikian                                        02/07/2006

RECEIVED

FEB 23 2006

Volume: I

Pages: 1-46

Exhibits: 42-43

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CA No. 04 12698 JLT

- - - - - - - - - - - - - - - - - - -x

JOHN KNIGHT, DONNA RUSSELL KNIGHT,

CHARLES COLE, VIIU NIILER, COUNTRY

GLASS SHOP, AUNT SADIES, INC., and

SUSAN BOERMAN,

                    Plaintiffs,

vs.

CHRISTMAS TREE SHOPS, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - x

DEPOSITION OF CHARLES BILEZIKIAN

February 7, 2006

2:00 p.m.

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.

One Financial Center

Boston, Massachusetts


                    Reporter:  Nancy L. Russo

Charles Bilezikian                                    02/07/2006

2

1    APPEARANCES:

2

3         JOSEPH & ASSOCIATES

4         By Joel D. Joseph, Esquire

5         7272 Wisconsin Avenue

6         Suite 300

7         Bethesda, Maryland  20814

8         (301) 941-1989

9         On Behalf of the Plaintiffs

10

11        MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO, P.C.

12        By Peter A. Biagetti, Esquire

13        One Financial Center

14        Boston, Massachusetts  02111

15        (617) 542-6000

16        On Behalf of the Defendant

17

18   ALSO PRESENT:

19        Kenneth O. Bradley, Litigation Counsel

20        John Knight, Plaintiff

21        Donna Russell Knight, Plaintiff

22

23

24

Charles Bilezikian                                      02/07/2006

13

1        A.    The Christmas Tree Shops was a regular full

2    Christmas store -- a Christmas store and it went

3    bankrupt in the '50s or '60s and it was bought by a

4    liquidator who would sell liquidation product there

5    seasonally and I bought it from him.  So did I change

6    the concept?  What it is today and what it was then is

7    quite different.

8        Q.    So in 1970 when you bought it, they would buy

9    closeouts, large lots of last year's product and so

10   forth?

11       A.    Yes.

12       Q.    Do you still do that?

13       A.    Yes.

14       Q.    How is it different then?

15       A.    Size.  The size of the stores.  The general

16   line of merchandise has expanded.  The original store

17   was only 1000 or 1500 square feet and our stores are as

18   big as 50,000 feet.

19       Q.    How many stores are there now?

20       A.    Close to 30.  About 29, I think.

21       Q.    So you're opening new stores every year now;

22   is that correct?

23       A.    The company is opening new stores now.

24       Q.    There came a time in the past several years

Charles Bilezikian                                    02/07/2006

17

1      Q.    An off-the-shelf item?

2      A.    It would be more than likely at that time.

3      Q.    So you didn't have the problem early on

4    when -- goods weren't custom ordered early on; is that

5    correct?

6      A.    Well, I'm not so sure they are always custom

7    ordered now.  We buy lots and lots of items day after

8    day, thousands and thousands of items.

9      Q.    I'm going to show you some -- I was told by

10   your buyers -- were off-the-shelf items and some that

11   were not.  Could you mark this as -- I believe it would

12   be 42.

13              (Exhibit No. 42 marked for

14   identification.)

15     Q.    Showing you a document marked as Exhibit 42.

16   It's a letter I wrote to you and I apology for

17   misspelling your name, but do recognize the document?

18     A.    I do not.

19     Q.    You don't know if that document ever made it

20   to your desk?

21     A.    I don't know.  It's possible -- this is

22   April.  It was during the month of April.  It's

23   possible I was out of the country.  Someone would have

24   seen something and forwarded it on to the proper

Charles Bilezikian                              02/07/2006

28

1   supplier follow your instructions?  So if you have any

2   idea what the supplier did or did not do, you may

3   answer.

4        A.    This item is a Christmas Tree Shops item that

5   someone in our company bought in Asia.  It has our

6   sticker on it.

7        Q.    That is Exhibit 6, correct?

8        A.    Yes.  It looks like it is made with lead.

9   Did it have a hanger?  It looks like the hanger is

10  broken off.  I don't know.

11       Q.    I don't know.  I think it did.

12       A.    It's done with lead where this looks like

13  it's done with bronze or brass.  It's considerably

14  heavier.

15       Q.    Which one is heavier?

16       A.    The Christmas Tree Shops one is heavier, not

17  as delicate and nice as that (indicating.)

18       Q.    So which one is nicer then?

19       A.    I think the American made one looks nicer to

20  me.  It feels better in the hand.

21       Q.    Do they look substantially similar?

22       A.    There are similarities and there are

23  differences.

24       Q.    Are they both made out of three pieces of

Charles Bilezikian                                    02/07/2006

                                                              29

1  glass?

2      A.    Yes.

3      Q.    Are the three pieces of glass the same shape?

4      A.    Yes.

5      Q.    Are they the same size?

6      A.    Pretty close.

7      Q.    Now, with an art staff of ten, why couldn't

8  Christmas Tree Shops design it different?

9      A.    Absolutely Christmas Tree Shops is capable of

10 doing that.

11     Q.    So wouldn't it have made sense for them to

12 make more changes, make it a different size, different

13 shape?

14     A.    I can't speak to it.  I don't know what

15 transpired there.

16     Q.    Well, you can read the transcript from the

17 testimony that one of your buyers bought Exhibit 5,

18 shipped it off to a supplier and I think it was -- I've

19 got the name of the supplier here -- Zibo Anto Glass.

20 Do you know Zibo Anto Glass?

21     A.    I don't it.  Zibo is a part of China and

22 A-N-T-O?

23     Q.    Yes.

24     A.    I don't know who they are.  It must be a

Charles Bilezikian                                    02/07/2006

30
1    manufacturer in Zibo.

2        Q.    And you did not visit them on this last trip?

3        A.    I have never been to Zibo.

4        Q.    As I understand it -- and I might be

5    confusing them with another vendor, but I don't think

6    so -- that they are actually in Qingdao?

7        A.    I have never been to Qingdao.

8        Q.    I have.

9        A.    It is a beautiful place I understand.

10       Q.    So you have never been to Zibo Anto Glass

11   then?

12       A.    No, I have not.

13       Q.    I'm going to show you plaintiff's exhibit --

14   these are not in order like the other two are --

15   Plaintiff's Exhibit 10 and 28.  Tell me if you

16   recognize those two candles.

17       A.    I do not, but this is a Christmas Tree Shops

18   item.  It's ticketed and it looks like it was marked

19   down.

20            MR. BIAGETTI:    You're referring to

21   Exhibit 10; is that right?

22            THE WITNESS:    Exhibit 10, yes.

23       Q.    Could you compare the two candles and tell me

24   the similarities and the differences?

Charles Bilezikian                                    02/07/2006

31

1      A.   They are both jar port candles.  I don't know

2  the size.  It's the standard size tin.

3      Q.   What do you mean by standard size tin?

4      A.   Tins are a standard size.  I think you can

5  buy this tin in this size anywhere in the world.

6      Q.   Well, Aunt Sadies tells me that it's a

7  special size.  Not a standard size.

8           MR. BIAGETTI:   There is no question in

9  front of you.

10      A.   I don't know what Aunt Sadies is.

11      Q.   Aunt Sadies is the supplier of Exhibit 28.

12      A.   Okay.

13      Q.   Have you ever been inside an Aunt Sadies

14  store?

15      A.   No, I have not.  I don't know where they are.

16      Q.   There is one right in Boston.

17      A.   I have not been in one.

18      Q.   Are those two containers the same size?

19      A.   I would say they are about the same size,

20  yes.

21      Q.   By that you mean they are the same diameter

22  and the same height?

23      A.   Yes.

24      Q.   Are they the same shape?

Charles Bilezikian                                    02/07/2006

32

1          A.    Yes.

2          Q.    What are the tops made of?

3          A.    Probably a plastic of some sort to keep the

4    fragrance in.   I would guess they are both fragrance.

5    I'm not sure.

6          Q.    Take a whiff.

7          A.    (Witness complies.)   This one has a great

8    deal of fragrance and this one has very little, if any.

9    I don't smell it.

10                    MR. BIAGETTI:    Which exhibit has very

11   little?

12                    THE WITNESS:   The Christmas Tree Shops,

13   number ten.

14         Q.    So is it better to have more fragrance or

15   less fragrance?

16         A.    Is it better?   I like it better.

17         Q.    Is it a higher quality product when it has a

18   deeper fragrance?

19         A.    It could be.

20         Q.    Could you tell me what the Nantucket

21   Distributing Company is?

22         A.    It's an importing of Christmas Tree Shops.

23         Q.    When you sold Christmas Tree Shops, did you

24   sell Nantucket Distributing Co., Inc.?

Charles Bilezikian                                        02/07/2006

46

1    COMMONWEALTH OF MASSACHUSETTS)

2                                    )

3    SUFFOLK, SS.                    )

4

5           I, Nancy L. Russo, Professional

6    Shorthand Reporter and Notary Public in and for the

7    Commonwealth of Massachusetts, do hereby certify that

8    CHARLES BILEZIKIAN, the witness whose deposition is

9    hereinbefore set forth, was duly sworn by me, and that

10   such deposition is a true record of the testimony given

11   by such witness.

12          I further certify that I am neither

13   related to or employed by any of the parties in or

14   counsel to this action, nor am I financially interested

15   in the outcome of this action.

16          IN WITNESS WHEREOF, I have hereunto set

17   my hand and Notarial Seal this 17th day of February,

18   2006.

19

20                          *Nancy L. Russo*

21                          Nancy L. Russo

22                          Notary Public

23   My commission expires:

24   February 9, 2012                   CERTIFIED TRANSCRIPT
                                        LEGALINK BOSTON

LegaLink Boston
(617) 542-0039



*Medium Wall Sconce*

RAISED
CURVED TOP

CUT CURVE

← FRONT

SOLDER DETAIL

glass: opalescent
colors: blue/white
mauve/white
amber/white
pink/white
green/white
white/white

*The Glass Eye Studio*

GE 001



The Glass Eye



Copy

GE 002

|       | Gross       | Glass      |
|-------|-------------|------------|
| 2001  | 184,827.13  | 35,958.20  |
| 2002  | 181,814.48  | 38,298.55  |
| 2003  | 159,538.22  | 34,316.34  |
| 2004  | 175,979.10  | 46,992.82  |
| 2005  |             | 5,388.70   |

When sconce was discontinued in 2003, new items were introduced (bevelled candle holders, early release of Christmas ornaments - collectable, sand blasted glass ware)

Sharp rise in 2004 resulted from "Final Columbus Day Sale" 4 day sale $16,322.18

EXHIBIT 2

Glass Eye

11-9-05 DN





*The Glass Eye*

*32 inch Striped Bass by Donna and John Knight*

Main St. Mercantile • Rte. 6 • North Eastham
(508) 255-5044 • www.theglasseyegallery.com

**The Cape Cod Voice** • October 7 - 20, 2004 • 41

**GE 030**



*25 inch Bluefish by Donna and John Knight*

Main St. Mercantile • Rte. 6 • North Eastham
(508) 255-5044 • www.theglasseyegallery.com

48 • September 9 - 22, 2004 • **The Cape Cod Voice**

GE 031



*The Glass Eye*

"Terns in Flight" 14" diameter by Donna & John Knight

Main St. Mercantile • Rte. 6 • North Eastham • (508) 255-5044
www.theglasseyegallery.com

The Cape Cod Voice • June 17 - 30 , 2004 • 35

GE 032



The Glass Eye

Codfish
22" in
diameter
by
Donna &
John Knight

Main St. Mercantile • Rte. 6 • North Eastham
(508) 255-5044 • www.theglasseyegallery.com

GE 033



The Glass Eye

Egret
15" in diameter
by
Donna & John
Knight

Main St. Mercantile • Rte. 6 • North Eastham
(508) 255-5044 • www.theglasseyegallery.com

GE 034

2004



# THE **red** INN
## WATERFRONT DINING & LODGING

Best Seafood - Cape Cod
*- Boston Magazine, August 2005*

Dinner served Thursday through Sunday



| NOW ACCEPTING HOLIDAY RESERVATIONS |
| --- |

**508.487.7334**
15 Commercial Street, Provincetown
Parking available • Reservations recommended

**GE 035**



# The Glass Eye

### Columbus Day Weekend
### FRI., SAT., SUN. 10-5

## SALE!!!

Mirror
by
John Knight

Main St. Mercantile • Rte. 6 • North Eastham
(508) 255-5044 • www.theglasseyegallery.com

6:30a.m. - Late Year Round

## Cape Cod's
## Most Popular Espresso Bar

## Hot Chocolate Sparrow
### Coffee & Chocolate Bar

Hot, Iced, & Frozen Espresso Drinks,
Bagels, Pastries, Desserts, Ice Cream, & Soft Serve.
Kids' Hot Chocolate, Penny Candies, Fudge and more

**OLD COLONY WAY, ORLEANS • 1-8(**

GE 036



The Glass Eye

Have a Great
Windmill Weekend!

Main St. Mercantile • 508-255-5044

www.theglasseyegallery.com

GE 037

9-7-2001
CAPE CODDER



**Outer Cape** REALTY, INC.

Residential Real Estate Sales
Rentals • Appraisals

Box 1170, N. Eastham, MA 02651
(508) 255-0505 • FAX: (508) 255-1418

## Happy
## Windmill Weekend!

### We're proud to be a part
### of this community.

GE 038



*The Glass Eye*

### Have a Great
### Windmill Weekend!

Main St. Mercantile • 508-255-5044
www.theglasseyegallery.com

9-6-2002 CAPE CODDER



9-5-03
CAPE CODDER

GE 039



The Glass Eye
Craft Gallery
COLUMBUS
WEEKEND SALE
Fri, Sat & Sun • 10am - 5pm
508-255-5044
Main St. Mercantile, North Eastham

GE 040

10-7-05
CAPE CODDER



GE 016

# The Glass Eye



Inspired by Cape Cod's
natural surroundings, this
original design has been
created by Donna and
crafted in the Tiffany
copper foil technique by
John, using the finest of
glasses.

*—Donna & John Knight*



The Glass Eye Gallery
Main Street Mercantile
North Eastham, MA  02651
508.255.5044
www.TheGlassEyeGallery.com

$

GE 017

The Glass Eye

Sandblasted Recycled Bottles
Better the second time around!

GE 018

# The Glass Eye



Offering the finest in designed
and handcrafted stained glass
for over 30 years, using only
premium quality glass and
created in the Tiffany copper
foil technique.



The Glass Eye Gallery
Main Street Mercantile
North Eastham, MA  02651
508.255.5044
www.TheGlassEyeGallery.com

GE 019

```
UPC#:      13595654     STOCK OVER SALES        STORE#:  000
WALL VASE STAINGLASS    LAST YEAR - 2003 FY   Cat/Sub:  023/232 CURAD:
```

| Week 01 | Week 02 | Week 03 | Week 04 | Week 05 | Week 06 | Week 07 | Week 08 |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Week 09 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
| 0 | 0 | 0 | 0 | 0 | 23805 | 22600 | 21639 |
| 0 | 0 | 0 | 0 | 0 | 195 | 1132 | 927 |
| Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 | Week 23 | Week 24 |
| 21032 | 20603 | 20098 | 19659 | 19106 | 18559 | 18164 | 17734 |
| 578 | 412 | 491 | 395 | 511 | 522 | 376 | 391 |
| Week 25 | Week 26 | Week 27 | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 |
| 17291 | 16931 | 16692 | 16435 | 16266 | 16171 | 15960 | 15874 |
| 401 | 351 | 228 | 236 | 165 | 90 | 203 | 84 |
| Week 33 | Week 34 | Week 35 | Week 36 | Week 37 | Week 38 | Week 39 | Week 40 |
| 15763 | 15694 | 15658 | 15572 | 15332 | 14922 | 14654 | 14588 |
| 107 | 64 | 35 | 84 | 239 | 402 | 260 | 62 |
| Week 41 | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 |
| 14473 | 14397 | 14369 | 14181 | 13710 | 13505 | 13222 | 12764 |
| 104 | 71 | 28 | 169 | 198 | 200 | 248 | 437 |
| Week 49 | Week 50 | Week 51 | Week 52 | Week 53 | Total Issues for Selection: | | |
| 12377 | 11882 | 11608 | 11370 | 0 | | | |
| 379 | 478 | 247 | 235 | 0 | 11735 | | |

```
             F3=Exit,F5=Toggle,F12=Cancel
```

CTS0113

```
  UPC#:    13595654      STOCK OVER SALES      STORE#:  000
WALL VASE STAINGLASS      THIS YEAR-2004 FY   Cat/Sub:  023/232 CURAD:
```

| Week 01 | Week 02 | Week 03 | Week 04 | Week 05 | Week 06 | Week 07 | Week 08 |
|---|---|---|---|---|---|---|---|
| 11215 | 11110 | 10918 | 10652 | 10513 | 10366 | 10280 | 10165 |
| 146 | 92 | 167 | 264 | 135 | 139 | 85 | 111 |

| Week 09 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
|---|---|---|---|---|---|---|---|
| 10076 | 9939 | 9835 | 9795 | 9718 | 9684 | 9652 | 9509 |
| 89 | 136 | 101 | 38 | 77 | 33 | 30 | 140 |

| Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 | Week 23 | Week 24 |
|---|---|---|---|---|---|---|---|
| 9371 | 9235 | 8850 | 8654 | 8563 | 8320 | 8078 | 7924 |
| 130 | 135 | 379 | 192 | 84 | 237 | 235 | 151 |

| Week 25 | Week 26 | Week 27 | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 |
|---|---|---|---|---|---|---|---|
| 7829 | 7797 | 7733 | 7724 | 7691 | 7612 | 7596 | 7582 |
| 93 | 31 | 61 | 9 | 30 | 69 | 16 | 14 |

| Week 33 | Week 34 | Week 35 | Week 36 | Week 37 | Week 38 | Week 39 | Week 40 |
|---|---|---|---|---|---|---|---|
| 7551 | 7537 | 7531 | 7498 | 7473 | 7443 | 7434 | 7389 |
| 30 | 12 | 5 | 33 | 24 | 29 | 8 | 45 |

| Week 41 | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 |
|---|---|---|---|---|---|---|---|
| 7346 | 7265 | 7244 | 7232 | 7039 | 7007 | 0 | 0 |
| 40 | 68 | 21 | 12 | 10 | 26 | 0 | 0 |

| Week 49 | Week 50 | Week 51 | Week 52 | Week 53 | Total Issues for Selection: | | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | | |
| 0 | 0 | 0 | 0 | 0 | 4012 | | |

```
             F3=Exit,F5=Toggle,F12=Cancel
```

CTS0114

1/19/05                    Price Change Inquiry

SKU#: EJD418    % WALL VASE STAINGLASS
UPC#: 13595654 Retl:        1.00    Landed Cost:        .759

| Ch # | Date Changed | *----- Old -----* Retail | Cost | New Retail | Qty Sold | User | Reason For Change |
|------|--------------|--------------------------|------|------------|----------|------|-------------------|
| 01 | 2/04/04 | 1.99 | .759 | 1.00 | 5188 | PHYLLI | MARK DOWN |

Cmd Keys: 1-Return to First Screen, Roll Keys

CTS0115

| Buyer- | BuyerName | SubCat | Vendor | VendorName | UPC | SKU | | Description |
|--------|-----------|--------|--------|------------|-----|-----|---|-------------|
| 20 | Deborah Watts | 232 | 96982 | Briwell/ps | 13595654 | EJD418 | % | Wall Vase Stainglass |

CTS0116

| MiscCost | FirstCost | LandedCost | RetailPrice | Markup | WhseOH | ReservedOH | TotalWhseOH | StoreOH |
|---|---|---|---|---|---|---|---|---|
| 0.075 | 0.65 | 0.759 | 1 | 24.1 | 187 | 6816 | 7003 | 4 |

CTS0117

| TotalOH | TotalOHDol | SalesYTD | SalesYTDDol | SalesLY | SalesLYDol | LastRcvdDate |
|---------|-----------|----------|-------------|---------|------------|--------------|
| 7007    | 7007      | 4012     | 3969        | 11735   | 22110      | 6/3/2003     |

CTS0118



NEW VERSION · 1998-99



ORIGINAL VERSION 1988

COUNTRY GLASS SHOP
784 Pike Road
Marshfield, Vermont 05658
802-426-3548
Charles Cole and Viiu Niiler

CG 002

|  | Total | suncatchers | plates | cheeseplates |
|------|-------|-------------|--------|--------------|
| 1998 | 737 | 293 | 255 | 189 |
| 1999 | 620 | 273 | 156 | 191 |
| 2000 | 600 | 284 | 166 | 150 |
| 2001 | 500 | 168 | 202 | 130 |
| 2002 | 481 | 120 | 197 | 164 |
| 2003 | 310 | 90 | 124 | 96 |
| 2004 | 284 | 85 | 120 | 79 |
| 2005 | 300 | 72 | 144 | 84 |
|  | 3832 | 1385 | 1364 | 1083 |
| dollar value (wholesale) | 47,765 | 12,465 | 13,640 | 21,660 |

Percentage of total sales that are represented by copied product.

    2002 total sales were $200,000 with approximately $ 6250 or 3% of total
    2003 total sales were $176,000 with approximately  $4070 or 2% of total
    2004 total sales were $140,000 with approximately $3545 or 3% of total

The main location for the sale of this product was on Nantucket at Hill's Gallery which sold 90% of the items.  The remaining 10% were sold on the Cape, Martha's Vineyard and Vermont.  It has always had a very regionally oriented appeal.

CG 001

|      | Total | suncatchers | plates | cheeseplates | Total sales | Percent |
|------|-------|-------------|--------|--------------|-------------|---------|
| 1998 | 737   | 293         | 255    | 189          | $28,200     | 32%     |
| 1999 | 620   | 273         | 156    | 191          | $30,000     | 26%     |
| 2000 | 600   | 284         | 166    | 150          | $37,400     | 19%     |
| 2001 | 500   | 168         | 202    | 130          | $30,500     | 20%     |
| 2002 | 481   | 120         | 197    | 164          | $27,083     | 23%     |
| 2003 | 310   | 90          | 124    | 96           | $18,328     | 22%     |
| 2004 | 284   | 85          | 120    | 79           | $14,732     | 24%     |
| 2005 | 300   | 72          | 144    | 84           | $14,350     | 26%     |
|      | 3832  | 1385        | 1364   | 1083         |             |         |

*These are the new numbers you asked for* (handwritten)

Dollar Value (wholesale)

|  | 47,765 | 12,465 | 13,640 | 21,660 |
|--|--------|--------|--------|--------|

Percentage of total sales that are represented by copied product.

2002 total sales were $200,000 with approximately $ 6250 or 3% of total
2003 total sales were $176,000 with approximately $4070 or 2% of total
2004 total sales were $140,000 with approximately $3545 or 3% of total

The main location for the sale of this product was on Nantucket at Hill's Gallery which sold 90% of the items. The remaining 10% were sold on the Cape, Martha's Vineyard and Vermont. It has always had a very regionally oriented appeal.

I created the first version of the design for this product in 1988. The current version was added in 1998-1999.

As for the addresses ; Potted Geranium , Philip and Stephanie Luty, Box 547,188 Main St

West Harwich, Mass 02671.

Craftworks, Judith Evergreen. 79 Main St. Bridgton, Maine 04009

New England Goods, Margo O Conell, 57 Main St. Rockport,Mass. 01966.

# HARBINGERS OF SPRING

SUNCATCHERS SET  "Light is the first of painters" wrote Ralph Waldo Emerson in his most famous work, *Nature* (1836). Images from nature inspired our 1995 suncatchers, colorful glass medallions designed to transform your sunny window into a luminous art gallery. This year the set includes five new designs, each taken from an object in the Museum's renowned collection:

FLOWER BASKET  Inspired by a detail on an exquisite fan in the Textile collection.
TULIP  From a hand-colored lithograph by Valentine Bartholomew (English, 1799-1879).
GRASSHOPPER  Adapted from an ancient seal in the Museum's Classical collection.
RABBIT  From a 19th-century greeting card for Raphael Tuck & Sons.
FROG  Inspired by a line drawing by artist Théophile-Alexandre Steinlen (French, 1859-1923) housed in the Museum's Print collection.



*Set of Five*

Add to your personal suncatcher collection, or share them as spring housewarming gifts! Approximately 3½" in diameter, our Museum suncatchers are handmade of recycled glass. Cords not included. #52286  **Set of Five $28.00** *(Members $25.20)*

*There are painters who transform th a yellow spot, but there are others wh help of their art, and their intelli transform a yellow spot into the*

— Pablo Picasso, quoted in *Sit Rhymes and Reason*

---

**MUSEUM OF FINE ARTS, BOSTON**
P. O. Box 244
Avon, MA 02322-0244

CALL TOLL FREE
**1 • 800 • 225 • 5592**
For Customer Service
1 • 800 • 227 • 5597

Non-Profit Orga
U.S. POST?
PAID
Museum of Fir

THANK YOU! YOUR PURCHASES SUPPORT
THE MUSEUM OF FINE ARTS, BOSTON.

**************** 5-DIGIT 05658
MS DEBORAH A DE GRAFF
OR CURRENT RESIDENT
PIKEHILL CEMETARY RD
RR 1 BOX 1540
MARSHFIELD    VT 05658-9724

KEY=64Z3R

▲                    ▲
CUSTOMER #        KEY #

CG 004

Catal

Front cover: South Jersey Inspired Vase; see page 2.



**E.  MUSEUM BOOK BAG**
Approximately 300,000 works of art on paper make up the Museum's Prints and Drawings collection, including those contained within rare illustrated books. Our tote was inspired by the elaborate decorations on book spines from this archive of prized volumes. The perfect gift for book and art lovers alike. Poly/cotton, 18" cotton web handles. 14"h x 12"w x 4"d. Machine washable. #40554  **$19.95** *(Members $17.95)*

**F.  SUNCATCHER WITH SOL**
"Light and shadow never stand still," wrote Benjamin West. Thus our 1995 Suncatcher with *Sol* transforms any sunny window into an ever-changing vision. This year's sun image was drawn from an illustration by Russian artist Ivan Bilibin (1876-1928) from a book in the Museum's Prints and Drawings collection. Approx. 7" in diameter, this striking gift is handmade of recycled glass. Cord not included. #52305 **$22.00** *(Members $19.80)*



**G.  SUNFLOWER SERVING BOWL**
According to myth, the sunflower is the symbol of Clytie, who, because of her unrequited love for Apollo, became a flower that always turns its face towards the sun. Artists through the centuries have immortalized the sunflower as a symbol of unwavering devotion. The inspiration for the interior design on our bowls was taken from a motif of sunflowers enclosed by continuous leaf scrolls appearing on a drop-front desk in the Museum's European Decorative Arts collection. Sunflower bowls are perfect for every course on your picnic menu, or choose the set to serve up light fare in generous, individual portions! 9½" diam. x 2" deep. #52235  **$24.00** *(Members $21.60)*
•SET OF FOUR  Save $11! #52306-599 **$85.00** *(Members $76.50)*

**H.  SUNFLOWER TOTE BAG**
Enjoy the pleasures of the garden year-round! A botanical print from the Museum's Prints and Drawings collection blooms in glorious detail on this poly/cotton tote with 18" cotton web handles. 16"h x 14"w x 4"d. Machine washable. #40600  **$19.95** *(Members $17.95)*

**J.  MUSEUM REMEMBRANCE CALENDARS**  These delightful, undated calendars serve as permanent monthly reminders for birthdays, anniversaries, and the special days you want to share with family and friends. Each calendar has 12 full-color images, reproduced from our permanent collections, and measures 4⅜" x 18½". Spiral bound.  **$8.95** each *(Members $8.05)*
•MONET  #00357
•RENOIR  #00358
•SARGENT  #00356
•SET OF ALL THREE  #00359-099 **$24.95** *(Members $22.45)* Ⓜ





Ⓜ Published by the Museum of Fine Arts, Boston.

ORDER TOLL FREE 1•800•225•5592



[46]   Order 24 hours   1.800.225.5592

CG 008







CG 009









**A. Colonial Teapot Pins** Lovely miniature reproductions crafted in finely detailed sterling silver recreate tea and coffee service popular during the late-18th century. The MFA houses an array of English porcelain tea sets, an original silver teapot by Paul Revere, and several ceremonial pieces from China and Japan in its Art of Europe, Art of the Americas and Art of Asia Collections. **Queen Anne Tea Set** Shown above. ¾″ x 2½″ [39057-305] $36.00. **Colonial Coffee Pot** Shown at right. 1⅛″ x 1″ [39056-305] $28.00. **Old English Teapot** Shown at right. ¾″ x 2½″ [39058-305] $28.00.

**B. Leaf Suncatchers** Capture sunlight in a rainbow of color. Each suncatcher is hand-stamped onto recycled glass by American artisans. Impressed with foliage imagery similar to details found in our collection. Each is 3½″ diam. [523703] $34.00/set of five

**C. Pansy Necklace** Derived from the French word *pensées*, the pansy is poetically linked to thoughtfulness and remembrance. Our lovely brass necklace is designed with five hand-enameled flowers and six tiny amethyst charms. 18″ long. [38859-301] $68.00

**D. *Boston Tea Parties* Book** The historic Boston Tea Party, organized by colonists in 1773, has forever underscored the strong bond between Boston and her cup of tea. *Boston Tea Parties* presents the best of the tea tradition Boston style. For more than 40 years, the Ladies Committee has sponsored the Museum's famous afternoon teas, from which these recipes have been gathered. This new, completely revised edition of a classic cookbook features 230 recipes, lavishly illustrated with art from the MFA's collections. The perfect guide to hosting an elegant, delectable tea party. Softcover: 192 pages. 10″ x 8″ [00196] $20.00

**E. Vase of Flowers Pin** A hand-enameled reproduction of *Flowers in a Blue Vase*, by Maurice Brazil Prendergast (Canadian, 1858-1924), a bright and cheerful oil on canvas housed in our Art of the Americas Collection. 1¾″ tall. [38958-305] $34.00

**F. Enameled Treasures** Our collectible teapots are diminutive works of art, each handcrafted in the tradition of 17th-century French enameled miniatures. Crafted of hand-painted enamel over copper, the motifs are fashioned after works of art in our collection. Display one or more in a favorite niche or window. Each is signed and numbered by the artist. Shown clockwise from top: 3″ tall. **Cats in a Window** [525458]. **Gourds and Butterfly** [525459]. **Butterfly and Florals** [525460] $24.00 each

**G. *Monet: A Retrospective* Book** A personal and valuable documentary of Claude Monet (French, 1840-1926), and his struggle to establish the avant-garde movement of Impressionist painting during the 1860s. With 132 color plates. Hardcover: 384 pages. **Original Price: $75.00** [02027132] **Now $29.95**

**H. Forget-Me-Not Earrings** A symbol of love, our sapphire blossoms hang from European posts crafted of antiqued gold plate. The vintage design is modeled after accessories depicted within French fashion illustrations by Georges Barbier (French, 1882-1932) housed in our Library of Textiles and Fashion Arts. A catalog exclusive. 1″ long. [39059-303] $26.00



**Gift Wrap Only $5.**    CG 010

red, bright, & blue

surround yourself
with color,
texture, and light







A



B

**A.  SEASIDE SUNCATCHERS**  The nautical
version of our popular suncatcher. Each
recycled glass ornament is impressed with
charming seashore imagery. Handcrafted
in Vermont. Hung on clear filament wire.
3¼" diam.  **[525959]   $38/set of 5**

**B.  SPRINGTIME TIES**  Let our collection of
red, white, and blue ties remind you of the
coming sunshine with their traditional summer
fabrics and depictions of fair-weather pursuits.
4" wide. Dry clean. Imported.
**Navy Anchor** Silk. **[42916], Red Golfer** Cotton.
**[42918], Red Stripe** Cotton. **[42917-405]**
**$42 each**

**director's choice**
**C.  PARIS TO PROVINCETOWN NOTECARD
WALLET**  Fleeing Europe at the outbreak of
WWI, a group of American artists gathered
in Provincetown, Massachusetts. Among the
only wintertime residents of this Cape Cod
town, this close-knit group of mostly female
artists shared ideas, inspiration, and a
lasting influence on the art world. 20
blank 5" x 7" notecards with envelopes;
4 each of 5 images.
**[27358-203]   $12.95**

**D.  LIGHTHOUSE TEALIGHT HOLDER**
Lighthouses have captivated our imagination
and figured in folktales and legend for
centuries. Our translucent blue glass tealight
holder adds a seaside touch to table or porch.
Metal frame. Candle not included. 17"H x 5" sq.
**[527056]   $48**

**E.  CANDY HEART NECKLACE**  A rainbow
of hand-painted, heart-shaped charms;
Swarovski crystals; and cut glass decorate
a brass rope chain. 16½" long with hook clasp.
**[302058-301]   $98**

**F.  LIGHTHOUSE COCKTAIL NAPKINS**
Gracious hostess gifts or accessories for
a seaside picnic. Presented in a reusable
napkin holder and tied with a grosgrain
ribbon. 5" sq. folded. 40 napkins.
**[563521]   $14.95**

**G.  SHEER STRIPED SCARF**  Sheer, silky,
shimmering. Tropical colors merge with silvery
stripes in a fluid scarf that would be perfectly
at home amid crashing surf and white sand.
Silk/cotton blend. Dry clean only. 40" x 82"
with 2" fringe. Imported.  **[42926]   $46**
*Downeast Chair sold on page 3.*
*Pineapple Raffia Tote sold on page 20.*

**H.  MURANO MILLEFIORI BRACELET**
A double strand of vibrant red beads dances
with a spectrum of bold millefiori colors,
patterns, and shapes. A versatile and bright
addition to your jewelry collection. Handcrafted
in Italy. 7" long. Box clasp.
**[302045-302]   $42**

**J.  LONG SLEEVED RED HOODED TOP**
In soft long-fiber cotton, our hooded,
button-front top is the ultimate combination of
comfort and class. Perfect as a beach cover-up,
yet polished enough to go out for dinner
afterward. Machine wash cold. S, M, L, XL. See
order form for size chart. **[42912]   $48**






C

**director's choice**

CG-012

`This glass provides the discriminating buyer with quality and craftsmanship in a fine selection of glassware. Made from molten glass, each piece is either free blown and/or pressed into a hand carved mold made of graphite. The molds are designed so that they do not stop the flow of the glass and each piece is individually crafted. No two are alike.

**The Shop**
**Marshfield, Vermont 05658**
**802-426-3548**



## CARE OF GLASS

All of our glass is made by hand and is **dishwasher safe but not microwaveable.** However, it is not pyrex and cannot withstand extreme temperature shock. **No boiling or hot liquids.** With normal use and care it will last and retain its beauty.

## GLASSBLOWER

Chet Cole, an accomplished glass artist, has studied in the U.S., Mexico, Scandinavia, and Europe. His glass creations are functional, strong, solid and reliable in design and use.

## DESIGNER

Glass that is molded or pressed has the mark of Viiu Niiler. She designs and carves the molds and adds the necessary touch to transform the piece to that which represents her interpretation of the medium.

CG 013



**COUNTRY GLASS SHOP**

CHET COLE & VIJU NIHER

784 PIKE ROAD
MARSHFIELD, VERMONT 05658
802-426-3548 / viju@aol.com

HANDBLOWN & PRESSED GLASS
Dishwasher safe / No microwave / No hot liquids



CG 014



COUNTRY GLASS SHOP
802-426-3548
CHET COLE and VIIU NIILER
MARSHFIELD, VERMONT 05658

CG 015



Date          : March 14, 2003
Re            : PO no. 31656 / Zibo Anto / GAN 1474 basket plate hanger / sample for
approval



CTS0104

```
UPC#:     13601904        STOCK OVER SALES         STORE#:  000
9"GLS BASKET PLATE HANGER     LAST YEAR - 2005FY   Cat/Sub: 023/232 CURAD:
```

| Week 01 | Week 02 | Week 03 | Week 04 | Week 05 | Week 06 | Week 07 | Week 08 |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Week 09 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 | Week 23 | Week 24 |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 4176 | 3538 | 3116 | 2881 |
| 0 | 0 | 0 | 0 | 0 | 631 | 422 | 235 |

| Week 25 | Week 26 | Week 27 | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 |
|---|---|---|---|---|---|---|---|
| 2679 | 2515 | 2437 | 2338 | 2220 | 2137 | 2056 | 1983 |
| 200 | 163 | 64 | 96 | 118 | 83 | 81 | 72 |

| Week 33 | Week 34 | Week 35 | Week 36 | Week 37 | Week 38 | Week 39 | Week 40 |
|---|---|---|---|---|---|---|---|
| 1909 | 1778 | 1498 | 1256 | 1165 | 1116 | 1032 | 1012 |
| 74 | 129 | 255 | 242 | 89 | 49 | 84 | 20 |

| Week 41 | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 |
|---|---|---|---|---|---|---|---|
| 963 | 950 | 902 | 798 | 692 | 587 | 434 | 317 |
| 49 | 13 | 48 | 104 | 81 | 105 | 153 | 116 |

| Week 49 | Week 50 | Week 51 | Week 52 | Week 53 | Total Issues for Selection: |
|---|---|---|---|---|---|
| 222 | 185 | 128 | 63 | 0 | |
| 95 | 37 | 57 | 65 | 0 | 4030 |

```
F3=Exit,F5=Toggle,F12=Cancel
```

CTS0106

| UPC#: | **13601904** | | STOCK OVER SALES | | STORE#: **000** | | |
|---|---|---|---|---|---|---|---|
| **9"GLS BASKET PLATE HANGER** | | | THIS YEAR- 2004FY | | Cat/Sub: **023/232** | CURAD: | |
| Week 01 | Week 02 | Week 03 | Week 04 | Week 05 | Week 06 | Week 07 | Week 08 |
| 54 | 52 | 46 | 44 | 43 | 43 | 42 | 42 |
| 9 | 2 | 6 | 2 | 1 | 0 | 1 | 0 |
| Week 09 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
| 42 | 42 | 42 | 42 | 42 | 42 | 21 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 21 | 18 |
| Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 | Week 23 | Week 24 |
| 4 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Week 25 | Week 26 | Week 27 | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 |
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Week 33 | Week 34 | Week 35 | Week 36 | Week 37 | Week 38 | Week 39 | Week 40 |
| 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Week 41 | Week 42 | Week 43 | Week 44 | Week 45 | Week 46 | Week 47 | Week 48 |
| 6 | 6 | 6 | 6 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Week 49 | Week 50 | Week 51 | Week 52 | Week 53 | Total Issues for Selection: | | |
| 0 | 0 | 0 | 0 | 0 | | | |
| 0 | 0 | 0 | 0 | 0 | 69 | | |

F3=Exit,F5=Toggle,F12=Cancel

CTS0107

1/19/05                    <u>Price Change Inquiry</u>

SKU#: **EAN1474**    **9"GLS BASKET PLATE HANGER**
UPC#: **13601904** Retl:        **1.69**    Landed Cost:        **.625**

| Ch # | Date Changed | *----- Old -----* Retail | Cost | New Retail | Qty Sold | User | Reason For Change |
|------|--------------|-----------|------|------------|----------|------|-------------------|
| 00 | 7/27/03 | 1.69 | .625 | 1.69 | 4099 | SP0212 | BLANK REASON CODE |

Cmd Keys: 1-Return to First Screen, Roll Keys

CTS0108

| Buyer | BuyerName | SubCat | Vendor | VendorName | UPC | SKU |
|---|---|---|---|---|---|---|
| 20 | Deborah Watts | 232 | 97608 | Zibo Anto Glass Ind./ac | 13601904 | EAN1474 |

CTS0109

| Description | MiscCost | FirstCost | LandedCost | RetailPrice | Markup | WhseOH | ReservedOH |
|---|---|---|---|---|---|---|---|
| 9"gls Basket Plate Hanger | 0.124 | 0.5 | 0.625 | 1.69 | 63 | 0 | 0 |

CTS0110

| TotalWhseOH | StoreOH | TotalOH | TotalOHDol | SalesYTD | SalesYTDDol | SalesLY | SalesLYDol |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 69 | 116 | 4030 | 6779 |

CTS0111

LastRcvdDate
7/23/2003

CTS0112

*Aunt Sadie's* ™

View Bag | Checkout   search                                    (SEARCH)

- HOME
- ABOUT AUNT SADIE
- AUNT SADIES CANDLES
  - AUTUMN
  - CHRISTMAS
  - FAVORITE THINGS
  - FLORALS
  - FOUR-LEGGED FRIENDS
  - FRUITY
  - GENTLEMEN'S
  - HOUSE AND HOME
  - LICENSED
  - LOVE AND ROMANCE
  - MISCELLANEOUS HOLIDAY
  - OUR FAMOUS PINE SCENT
  - SPA
  - SPRINGTIME
  - SUMMERTIME FUN
  - THE MADDY LOUNGE
  - VINTAGE STATE
- OTHER SWELL STUFF
- GIFT IDEAS

## APPLE PIE

Sure we smile thinking of Aunt Sadie in her apron, rolling out those light-as-air pie crusts. But what we really remember is the sweet aroma of pies baking, engulfing her whole house and teasingly seducing neighbors blocks away. With each whiff came the promise of something so completely satisfying that we long for it decades later. Rest assured, this candle is worthy of her namesake. An Aunt Sadie's favorite

Scent: Apple

Qty:  1      @ $16.00

Add Gift Wrap? :  ☐  @ $2.50

(ADD TO BAG)

Store Locator | Wholesale Login | Contact Us | Credits
©2006 Aunt Sadie's, Inc.

GET FIREFOX

*Aunt Sadie's*

- HOME
- ABOUT AUNT SADIE
- AUNT SADIES CANDLES
  - AUTUMN
  - CHRISTMAS
  - FAVORITE THINGS
  - FLORALS
  - FOUR-LEGGED FRIENDS
  - FRUITY
  - GENTLEMEN'S
  - HOUSE AND HOME
  - LICENSED
  - LOVE AND ROMANCE
  - MISCELLANEOUS HOLIDAY
  - OUR FAMOUS PINE SCENT
  - SPA
  - SPRINGTIME
  - SUMMERTIME FUN
  - THE MADDY LOUNGE
  - VINTAGE STATE
- OTHER SWELL STUFF
- GIFT IDEAS

View Bag | Checkout   search

SEARCH



## HAPPY BIRTHDAY CAKETOP

Even people who don't like to celebrate birthdays love this candle.

**Scent:** Pina Colado

Qty:   1      @ $16.00

Add Gift Wrap? :  ☐ @ $2.50

ADD TO BAG

Store Locator | Wholesale Login | Contact Us | Credits
©2006 Aunt Sadie's, Inc.

GET FIREFOX



quorra apothecary

**purveyors of fine beauty potions**

: makeup : skincare : body & bath : hair : fragrance : tools : men : baby : gifts :  **shopping bag**

Home > Gifts > Candles > **Aunt Sadie's It's A Girl Candle** >

gifts

**shop by brand**

Choose Brand

GO

**shop by category**

gifts

Gifts under $25

Gifts $25 to $50

Fab Gifts over $50

Her

Him

Pyjamas, Robes & More

Archipelago Monogram Candles

Candles

Pets

Here Comes the Bride

**free shipping**
on all orders over $70

**free samples**
with every order



**Aunt Sadie's It's A Girl Candle**

$24.95

Baby stuff can be elegant and cute at the same time thanks to Emilio Gallardo. These baby powder scented candles by Aunt Sadie take candles to a whole new level. Retro-look tins contain scented candles that fill your home with delicious, comforting scents. Hand-poured and lead-free with wicks that burn for approx. 50 hours. Each approx. 4"h x 33/8"diam.

| product name | price | quantity | shopping bag |
|---|---|---|---|
| Aunt Sadie's It's A Girl Candle | $24.95 | 1 | add to basket |

Lavender Fields

IT'S A BOY!

Email this to a friend

**It's a Boy Candle**
**Baby stuff can be elegant and cute at the same time**

| Our Price | Qty |
| --- | --- |
| $17.00 | 1 |

BUY

**Detailed Description**

Scent: Baby Powder

Each Aunt Sadie's Candle is 100% hand-poured, hand-packaged, is lead free with a zinc wick. Aunt Sadie's Candles have a long 70 hour burn time!

CONFIDENTIAL

Aunt Sadie's, Inc.
Sales Summary

| | Annual Sales | Sales Apple Pie | % of Total | Sales It's a Boy | % of Total | Sales It's a Girl | % of Total | Sales Happy Birthday | % of Total |
|---|---|---|---|---|---|---|---|---|---|
| 2003 | $ 1,815,551.38 | $ 47,739.42 | 2.6% | $ 2,192.71 | 0.1% | $ 2,262.91 | 0.1% | $ 12,965.29 | 0.7% |
| 2004 | $ 1,914,458.91 | $ 47,640.28 | 2.5% | $ 7,646.30 | 0.4% | $ 7,943.80 | 0.3% | $ 7,696.50 | 0.4% |
| 2005 To Date | $ 1,365,267.25 | $ 17,535.99 | 1.3% | $ 3,835.21 | 0.3% | $ 2,991.46 | 0.2% | $ 3,667.65 | 0.3% |
| Date Product Introduced | | Summer 2001 | | Spring 2003 | | Spring 2003 | | Spring 2002 | |

AS 0001

## Additional Sales Data

|  | 2001 | 2002 |
|---|---|---|
| Apple Pie | $ 21,020.05 | $ 21,007.35 |
|  | 2.7% | 1.9% |
| Birthday |  | $ 5,746.30 |
|  |  | 0.4% |

## Net Profit Data

|  | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| Apple Pie | $ 10,718.33 | $ 11,549.63 | $ 28,290.66 | $ 26,982.84 | $ 1,101.90 |
| Birthday | $ 2,953.74 | $ 2,677.39 | $ 7,586.85 | $ 4,716.34 | $ 463.74 |
| It's a Boy | $ - | $ - | $ 1,279.35 | $ 4,538.72 | $ 631.98 |
| It's a Girl | $ - | $ - | $ 1,241.31 | $ 4,695.59 | $ 666.90 |

## Oceana Sales Data

| 14-May-04 | $ | 252.00 |
|---|---|---|
| 24-Mar-05 | $ | 220.50 |

No orders since March 2005

AS 032



**18 Union Park Street**
**Boston, MA 02118**
**(617) 357-7117**

Report Start Date: **1/1/2005**
End Date: **10/28/2005**

## Sales by Item Summary

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|------|-----------|
| | Gallardoworks Cherry Blossom | 32 | $879.67 | .0008446 | $30.87 |
| Adiron | Greetings From The Adirondacks | 833 | $5,593.35 | .0053707 | $7.20 |
| Alabama | Greetings From Alabama | 30 | $220.50 | .0002117 | $7.35 |
| Alaska | Greetings From Alaska | 18 | $132.30 | .0001270 | $7.35 |
| Ambiance | BYU - Ambience | 28 | $222.60 | .0002137 | $7.95 |
| Apple | Apple Pie | 2245 | $15,790.89 | .0151625 | $7.31 |
| Arena | Arena's Florist Private Label | 50 | $367.50 | .0003528 | $7.35 |
| Arizona | Greetings From Arizona | 30 | $220.50 | .0002117 | $7.35 |
| ASAcorn | Anne Smith Acorns and Leaves | 423 | $3,322.05 | .0031898 | $7.91 |
| ASBirds | Anne Smith Birds | 356 | $2,770.71 | .0026604 | $7.81 |
| ASBough | Anne Smith Boughs | 153 | $1,216.35 | .0011679 | $7.95 |
| ASButterfl | Anne Smith Butteflies | 229 | $1,820.55 | .0017481 | $7.95 |
| ASFish | Anne Smith Fish | 148 | $1,176.60 | .0011297 | $7.95 |
| ASFlurry | Anne Smith Flurries | 66 | $524.70 | .0005038 | $7.95 |
| ASGardeni | Anne Smith Gardenia | 296 | $2,334.24 | .0022413 | $7.92 |
| ASGourds | Anne Smith Gourds | 691 | $5,493.45 | .0052748 | $7.95 |
| ASJasmine | Anne Smith Jasmine | 326 | $2,572.74 | .0024703 | $7.92 |
| ASLavend | Anne Smith Lavender | 536 | $4,136.86 | .0039722 | $7.81 |
| ASLeaves | Ann Smith Acorns and Leaves | 276 | $2,175.00 | .0020884 | $7.93 |
| ASPoints | Anne Smith Poinsettias | 283 | $2,249.85 | .0021603 | $7.95 |
| ATBad | Anne Taintor Bad Girls | 371 | $2,941.50 | .0028244 | $7.95 |
| ATBitter | Anne Taintor Bitter Women | 56 | $442.05 | .0004244 | $8.03 |
| ATBridge | Anne Taintor Bridge Club | 142 | $1,128.90 | .0010839 | $7.95 |
| ATChoc | Anne Taintor Chocolate Lovers | 256 | $2,027.25 | .0019465 | $7.95 |
| ATCoffee | Anne Taintor Coffee Talk | 219 | $1,731.45 | .0016625 | $7.93 |
| ATDomest | Anne Taintor Domestic Bliss | 668 | $5,296.20 | .0050854 | $7.92 |
| ATdys | Anne Taintor Dysfunctional Holiday | 186 | $1,478.70 | .0014198 | $7.95 |

AS 008

| PLU | Description | Qty Sold | Totals | | Ave Price |
|---|---|---|---|---|---|
| ATFantasy | Anne Taintor Fantasyland | 240 | $1,908.00 | .0018320 | $7.95 |
| ATGames | Anne Taintor Fun & Games | 134 | $1,065.30 | .0010229 | $7.95 |
| ATGirls | Anne Taintor Girls Just Wanna Have Fun | 461 | $3,664.95 | .0035191 | $7.95 |
| ATLucky | Anne Taintor Get Lucky | 120 | $954.00 | .0009160 | $7.95 |
| ATMidlife | Anne Taintor Midlife Moments | 570 | $4,517.10 | .0043373 | $7.93 |
| ATMom | Anne Taintor Messages From Mom | 18 | $143.10 | .0001374 | $7.95 |
| Atmospher | BYU - Atmosphere | 19 | $151.05 | .0001450 | $7.95 |
| ATProud | Anne Taintor Proud Parents | 404 | $3,211.80 | .0030840 | $7.95 |
| ATProzac | Anne Taintor Prozac | 54 | $429.30 | .0004122 | $7.95 |
| ATPuberty | Anne Taintor Puberty | 132 | $1,049.40 | .0010076 | $7.95 |
| ATSantas | Anne Taintor Santas | 129 | $1,025.55 | .0009847 | $7.95 |
| ATShopper | Anne Taintor Seasoned Shoppers | 381 | $3,025.80 | .0029054 | $7.96 |
| ATSpirit | Anne Taintor Holiday Spirit | 111 | $882.45 | .0008473 | $7.95 |
| AutBouq | Autumn Bouquet | 2005 | $14,710.47 | .0141251 | $7.33 |
| Babies | Babies | 66 | $485.10 | .0004657 | $7.35 |
| Baby | It's a Baby! | 952 | $6,984.06 | .0067061 | $7.33 |
| Balsam | Balsam | 1189 | $8,718.84 | .0083719 | $7.34 |
| Bayb | Bayberry Candle - no label | 160 | $1,176.00 | .0011292 | $7.35 |
| Bdayboy | Happy Birthday Boy | 66 | $485.10 | .0004657 | $7.35 |
| Bdaygirl | Happy Birthday Girl | 169 | $1,228.95 | .0011800 | $7.29 |
| Beach | Beach | 3241 | $21,916.23 | .0210441 | $7.28 |
| Beach | B.S. and Dots - Chartreuse/Aqua | 483 | $3,623.55 | .0034793 | $8.42 |
| Beach | B.S. and Dots - Chartreuse/Orange | 242 | $1,815.45 | .0017432 | $8.32 |
| Beachboy | Beach Boys | 532 | $3,842.46 | .0036895 | $7.28 |
| Beachgirl | Beach Girls | 457 | $3,339.33 | .0032064 | $7.31 |
| Bells | Wedding Bells | 831 | $5,074.11 | .0048722 | $7.26 |
| Bigsanta | Big Santa Faces Candle | 6 | $44.10 | .0000423 | $7.35 |
| Blueberry | Blueberry Pie | 198 | $1,448.13 | .0013905 | $7.36 |
| Boston | Greetings From Boston | 12 | $88.20 | .0000846 | $7.35 |
| Boughs | Boughs & Bells | 817 | $6,004.95 | .0057660 | $7.35 |
| Bozeman | Greetings From Bozeman | 18 | $132.30 | .0001270 | $7.35 |
| BR/GR | "Oh Happy Day" Bride/Groom | 141 | $1,027.53 | .0009866 | $7.31 |
| Bride | "Oh Happy Day" Bride/Bride | 132 | $938.70 | .0009013 | $7.24 |

AS 009

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|--|-----------|
| Brooklyn | Greetings From Brooklyn | 60 | $441.00 | .0004234 | $7.35 |
| Buffalo | BYU - Where the Buffalo Roam | 21 | $166.95 | .0001603 | $7.95 |
| Bunny | Easter Bunny | 18 | $132.30 | .0001270 | $7.35 |
| BYUBah | BYU Bah Humbug | 90 | $715.50 | .0006870 | $7.95 |
| BYUchip | BYU Chipmunks Roasting | 67 | $532.65 | .0005114 | $7.95 |
| BYUfalala | BYU- Fa La La La La La La La La | 14 | $111.30 | .0001068 | $7.95 |
| BYUFun | BYU Oh What Fun | 30 | $238.50 | .0002290 | $7.95 |
| BYUHolid | Bobs Your Uncle Holiday Assortment | 96 | $763.20 | .0007328 | $7.95 |
| BYUReal | BYU Santa is Real | 40 | $318.00 | .0003053 | $7.95 |
| BYUXmas | BYU Holiday Eat Drink Merry | 79 | $629.70 | .0006046 | $8.05 |
| BYUYule | BYU Blazing Yule | 21 | $166.95 | .0001603 | $7.95 |
| Cabana | Cabana | 165 | $1,212.75 | .0011644 | $7.35 |
| Cabin | Cabin | 226 | $1,652.34 | .0015865 | $7.33 |
| Caketop | Happy Birthday Caketop | 399 | $2,930.55 | .0028139 | $7.34 |
| California | Greetings From California | 266 | $1,956.75 | .0018788 | $7.39 |
| CampySet | Clayboys Zodiac Set - Campy | 288 | $2,289.60 | .0021984 | $7.95 |
| Canada | Greetings From Canada | 6 | $44.10 | .0000423 | $7.35 |
| Candle | BYU - Holds a Candle | 12 | $95.40 | .0000916 | $7.95 |
| Candy1/2 | Candy Cane 1/2 Pint | 450 | $2,040.00 | .0019588 | $4.67 |
| CandyC | Candy Cane | 1118 | $7,519.50 | .0072203 | $7.14 |
| Cape | Greetings From Cape Cod | 51 | $374.85 | .0003599 | $7.35 |
| CAquarius | Clayboys Aquarius - Campy | 41 | $316.05 | .0003034 | $7.71 |
| CAries | Claboys Aries - Camp | 66 | $497.70 | .0004778 | $7.70 |
| CCancer | Clayboys Cancer - Campy | 39 | $307.20 | .0002949 | $7.87 |
| CCapricorn | Clayboys Capricorn - Campy | 54 | $420.75 | .0004040 | $7.81 |
| Ceve | Christmas Eve | 279 | $2,050.65 | .0019690 | $7.35 |
| CGemini | Clayboys Gemini - Campy | 51 | $398.40 | .0003825 | $7.83 |
| Cherry | Cherry Pie | 311 | $2,281.47 | .0021906 | $7.33 |
| Chicago | Greetings From Chicago | 6 | $44.10 | .0000423 | $7.35 |
| Child | Mother & Child | 180 | $1,323.00 | .0012703 | $7.35 |
| Chocolate | Chocolate | 4499 | $25,891.23 | .0248610 | $7.24 |
| Circles- | Beach Circles - yellow/aqua | 8 | $58.80 | .0000564 | $7.35 |
| Circles- | Beach Circles - yellow/orange | 8 | $58.80 | .0000564 | $7.35 |

AS 010

| PLU | Description | Qty Sold | Totals | | Ave Price |
|---|---|---|---|---|---|
| Clauses | The Clauses | 102 | $749.70 | .0007198 | $7.35 |
| claycampy | Set of 12 - Clayboys Zodiac Campy | 360 | $2,862.00 | .0027481 | $7.95 |
| ClayNice | Clayboys Zodiac Set - Nice | 108 | $829.80 | .0007967 | $7.71 |
| Cleanse | Spa Cleanse | 235 | $1,727.25 | .0016585 | $7.35 |
| CLeo | Clayboys Leo - Campy | 53 | $412.80 | .0003963 | $7.81 |
| CLibra | Clayboys Libra - Campy | 47 | $367.95 | .0003533 | $7.80 |
| Coffee | Blue Coffee | 1765 | $10,498.77 | .0100810 | $7.26 |
| Colorado | Greetings From Colorado | 60 | $441.00 | .0004234 | $7.35 |
| ComeBaby | BYU - Come on Baby | 60 | $477.00 | .0004580 | $7.95 |
| Coney | Coney Island | 312 | $2,239.47 | .0021503 | $7.26 |
| Conneticut | Greetings From Connecticut | 18 | $132.30 | .0001270 | $7.35 |
| Conneticutt | Greetings From Connecticutt | 12 | $88.20 | .0000846 | $7.35 |
| CoochyBL | BYU - Coochy Coochy Coo - Blue | 40 | $318.00 | .0003053 | $7.95 |
| CoochyPK | BYU - Coochy Coochy Coo - Pink | 40 | $318.00 | .0003053 | $7.95 |
| Country | Country Insurance Private Label Candle | 325 | $2,388.75 | .0022937 | $7.35 |
| Couple | AnneMade Dog/Cat Couple | 6 | $47.70 | .0000458 | $7.95 |
| CPisces | Clayboys Pisces - Campy | 41 | $318.90 | .0003062 | $7.80 |
| CraftCasIn | Casino Inside Label | 18 | $132.30 | .0001270 | $7.35 |
| CraftCasO | Casino Outside Label | 24 | $176.40 | .0001693 | $7.35 |
| CraftClub | Club House Label | 18 | $132.30 | .0001270 | $7.35 |
| CraftFount | Fountain Label | 6 | $44.10 | .0000423 | $7.35 |
| CraftMemo | Memorial Label | 6 | $44.10 | .0000423 | $7.35 |
| CraftPutna | Putnam Hotel Label | 6 | $44.10 | .0000423 | $7.35 |
| CraftRace | Horse Race Label | 24 | $176.40 | .0001693 | $7.35 |
| CREDIT | Credit for previous product purchase | 1 | $55.50 | .0000532 | $55.50 |
| CSagittariu | Clayboys Sagittarius - Campy | 71 | $533.10 | .0005118 | $7.79 |
| CScorpio | Clayboys Scorpio - Campy | 86 | $645.30 | .0006196 | $7.78 |
| CTaurus | Clayboys Taurus - Campy | 48 | $374.55 | .0003596 | $7.81 |
| CTGinger | Crabtree Gingerbread Candle #101147 | 3432 | $20,058.00 | .0192599 | $6.49 |
| CTPepper | Crabtree Peppermint Candle #101144 | 3432 | $20,058.00 | .0192599 | $6.49 |
| CTSnowy | Crabtree Snowy Pine Candle #101146 | 3420 | $19,980.00 | .0191850 | $6.49 |
| CTWinterb | Crabtree Winterberry Candle #101145 | 3444 | $20,136.00 | .0193348 | $6.49 |
| Cupid | Cupid | 42 | $306.60 | .0002944 | $7.30 |

AS 011

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|----|-----------|
| CVirgo | Clayboys Virgo - Campy | 83 | $630.00 | .0006049 | $7.80 |
| Daddyo | Daddy-O | 49 | $360.15 | .0003458 | $7.35 |
| Dallas | Greetings From Dallas | 12 | $88.20 | .0000846 | $7.35 |
| Dancing | Dancing Tree | 390 | $2,818.38 | .0027062 | $7.28 |
| DC | Greetings From Washington, DC | 42 | $283.50 | .0002722 | $7.09 |
| Deco | Deco Beach Party | 525 | $3,858.75 | .0037052 | $7.35 |
| Delaware | Greetings From Delaware | 12 | $88.20 | .0000846 | $7.35 |
| Desire | Desire | 58 | $424.20 | .0004073 | $7.32 |
| Dots-BL | Black Dots | 77 | $562.87 | .0005404 | $7.38 |
| Dots-PK | Pink Dots | 69 | $507.15 | .0004869 | $7.35 |
| Dots-WH | White Dots | 75 | $551.25 | .0005293 | $7.35 |
| DotsBL | Black Dots | 12 | $88.20 | .0000846 | $7.35 |
| DotsPK | Pink Dots | 12 | $88.20 | .0000846 | $7.35 |
| DotsWH | White Dots | 6 | $44.10 | .0000423 | $7.35 |
| Dwelling | BYU - Sweet Dwelling Unit | 20 | $159.00 | .0001526 | $7.95 |
| EachOther | BYU - You May Now Kiss Each Other | 14 | $111.30 | .0001068 | $7.95 |
| Elf | GallardoWorks Elf Legs | 203 | $1,877.75 | .0018030 | $9.25 |
| EverAfter | BYU - Happily Ever After | 188 | $1,494.60 | .0014351 | $7.95 |
| Feeling | BYU - How You Feeling | 12 | $95.40 | .0000916 | $7.95 |
| Fields | Fields of Lavender | 24 | $120.00 | .0001152 | $5.00 |
| FifiBL | Fifi on Black | 149 | $1,090.71 | .0010473 | $7.33 |
| FifiPK | Fifi on Pink | 157 | $1,149.51 | .0011037 | $7.33 |
| FifiWH | Fifi on White | 71 | $517.41 | .0004968 | $7.32 |
| Florida | Greetings From Florida | 169 | $1,167.90 | .0011214 | $7.26 |
| FlowerDog | AnneMade Dog with Flowers | 6 | $47.70 | .0000458 | $7.95 |
| ForMom | For Mom | 13 | $95.55 | .0000917 | $7.35 |
| Freight | Shipping Charges | 23 | $1,147.46 | .0011018 | $49.89 |
| Fuzzy | BYU - Warm and Fuzzy | 12 | $95.40 | .0000916 | $7.95 |
| Gardenia | Gardenia | 171 | $1,256.40 | .0012064 | $7.39 |
| Georgia | Greetings From Georgia | 324 | $2,381.40 | .0022866 | $7.35 |
| GetWell | BYU - Get Well Sooner | 122 | $969.90 | .0009313 | $7.95 |
| Ginger | Gingerbread Candle | 2839 | $19,671.73 | .0188890 | $7.34 |
| Ginny | Ginny | 84 | $617.40 | .0005928 | $7.35 |

AS 012

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|--|-----------|
| Giraffe | Giraffe | 36 | $260.22 | .0002498 | $7.23 |
| Goddess | Goddess | 103 | $757.05 | .0007269 | $7.35 |
| Golf | Classic Golf | 34 | $249.90 | .0002399 | $7.35 |
| GranApple | Grandma's Apple Pie | 139 | $1,021.65 | .0009809 | $7.35 |
| GranBB | Grandma's Blueberry Pie | 12 | $88.20 | .0000846 | $7.35 |
| GranCherr | Grandma's Cherry Pie | 18 | $132.30 | .0001270 | $7.35 |
| GrandBB | Grandma's Blueberry Pie | 12 | $88.20 | .0000846 | $7.35 |
| GrandCher | Grandma's Cherry Pie | 6 | $44.10 | .0000423 | $7.35 |
| GrandPmk | Grandma's Pumpkin Pie | 84 | $617.40 | .0005928 | $7.35 |
| GranPmkn | Grandma's Pumpkin Pie | 36 | $264.60 | .0002540 | $7.35 |
| Grapefruit | Grapefruit | 764 | $4,435.02 | .0042585 | $7.21 |
| Grass | Grass | 1174 | $8,595.69 | .0082536 | $7.33 |
| Groom | "Oh Happy Day" Groom/Groom | 153 | $1,074.15 | .0010314 | $7.22 |
| GTScroll | Green Tea Scroll | 276 | $2,024.10 | .0019435 | $7.33 |
| Guys | Guy's Candle | 220 | $1,603.62 | .0015398 | $7.30 |
| GWAnGin | Gallardo Gingerbread - 011815180 | 3498 | $24,486.00 | .0235117 | $7.00 |
| GWBambo | GallardoWorks Bamboo Grove | 198 | $1,682.10 | .0016151 | $8.49 |
| GWBlosso | Gallardo Works Zen Cherry Blossom | 1427 | $9,438.30 | .0090627 | $9.62 |
| GWBoy | GallardoWorks It's a Boy | 289 | $2,812.21 | .0027003 | $9.29 |
| GWChrist | GallardoWorks Christmas Tree | 582 | $5,346.42 | .0051336 | $9.22 |
| GWDragon | GallardoWorks Zen Dragonfly | 529 | $4,148.59 | .0039835 | $9.01 |
| GWElf | GallardoWorks Elf Legs | 220 | $2,035.00 | .0019540 | $9.25 |
| GWginger | GallardoWorks Gingerbread Man | 492 | $4,503.90 | .0043246 | $9.21 |
| GWGingko | GallardoWorks Gingkos Cascading | 34 | $283.90 | .0002726 | $8.35 |
| GWGinko | GallardoWorks Ginkos Cascading | 86 | $730.70 | .0007016 | $8.52 |
| GWGirl | GallardoWorks It's a Girl | 208 | $1,912.96 | .0018368 | $9.22 |
| GWGolf | GallardoWorks Golf | 34 | $314.50 | .0003019 | $9.25 |
| GWHapHo | GallardoWorks Happy Holidays | 18 | $150.30 | .0001443 | $8.35 |
| GWHoHo | GallardoWorks Ho! Ho! Ho! | 959 | $8,772.35 | .0084233 | $9.22 |
| GWJoy | Joy Hope Love | 127 | $1,060.45 | .0010182 | $8.35 |
| GWLove | GallardoWorks I Love You | 41 | $368.21 | .0003535 | $9.12 |
| GWLoveFl | GallardoWorks Love You Flowers | 12 | $111.00 | .0001065 | $9.25 |
| GWLuv | GallardoWorks LOVE | 18 | $166.50 | .0001598 | $9.25 |

AS 013

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|---|-----------|
| GWMazel | Mazel Tov | 48 | $444.00 | .0004263 | $9.25 |
| GWModB | GallardoWorks Mod Flowers - Blue | 84 | $777.00 | .0007460 | $9.25 |
| GWModG | GallardoWorks Mod Flowers - Green | 145 | $1,341.25 | .0012878 | $9.25 |
| GWModP | GallardoWorks Mod Flowers - Pink | 150 | $1,387.50 | .0013322 | $9.25 |
| GWMothB | GallardoWorks Mother's Day Birds | 372 | $2,901.00 | .0027855 | $9.14 |
| GWMother | GallardoWorks Happy Mother's Day | 930 | $7,252.50 | .0069639 | $9.19 |
| GWNoel | GallardoWorks Noel | 54 | $450.90 | .0004329 | $8.35 |
| GWPeace | GallardoWorks Peace on Earth | 546 | $4,967.10 | .0047694 | $9.22 |
| GWPine | GallardoWorks Snow Trees | 343 | $3,089.35 | .0029664 | $9.21 |
| GWPineco | GallardoWorks Pine Cones | 435 | $3,556.65 | .0034151 | $8.32 |
| GWPoppy | GallardoWorks Poppy Field | 205 | $1,729.75 | .0016609 | $8.44 |
| GWRudolp | GallardoWorks Rudolph | 556 | $5,120.92 | .0049171 | $9.23 |
| GWSandal | GallardoWorks Sandals | 864 | $7,992.00 | .0076740 | $9.25 |
| GWSeason | GallardoWorks Seasons Greetings | 146 | $1,267.10 | .0012166 | $9.16 |
| GWSeason | Gallaro Season Tree - 0011815214 | 2100 | $14,700.00 | .0141150 | $7.00 |
| GWSkate | Gallardo Girl Skate - 0011815198 | 1746 | $12,222.00 | .0117356 | $7.00 |
| GWsnowfa | GallardoWorks Snow Fall | 354 | $3,274.50 | .0031442 | $9.25 |
| GWSnow | GallardoWorks Snowman | 341 | $3,117.17 | .0029931 | $9.19 |
| GWStocki | Gallardo Joy Stocking - 0011815206 | 1398 | $9,786.00 | .0093966 | $7.00 |
| GWStripes | GallardoWorks Stripes & Mod Flowers | 32 | $296.00 | .0002842 | $9.25 |
| GWSunshi | GallardoWorks You Are My Sunshine | 928 | $6,950.50 | .0066739 | $9.08 |
| GWTree | GallardoWorks Tree - SKU #65515 | 84 | $777.00 | .0007460 | $9.25 |
| GWValen | Gallardo Works Be My Valentine | 13 | $120.25 | .0001154 | $9.25 |
| GWwarme | GallardoWorks Warmest Wishes | 394 | $3,561.10 | .0034194 | $9.21 |
| GWWhites | GallardoWorks Zen Paper Whites | 1036 | $7,752.82 | .0074443 | $9.02 |
| Hall | Halloween | 760 | $5,577.24 | .0053553 | $7.33 |
| HappyHol | Happy Holiday | 150 | $1,113.90 | .0010695 | $7.49 |
| Harvest | Harvest | 319 | $2,346.30 | .0022529 | $7.39 |
| Hawaii | Greetings From Hawaii | 21 | $159.30 | .0001529 | $7.76 |
| Hazel | AnneMade Hazel | 9 | $71.55 | .0000687 | $7.95 |
| Hearts-BL | Black Hearts | 8 | $58.80 | .0000564 | $7.35 |
| Hearts-PK | Pink Hearts | 8 | $58.80 | .0000564 | $7.35 |
| Hearts-WH | White Hearts | 11 | $80.85 | .0000776 | $7.35 |

AS 014

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|---|-----------|
| HeartsBL | Black Hearts | 2 | $14.70 | .0000141 | $7.35 |
| HeartsPK | Pink Hearts | 2 | $14.70 | .0000141 | $7.35 |
| HeartsWH | White Hearts | 2 | $14.70 | .0000141 | $7.35 |
| Hollywood | Greetings From Hollywood | 6 | $44.10 | .0000423 | $7.35 |
| Honey | Honey | 894 | $6,566.52 | .0063052 | $7.34 |
| Hounds | Gentlemen's Blend - Houndstooth | 127 | $931.95 | .0008948 | $7.33 |
| House | Housewarming | 831 | $6,090.33 | .0058479 | $7.33 |
| HRCPrivat | Human Rights Campaign Partner Candle | 109 | $686.70 | .0006593 | $6.30 |
| HSH- | Home Sweet Home Clouds | 24 | $176.40 | .0001693 | $7.35 |
| HSH- | Home Sweet Home - Illustration | 79 | $571.95 | .0005491 | $7.25 |
| HSH- | Home Sweet Home - Sampler | 234 | $1,700.10 | .0016324 | $7.32 |
| Hunka | BYU - Hunka Hunka Burning Love | 54 | $429.30 | .0004122 | $7.95 |
| Idaho | Greetings From Idaho | 30 | $220.50 | .0002117 | $7.35 |
| Illinois | Greetings From Illinois | 1 | $9.00 | .0000086 | $9.00 |
| Illustration | Home Sweet Home - Illustration | 18 | $132.30 | .0001270 | $7.35 |
| Indiana | Greetings From Indiana | 18 | $132.30 | .0001270 | $7.35 |
| Inferno | BYU - Disco Inferno | 30 | $238.50 | .0002290 | $7.95 |
| Iowa | Greetings From Iowa | 30 | $220.50 | .0002117 | $7.35 |
| Jasmine | Jasmine | 1240 | $6,973.65 | .0066961 | $7.23 |
| Joyful | Joyful Easter | 132 | $957.06 | .0009189 | $7.31 |
| Just | Just Married | 216 | $1,583.16 | .0015201 | $7.33 |
| Kansas | Greetings From Kansas | 90 | $661.50 | .0006351 | $7.35 |
| Keith1 | Black & White Label | 6 | $47.70 | .0000458 | $7.95 |
| Keith2 | Multi Color Label | 6 | $47.70 | .0000458 | $7.95 |
| Kentucky | Greetings From Kentucky | 24 | $176.40 | .0001693 | $7.35 |
| Kids | Mom & Kids | 7 | $51.45 | .0000494 | $7.35 |
| KnowsBest | BYU - Mother Knows | 207 | $1,645.65 | .0015801 | $7.95 |
| Label-AS | Illinois        LABELS | 297 | $118.80 | .0001140 | $0.40 |
| Label-GW | LABELS  as flurries | 40 | $16.00 | .0000153 | $0.40 |
| Lace | Lace | 600 | $3,376.80 | .0032424 | $7.13 |
| Lavender | Floral Lavender | 272 | $1,986.06 | .0019070 | $7.30 |
| LAVScroll | Lavender Scroll | 198 | $1,455.30 | .0013973 | $7.35 |
| LavTrav | Travel 1/2 pint | 126 | $630.00 | .0006049 | $5.00 |

AS 015

| PLU | Description | Qty Sold | Totals | | Ave Price |
|---|---|---|---|---|---|
| Leather | Leather | 307 | $2,256.45 | .0021666 | $7.35 |
| Leaves | Autumn Leaves Candle | 2198 | $16,150.62 | .0155079 | $7.35 |
| Lemon | Essence of Lemon | 1950 | $11,163.42 | .0107192 | $7.28 |
| Lemonade | Lemonade | 2929 | $17,740.09 | .0170342 | $7.22 |
| Lilac | Lilac | 300 | $2,205.00 | .0021172 | $7.35 |
| Los | Greetings From Los Angeles | 108 | $793.80 | .0007622 | $7.35 |
| Louisiana | Greetings From Louisiana | 18 | $132.30 | .0001270 | $7.35 |
| Lovers | Lover's Candle | 126 | $926.10 | .0008892 | $7.35 |
| LunaLong | Greetings From Long Beach (Private | 36 | $264.60 | .0002540 | $7.35 |
| LVScroll | Lemon Verbena Scroll | 378 | $2,773.80 | .0026634 | $7.34 |
| Madly | BYU - Truly Madly Deeply | 12 | $95.40 | .0000916 | $7.95 |
| Maine | Greetings From Maine | 192 | $1,332.48 | .0012794 | $7.24 |
| Makes3BL | BYU - And Baby Makes 3 - Blue | 19 | $151.05 | .0001450 | $7.95 |
| Makes3PK | BYU - And Baby Makes 3 - Pink | 13 | $103.35 | .0000992 | $7.95 |
| ManyMore | BYU - And Many More | 56 | $445.20 | .0004274 | $7.95 |
| Marlyland | Greetings From Maryland | 84 | $617.40 | .0005928 | $7.35 |
| Massachus | Greetings From Massachusetts | 63 | $463.05 | .0004446 | $7.35 |
| Mazel | GallardoWorks Mazel Tov | 6 | $55.50 | .0000532 | $9.25 |
| Mediate | Spa Meditate | 102 | $749.70 | .0007198 | $7.35 |
| Meditate | Spa Meditate | 35 | $257.25 | .0002470 | $7.35 |
| Meow | Meow! | 196 | $1,438.50 | .0013812 | $7.34 |
| Mice | AnneMade Birthday Cats | 9 | $71.55 | .0000687 | $7.95 |
| Michigan | Greetings From Michigan | 42 | $308.70 | .0002964 | $7.35 |
| Minnesota | Greetings From Minnesota | 36 | $264.60 | .0002540 | $7.35 |
| Mississippi | Greetings From Mississippi | 54 | $396.90 | .0003811 | $7.35 |
| Missouri | Greetings From Missouri | 36 | $264.60 | .0002540 | $7.35 |
| Mom | Mom | 213 | $1,565.55 | .0015032 | $7.35 |
| MomDog | AnneMade Mom Dog | 12 | $95.40 | .0000916 | $7.95 |
| Montana | Greetings From Montana | 78 | $573.30 | .0005504 | $7.35 |
| Mood | BYU - Mood Lighting | 31 | $246.45 | .0002366 | $7.95 |
| Moon | Moonlight | 6 | $44.10 | .0000423 | $7.35 |
| Moose | Moose in Woods | 367 | $2,618.73 | .0025145 | $7.31 |
| Motif | Motif | 60 | $438.90 | .0004214 | $7.31 |

AS 016

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|---|-----------|
| Moultrie | Moultrie, GA Private Label | 100 | $735.00 | .0007057 | $7.35 |
| MtvrnCO | Mt. Vernon Private Label | 144 | $1,058.40 | .0010162 | $7.35 |
| MtvrnGT | Mt Vernon Private Label | 48 | $352.80 | .0003387 | $7.35 |
| NAquarius | Clayboys Aquarius - Nice | 87 | $620.40 | .0005957 | $7.48 |
| NAries | Claboys Aries - Nice | 24 | $187.95 | .0001804 | $7.76 |
| NCancer | Clayboys Cancer - Nice | 39 | $290.10 | .0002785 | $7.63 |
| NCapricor | Clayboys Capricorn - Nice | 15 | $116.40 | .0001117 | $7.63 |
| Ncarolina | Greetings From North Carolina | 54 | $396.90 | .0003811 | $7.35 |
| Ndakota | Greetings From North Dakota | 17 | $124.95 | .0001199 | $7.35 |
| Nebraska | Greetings From Nebraska | 18 | $132.30 | .0001270 | $7.35 |
| Neveda | Greetings From Nevada | 60 | $441.00 | .0004234 | $7.35 |
| NGemini | Clayboys Gemini - Nice | 30 | $229.95 | .0002208 | $7.63 |
| Nhampshir | Greetings From New Hampshire | 42 | $308.70 | .0002964 | $7.35 |
| Njersey | Greetings From New Jersey | 122 | $890.10 | .0008546 | $7.29 |
| NLeo | Clayboys Leo - Nice | 18 | $126.00 | .0001209 | $7.00 |
| NLibra | Clayboys Libra - Nice | 33 | $242.40 | .0002327 | $7.48 |
| Nmexico | Greetings From New Mexico | 30 | $220.50 | .0002117 | $7.35 |
| NoPlace | BYU - No Place Like Home | 32 | $254.40 | .0002442 | $7.95 |
| NPisces | Clayboys Pisces - Nice | 27 | $197.55 | .0001896 | $7.48 |
| NSagittariu | Clayboys Sagittarius - Nice | 42 | $302.55 | .0002905 | $7.48 |
| NScorpio | Clayboys Scorpio - Nice | 30 | $218.55 | .0002098 | $7.48 |
| NTaurus | Clayboys Taurus - Nice | 48 | $355.95 | .0003417 | $7.63 |
| NVirgo | Clayboys Virgo - Nice | 18 | $126.00 | .0001209 | $7.00 |
| NYBGBou | New York Botanical Garden Bells & | 100 | $735.00 | .0007057 | $7.35 |
| NYBGGin | New York Botanical Garden Gingerbread | 100 | $735.00 | .0007057 | $7.35 |
| NYBGGra | New York Botanical Garden Grass Private | 47 | $345.45 | .0003317 | $7.35 |
| NYBGSno | New York Botanical Garden Snowy Tree | 200 | $1,470.00 | .0014115 | $7.35 |
| NYC | Greetings From New York City | 12 | $88.20 | .0000846 | $7.35 |
| Nyork | Greetings From New York | 128 | $938.70 | .0009013 | $7.33 |
| OfAll | BYU - The Mother | 105 | $834.75 | .0008015 | $7.95 |
| Ohio | Greetings From Ohio | 54 | $396.90 | .0003811 | $7.35 |
| OJ | Orange Juice | 498 | $3,454.50 | .0033170 | $7.31 |
| Oklahoma | Greetings From Oklahoma | 24 | $176.40 | .0001693 | $7.35 |

AS 017

| PLU | Description | Qty Sold | Totals | | Ave Price |
|---|---|---|---|---|---|
| Orange | Essence of Orange | 240 | $1,759.62 | .0016896 | $7.33 |
| Oregon | Greetings From Oregon | 24 | $176.40 | .0001693 | $7.35 |
| OutOn | Out on the Town | 6 | $44.10 | .0000423 | $7.35 |
| Paris | Evening in Paris | 486 | $3,104.76 | .0029812 | $7.15 |
| Peach | Peach Pie | 360 | $2,639.52 | .0025344 | $7.33 |
| Pear | Pear | 750 | $5,499.24 | .0052804 | $7.33 |
| Pennsylvan | Greetings From Pennsylvania | 6 | $44.10 | .0000423 | $7.35 |
| Photo | Photo Ornament Candle | 18 | $132.30 | .0001270 | $7.35 |
| PhotoPum | Large Pumpkins Pie Candle | 6 | $44.10 | .0000423 | $7.35 |
| pilgrims | Thanksgiving Pilgrims | 327 | $2,403.45 | .0023078 | $7.35 |
| Pineapple | Essence of Pineapple | 374 | $2,741.73 | .0026326 | $7.35 |
| Pittsburgh | Greetings From Pittsburgh | 6 | $44.10 | .0000423 | $7.35 |
| Plaid | Gentlemen's Blend - Plaid | 91 | $654.15 | .0006281 | $7.24 |
| PotRosem | Potted Rosemary | 486 | $3,545.10 | .0034040 | $7.33 |
| Private- | Greetings from Thomasville GA | 148 | $888.00 | .0008526 | $6.00 |
| Provence | Evening in Provence | 54 | $388.14 | .0003726 | $7.26 |
| Pumpkin | Pumpkin Pie Candle | 2526 | $18,352.92 | .0176226 | $7.33 |
| Pup | Puppy Woof! | 66 | $485.10 | .0004657 | $7.35 |
| Purify | Spa Purify | 162 | $1,190.70 | .0011433 | $7.35 |
| RedDel | Red Deliciouis Apple | 2202 | $14,439.42 | .0138648 | $7.31 |
| Rehobeth | Greetings From Rehobeth Beach | 12 | $88.20 | .0000846 | $7.35 |
| ResortAqu | Resort Stripes - Violet and Aqua | 3 | $22.05 | .0000211 | $7.35 |
| ResortGree | Resort Stripes - Violet and Green | 3 | $22.05 | .0000211 | $7.35 |
| Risland | Greetings From Rhode Island | 12 | $88.20 | .0000846 | $7.35 |
| RoseHerb | Rosemary Herb | 978 | $7,155.09 | .0068703 | $7.32 |
| SadieHolly | Holly | 165 | $1,212.75 | .0011644 | $7.35 |
| Sampler | Home Sweet Home - Sampler | 72 | $529.20 | .0005081 | $7.35 |
| SanFran | Greetings From San Francisco | 12 | $88.20 | .0000846 | $7.35 |
| Santaset | Vintage Santa Collection | 1116 | $8,202.60 | .0078762 | $7.35 |
| Santat | Santa Tree | 763 | $5,560.05 | .0053388 | $7.34 |
| Scarolina | Greetings From South Carolina | 24 | $176.40 | .0001693 | $7.35 |
| sclause | Santa Claus | 36 | $260.22 | .0002498 | $7.17 |
| Seahorse | Seahorses | 1113 | $6,504.75 | .0062459 | $7.17 |

AS018

| PLU | Description | Qty Sold | Totals | | Ave Price |
|---|---|---|---|---|---|
| Settle | Spa Settle Down | 192 | $1,411.20 | .0013550 | $7.35 |
| Sliced | BYU - Sliced Bread | 36 | $286.20 | .0002748 | $7.95 |
| SmithCherr | Smithsonian Museum Shops Private Label | 800 | $4,760.00 | .0045706 | $5.95 |
| SnowSnow | Snow, Snow, Snow | 150 | $1,102.50 | .0010586 | $7.35 |
| Snowy1/2 | Snowy Tree 1/2 Pint Candle | 1335 | $5,796.00 | .0055653 | $4.51 |
| SnowyT | Snowy Tree | 6035 | $41,830.47 | .0401660 | $7.31 |
| Sonoma | Sonoma Fairmount Private Label | 552 | $3,864.00 | .0037102 | $7.00 |
| SpankingB | BYU - Brand Spanking New - Blue | 19 | $151.05 | .0001450 | $7.95 |
| SpankingP | BYU - Brand Spanking New - Pink | 19 | $151.05 | .0001450 | $7.95 |
| SpNights | Spring Nights | 118 | $867.30 | .0008327 | $7.35 |
| Spoon | Spoon Sisters Private Label Candle | 18 | $132.30 | .0001270 | $7.35 |
| Springtime | Springtime | 372 | $2,734.20 | .0026254 | $7.35 |
| STApple | Apple Pie # 15744832 | 1776 | $9,501.60 | .0091235 | $5.35 |
| StarsStripe | Stars and Stripes | 222 | $1,631.70 | .0015667 | $7.35 |
| STAutumn | Autumn Bouquet # 15744816 | 1062 | $5,681.70 | .0054556 | $5.35 |
| STElf | Elf Legs Candle #15745060 | 1086 | $7,602.00 | .0072995 | $7.00 |
| STGinger | Gingerbread Candle #15744808 | 1050 | $5,617.50 | .0053939 | $5.35 |
| STHoHo | Ho Ho Ho Candle - #15745052 | 1092 | $7,644.00 | .0073398 | $7.00 |
| STPump | Pumpkin Pie #15744816 | 1776 | $9,501.60 | .0091235 | $5.35 |
| Strength | Spa Strengthen | 93 | $683.55 | .0006563 | $7.35 |
| Stripe | Gentlemen's Blend - Stripes | 61 | $446.85 | .0004290 | $7.32 |
| STSanta | Santa Face Candle - #15745078 | 930 | $4,975.50 | .0047775 | $5.35 |
| STSnowy | Snowy Tree - #15745045 | 2940 | $15,729.00 | .0151031 | $5.35 |
| Summerti | Summertime | 2338 | $14,866.43 | .0142749 | $7.23 |
| SumTree | Summer Tree | 181 | $1,330.35 | .0012774 | $7.35 |
| SUNights | Summer Nights | 300 | $2,194.14 | .0021068 | $7.33 |
| Surf | Vintage Surf | 606 | $4,423.98 | .0042479 | $7.31 |
| Sweetheart | Sweetheart | 102 | $749.70 | .0007198 | $7.35 |
| Tampa | Greetings From Tampa | 156 | $1,146.60 | .0011009 | $7.35 |
| Tennessee | Greetings From Tennessee | 78 | $573.30 | .0005504 | $7.35 |
| Texas | Greetings From Texas | 128 | $940.80 | .0009033 | $7.35 |
| Thanks | Happy Thanksgiving | 824 | $6,056.40 | .0058154 | $7.35 |
| TheBride | BYU - You May Now Kiss The Bride | 8 | $63.60 | .0000610 | $7.95 |

AS 019

| PLU | Description | Qty Sold | Totals | | Ave Price |
|-----|-------------|----------|--------|---|-----------|
| This Day | On This Day | 90 | $661.50 | .0006351 | $7.35 |
| TickAssort | Ticking Stripes Assortment | 114 | $837.90 | .0008045 | $7.35 |
| TickChart | Ticking Stripes Chartreuse | 30 | $220.50 | .0002117 | $7.35 |
| TickGreen | Ticking Stripes Green | 33 | $242.55 | .0002328 | $7.35 |
| TickRed | Ticking Stripes Red | 36 | $264.60 | .0002540 | $7.35 |
| TriTree | Triangle Tree | 132 | $970.20 | .0009315 | $7.35 |
| Tropical | Tropical | 91 | $661.74 | .0006354 | $7.43 |
| TuvaluLag | Tuvalu Laguna Postcard Private Label | 48 | $384.00 | .0003687 | $8.00 |
| TuvaluPriv | Tuvalu Private Label Candle | 48 | $384.00 | .0003687 | $8.00 |
| UncleTom | Greetings From Uncle Tom's | 12 | $88.20 | .0000846 | $7.35 |
| Vermont | Greetings From Vermont | 78 | $573.30 | .0005504 | $7.35 |
| VeryMuch | BYU - Thank You Very Much | 128 | $1,017.60 | .0009771 | $7.95 |
| Vin-Paris | Vintage Paris | 1645 | $9,651.33 | .0092673 | $7.16 |
| VinBells | Vintage Bells 0011815156 | 2514 | $13,398.78 | .0128656 | $6.10 |
| Vines | Ocean Vines | 1042 | $6,373.50 | .0061199 | $7.26 |
| VinHolida | Vintage Holiday Wrap Collection | 2511 | $15,794.55 | .0151660 | $7.33 |
| VinHolly | Vintage Holiday Collection - Holly | 120 | $882.00 | .0008469 | $7.35 |
| VinParis | Vintage Paris | 123 | $904.05 | .0008680 | $7.35 |
| Virginia | Greetings From Virginia | 30 | $220.50 | .0002117 | $7.35 |
| Wagon | AnneMade Dog in Wagon | 6 | $47.70 | .0000458 | $7.95 |
| Washingto | Greetings From Washington | 54 | $396.90 | .0003811 | $7.35 |
| WinCab | Winter Cabin | 432 | $2,584.80 | .0024819 | $7.17 |
| Winking | Winking Santa | 222 | $1,631.70 | .0015667 | $7.35 |
| winnights | Winter Nights | 114 | $829.14 | .0007961 | $7.27 |
| Winter | Winter | 273 | $2,002.17 | .0019225 | $7.33 |
| Wisconsin | Greetings From Wisconsin | 66 | $485.10 | .0004657 | $7.35 |
| WNCwind | Washington National Cathedral Parables | 250 | $1,655.00 | .0015891 | $6.62 |
| Woof | Woof! | 340 | $2,492.52 | .0023933 | $7.33 |
| Wyoming | Greetings From Wyoming | 54 | $396.90 | .0003811 | $7.35 |
| Yankee | Yankee Doodle | 267 | $1,861.11 | .0017870 | $7.25 |
| Yuletide | Yuletide | 1872 | $11,749.08 | .0112815 | $7.23 |

$1,041,438.12

AS020

# One of each

## Aunt Sadie's creates candles for every marriage pairing

**By Andrew Rapp**
*Editor*



When Massachusetts began issuing marriage licenses to same-sex couples on May 17, the state was ready with revised applications that replaced the words "Bride" and "Groom" with the less exclusive (but less poetic) "Party A" and "Party B."

But much of the wedding industry was caught off guard. The wedding-related offerings in retail stores still generally came in a single variety. Whether you were shopping for cards, cake-toppers, or candles your choices were pretty much straight or straighter. Now, following the flood of groom-groom and bride-bride pairings, has come an array of gay-appropriate small gift items.

Boston's own Aunt Sadie's, Inc. has recently released a trio of candles designed to fit all gender pairings. Adorned with festive stripes and the message "Oh happy day," the candles feature a portrait of a happy couple — two men, two women, or one of each — perfect for whatever your case may be.

Aunt Sadie's is a fixture of Boston's South End. Since launching in 1997, the shop has gained a wide following for its signature "candle-in-cans," scented candles encased in homey-but-classy metal cans. Their retail shop on Union Park Street is backed by a large wholesale business, which distributes Aunt Sadie's products throughout the country. Their collection is also available online at www.auntsadiesonline.com.

Though not yet available online, the marriage candles are available at Sadie's own store and retail outlets in the area, including the Human Rights Campaign store in Provincetown.

Gary Briggs, co-owner of Sadies with designer Brian Schnetzer, introduced the candles to give all couples a twist on the traditional. When Sadie's unveiled the candles at the recent New York International Gift Fair, a tradeshow mecca for the retail industry, the response was very positive, said Briggs.

"Anybody who was in a gay-related market or had a gay clientele wanted [them] in their store," he said, noting that rather than picking a single gender pairing, folks want to mix and match. "They saw the story of having all three out there," said Briggs.

Briggs sees candles as a good fit for gift-givers on both sides of the altar. "It's a great gift to give if someone has just announced that they are getting married," he said. They also work well for informal ceremonies. "I've been to a few [ceremonies] that have been at people's homes," said Briggs. "It's a great gift for that."

Those getting married often use them as favors at showers or the main event. For orders of 100 or more, Aunt Sadie's will even custom design the labels, adding the couple's names, wedding date or a special saying.

How to describe a scent in words? The candles carry Aunt Sadie's signature scent, which goes under the working title of "Ocean," but that doesn't really do it justice. The scent is natural and alluring, addictive without being intoxicating.

"We wanted something that was clean and somewhat universally appealing because it will be used in a number of different environments," said Briggs. He said they aimed for something that would take you away to someplace "vacationy ... out of day to day and transcended into a more relaxed environment."

In case you were wondering, there really was an Aunt Sadie. She was the inspiration for the store and her mastery of all things domestic informs all of the stores wares.

*Gay marriage candles by Aunt Sadies, Inc. Suggested retail price $15. Available at 18 Union Park Street, area retailers and soon on the web at www.auntsadiesonline.com.*

## HOLIDAYshopping









**FOR HIM** Give the man on the go gadgets and gear to keep him stylish yet comfortable when he's away from home

1. Travel in style with the new Fiat Iron II Nubuc Drafting **Tote** from **Coach** ($498). coach.com, (866) 262-2440. 2. Keep the java hot in Starbuck's new stainless-steel **Sophisticate Bottles** ($29.95, 12 oz.) with a removable leather sleeve. starbucks.com, (800) STARBUC. 3. Send him off to the golf course with Burberry's Check golf ball and tee holder ($55). (800) 284-8480. 4. Listen to the radio anywhere with Tivoli Audio's PAL (**Portable Audio Lab**, $129.99). tivoliaudio.com, (877) 297-9479. 5. Capture memories with the new 4-mega-pixel **Stylus 410 Digital Camera** from **Olympus** ($349). olympusamerica.com, (800) 622-6372. 6. The **Art of Shaving Set** ($100) includes pre-shave oil, shaving cream, shaving brush, after-shave balm, and book. theartofshaving.com, (800) 493-2212. 7. Aunt Sadie's scented candles ($14 each) bring the outdoors home. auntsadiesonline.com, (877) 723-4371. 8. Download his favorite tunes on the smallest **Digital Audio Player**, **Samsung's** new **YP-T5V** ($149.99). samsungusa.com, (800) SAMSUNG. 9. **Apple's AirPort Express** ($129) is a mobile base station that can be plugged into the wall for remote Internet connection. Partner up the AirPort Express with one of Apple's great laptops, the 12" **iBook** ($1,099). apple.com, (800) MY APPLE. 10. Get your life in order with a leather organizer and journal from **Mont Blanc** ($95–$250). montblanc.com, (800) 995-4810.

SEE SHOPPING GUIDE; ALL PRICES AND SIZES ARE APPROXIMATE

AS 027

| Homefront |



**Lekker Unique Home Furnishings**



**Boxx Contemporary Furniture Design**

## SNAPSHOT
# WASHINGTON STREET

For years, shopping on Washington Street meant Downtown Crossing. Now, boutique retailers are setting up shop in and around the "other" Washington Street, in the South End—many offering goods unavailable elsewhere in Boston or even in the United States.

**Lekker Unique Home Furnishings** (617-542-6464) focuses on European goods. Natalie Carpenter, co-owner with her husband, Curt, says, "We have beautiful linens and furniture from Belgium and new dinnerware from Germany." Natalie visits European trade shows to "look for the next best thing before the rest of the country discovers it," she says. The back wall features Dutch products, reflecting Natalie's roots.

For furniture and home accessories from the other side of the world, visit **Red River Trading Co.** (617-542-2223). The store moved to a new location in July, which more than tripled the display space for its assortment of Asian antiques and reclaimed teak furniture. Owner Jonathan Golnik travels to Asia regularly to scout for Chinese antiques and handcrafted ceramics and textiles from Southeast Asia. "These all come from art co-ops," he says, "so the money goes to the artisans to help perpetuate their craft."

If, like Goldilocks, you can only find chairs that are too big or too small, head to **Biltmore** (617-423-7632). This custom-furniture company can modify chairs, sofas, ottomans and other furnishings to build a piece that's just right. "You can start with one of our basic designs or come in with a design you like," says manager Barbara Goldberg.

Stock up on decorative items for the home at **Aunt Sadie's General Store** (617-357-7117). Owners Brian Schnetzer and Gary Briggs launched their business selling hand-dipped candles in 1998, and expanded their wares in 2000. "We have lots of unique home accessories, and we make our own candles right in our shop here," says manager Jessica Cipriani. "A lot of our merchandise is exclusive to our shop in the South End."

**Boxx Contemporary Furniture Design** (617-556-2699) offers modern furniture in made-to-order sizes. "Our pieces are custom-designed by the designers who created the line together," says owner John Hattersley. Check out the sleek sofas, glass-top tables and space-age lamps.

**Gazala** (617-426-6466) stocks Moroccan accessories. "I have a couple of requirements," says owner Elizabeth Plitzuweit. "Everything comes from Morocco, and everything is handmade. For the most part, I stock one-of-a-kind pieces." Plitzuweit says she gears her merchandise toward American taste in Moroccan design, and hand-picks her products during her purchasing trips

For contemporary furnishings, visit **Sedia** (617-451-2474), a store that's been offering 20th-century furniture for the past 25 years. Its collection includes high-end reproductions of classic pieces created by more than 20 architects and designers.

Once you've stocked your home, it's time to treat yourself. Head home with some fabulous cheese from **South End Formaggio** (617-350-6996), a bottle of wine from **Brix** (617-542-2749) and pastries from **Flour Bakery + Cafe** (617-267-4300). And console the dog (who will no longer be allowed on your new sofa) with a biscuit from **Polka Dog Bakery** (617-338-5155).                               — S.T.





**Red River Trading Co.**

**Aunt Sadie's General Store**

GREG PREMRU

Turn to page 160 for additional shopping information.

AS028

beauty

# what kind of beauty

Turn the pages and find out!

## beach beauty

Do see yourself hopping the beaches of Hawaii? Is your makeup must-have a pretty peach lip-gloss? Does perfect hair mean loose, windswept waves? You're a bona fide Beach Babe!

amanda bynes



Haven't had enough of the beach? Then take the beach home with you! Fill your room with the yummy scent of suntan lotion.

◄ Aunt Sadie's Beach In a Can candle, $16, auntsadiesonline.com



Try a styler that mimics beach hair to add body and dimension. If you don't have a "beachy" product, Graham Webb hair expert Jarrod Harms suggests mixing a pea-size dab of conditioner with twice as much gel.

▲ John Frieda Beach Blonde Ocean Waves, $7, drugstores

This summer, your skin will take a beating from the heat, chlorine and sun. Look for a body moisturizer containing natural oils to keep you soft and smooth.

► Bath & Body Works True Blue Spa Tahiti Sweetie Body Lotion with Monoi Oil, $15, bathandbodyworks.com

Always use a sunscreen that has an SPF of 15 or higher, and that protects against both UVA and UVB rays.

► Banana Boat Sensitive Skin Plus SPF 30, $8, drugstores



The beach babe's three makeup essentials? A barely-there peach lipgloss, waterproof mascara and a shimmer bronzer to highlight your skin where the sun naturally hits (forehead and cheekbones).

◄ Stila Brilliant Lip Glaze Double in Vanilla/Apricot, $10, stilacosmetics.com. BonneBell Sunblush Bronze, $4, drugstores. Rimmel Extra Super Lash Waterproof Mascara, $3, drugstores. Makeup bag, Nick & Nora, $17, sleepyheads.com









## Mark Instant Vacation fragrance

Get swept away to a tropical paradise with Mark Instant Vacation fragrance, $15, www.meetmark.com. To enter, send a 3x5 post-card to: J-14/Mark Instant Vacation Giveaway, P.O. Box 1665, Englewood Cliffs, NJ 07632.

win it!

AS 030



Get glam by applying a curl-enhancing mousse to damp hair, then blow dry. Next, hair expert Marc Anthony suggests creating a side part and securing 8-12 hot rollers on hair. (Parting before rolling is key). Remove rollers after they completely cool and finger through a gloss. Finish by running a paddle brush over hair to smooth and loosen curls.

◄ Alberto VO5 Curvaceous Curls Styling Mousse, $4, drugstores

STYLING MOUSSE
EXTRA HOLD

▲ Aunt Sadie's Fifi On Pink candle, $16. auntsadiesonline.com

Whisk yourself off to an evening in Paris (okay, just pretend) with this floral-infused candle. Tip: Refrigerating your candles before using them will help them to burn slowly and evenly.

## glamour girl

Is your dream vacation traveling through the chicest locations in Europe? Do you prefer glitz to grunge? Could you sashay down the red carpet with the best of 'em? You're a genuine Glamour Girl!

For subtle eyes, apply a medium brown shade to lower and upper lids. Smudge a Q-tip over the line so it looks more natural.



▲ Physicians Formula Retro Glow Automatic Kohl Eyeliner Pencil in Bronze-Kohl , $6, drugstores



▲ Maybelline New York Expert Wear Shadow in Eternal Flame, $5, drugstores

To complement a deep red lip, apply a golden eye shadow from upper lids to browbone. To make your eyes look super-sparkly and awake, apply a good concealer to upper lids, where most of the darkness originates, says makeup artist Giella.



► L'Oréal Colour Juice Lip Gloss in Cherry on Top, $8, drugstores

The appeal of a glamour girl lies in her subtle eye makeup and racy, red lips. Added bonus: Makeup artist Eva Scrivo says that blue-based lipsticks reflect a cool tone and make teeth look whiter!

CHERRY ON TOP 240

PHOTOS: JASON MERRITT/FILMMAGIC.COM. STILLS BY HBS

## Benefit Cosmetics Hollywood Glo

win it!



we've got 50

Do the words "lights, camera, action!" get your heart racing? Then try this liquid rose-hued bronzer. It gives a soft, luminous, red carpet-worthy glow with its warm, light-reflecting pigments. $22. To enter, log on to benefitcosmetics.com/J14 for details.

scarlett johansson

J-14  39



April 7, 2005

Sarah Gregory
Christmas Tree Shops
261 Whites Path
S. Yarmouth, MA  02664

18 Union Park Street
Boston, MA 02118
ph 617.357.7117
fax 617.338.2044

Dear Sarah,

Thanks for speaking with me about the 8 oz. Candle Tins being produced and sold by Christmas Tree Shops.  As discussed, this is an infringement on copywrite and trademark rights afforded to Aunt Sadie's by the United States Patent and Trademark Office.

I've enclosed a copy of Aunt Sadie's current catalog.  We have been producing and selling the candles you see in the catalog for the past 5 years.

As you are aware, one of the key factors in determining trademark infringement is whether the product in question creates brand confusion among customers.  I've also enclosed a letter from one of our customers for review related to this issue.  We've also had numerous calls from customers asking why we are selling our candles to The Christmas Tree Shops.

In analyzing your candle, it is also clear that offering this product as a scented candle is quite misleading to your customer, given the quality and amount of fragrance contained in the candle.  Regardless of whether you agree with our position, The Christmas Tree shops should be ashamed at offering such a sub-standard product.

We respectfully request that you cease the manufacture and sale of these candles immediately.  Aunt Sadie's was founded on basic moral principles:  to produce the highest quality product in the spirit of fun and with regard to fairness of other manufacturers in the marketplace.  Our company was founded to honor the life of Sadie Denton, the grandmother of company co-owner, Brian Schnetzer.  A lot of hard work and tireless effort has gone into creating our niche in the marketplace and we will aggressively enforce any infringement on the rights of our company.

We thank you in advance for your cooperation.  If you have any questions, don't hesitate to contact me at 617-357-7117 x202.

Sincerely,

Gary Briggs
Co-Owner

CTS0337

Carol Wright
(508) 240-1414
Fax (508) 240-1135

# OCEANA®

One Main Street Square, P.O. Box 1550, Orleans, MA 02653

### FAUX LEATHER CANDLE HO...
Rich look f...
leather candle...
with glass votive or
tealight cups. Assorted
sizes in black or tan.
(Tealights and votive
candles not included.)
**$3.99, $6.99, $9.99**

...plaques in several shapes
and colors.
**$2.99** ea.

### MONACO PATIO SET
9 pc. aluminum set with wrought iron base and
66" x 38" glasstop table. Includes 9 ft. crank/tilt market
umbrella and 6 sling chairs. (Lights sold separately @ $3.99)
**$399.99**

### CLEAR-LIKE-GLASS TABLE ACCESSORIES
Unbreakable, harder than plastic, clear like glass. Plates, bowls,
tumblers, and more. Microwave and dishwasher safe.
**$1.69** and **$3.99** ea.

**CYLINDER**

### 8 OZ. CANDLE TINS
Celebrate birthdays, baby
showers, and summer
parties with 8 oz. candle
tins. Assorted scents.
**$1.99** ea.

### PLANTER BARRELS
Cedar barrels for container gardening on the deck
or patio. Four sizes.
**$6.99** to **$16.99**

### ROOM SIZE RUGS
A classic!
5' x 7' rugs
in a variety
of prints
and colors.
**$39.99** ea.

3

CTS0338



**OCEANA®**

P.O. Box 1550
One Main Street Square
Orleans, MA 02653

(508) 240-1414

31 March 2005

Aunt Sadie's

Hello there —

We are fans of your creative candles and non-fans of the Christmas Tree Shop copycat standards — you may want to check out what they are up to in "candle-tins".

Looking forward to our summer order —

Carol Wright

nted on recycled paper

CTS0339

100_2613 (1632x1232x16M jpeg)



03/27/2002

CTS0346



CTS0347


100_2612 (1832x1232x16M.jpeg)



03/27/2002

CTS0201



Nantucket Dist.
Karen Sutphen 9/04

CTS0202

# Candle Tins

| Sub | Vendor | UPC | SKU | Description | Cost | Retail | Mark Up % | Case Pack | Ad | On Ord Qty | On Ord $$$ | Reserv Qty | Whse OH | Stores OH | Last 7 Dy Sls | Store Wk Sp | Total Wk Sp | Sales YTD | Last 7 Day $$$ | Sls YTD $$$ | Total OH $$$ | Last Rcvd Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | 96834 Prude | 14048401 | 6834019 | Tin Candle 8oz Tropical | $0.968 | $1.99 | 51.4 | 36 | | 0 | 0 | 0 | 24084 | 9045 | 572 | 15 | 57 | 2857 | 1138 | 5666 | 65927 | 2/25/05 |
| 107 | 96834 Prude | 14087691 | PLNT2004HB | Tin Cndl 8oz Happy B-day | $1.016 | $1.99 | 49 | 36 | | 0 | 0 | 0 | 9432 | 6030 | 594 | 10 | 26 | 2532 | 1182 | 5026 | 30769 | 3/16/05 |
| 107 | 96834 Prude | 14087707 | PLNT2004B | Tin Cndl 8oz Baby Boy/girl | $1.016 | $1.99 | 49 | 36 | | 0 | 0 | 0 | 4140 | 4758 | 589 | 8 | 15 | 3115 | 1172 | 6185 | 17707 | 3/16/05 |

Averages and Totals (in thousands):

37,656
19,833

53,487 OH
460,024 Purchased

$50K

CTS0345



# It's Great to Create

Gretchen Cagle Publications, Inc.

Acrylic Gouache or Acrylic

Susan R. Boerman

# *Frosty's Snow Cones*

*Continued from page 17.*

Apply it closer to the left side of the hatband, the middle area of the scarf around the neck and the middle of the scarf flap. With a script liner, paint the YO stripes on the hatbands and scarfs.

## Eyes & Mouths

Trace on the eyes and mouths. Using the tip of a brush handle, dot the eyes and mouths with CB. When dry, with the tip of the script liner dot NG highlights at the upper left of each dot.

**5¢**

With the chiseled edge of a #2 filbert, dry-brush YO highlights. Next, apply YL highlights.



20

**Lettering & Striping**
With a #2 filbert, highlight with NC. The smaller letters and the striping will have to be done with the chiseled edge. The next highlight is NRL. The last highlight is YO applied only on the lettering.

With the #2 script liner and ink-like YO, outline all the letters and the striping. When dry, with a #10 shader, float CB on the left outside edge of each of the letters.

**Finishing Touches**
When projects are dry, spray with Krylon Matte Finish, 1311.



21





25

# CTS Access - BY178 Report

| Sub | Vendor | UPC | SKU | Description | Cost | Retail | Mark Up % | Case Pack | Ad | On Ord Qty | On Ord $$$ | Reserv Qty | Whse OH | Stores OH | Last 7 Dy Sls | Store Wk Sp | Total Wk Sp | Sales YTD | Last 7 Day $$$ | Sls YTD $$$ | Total OH $$$ | Last Rcvd Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 751 | 96000 Jack | 13917678 | 32F25355 % | Painted Christmas Hanger | $1,366 | $1.99 | 31.4 | 36 | | 0 | 0 | 0 | 1332 | 134 | 10 | 13 | 146 | 14 | 19 | 27 | 2917 | 11/9/04 |

*Averages and Totals (in thousands):*

CTS0290

# CTS Access - BY178 Report

| Sub | Vendor | UPC | SKU | Description | Cost | Retail | Mark Up % | Case Pack | Ad | On Ord Qty | On Ord $$$ | Reserv Qty | Whse OH | Stores OH | Last7 Dy Sls | Store Wk-Sp | Total Wk-Sp | Sales YTD | Last7 Day $$$ | Sls YTD $$$ | Total OH $$$ | Last Rcvd Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 809 | 96000 | Jack | 13915988 | 32F25287 | Fall Painted Plaque | $1.225 | $3.99 | 69.3 | 36 | | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 8/18/04 |

*Averages and Totals (in thousands):*

CTS0292



# April

### SAVINGS

2005

**NANTUCKET-STYLE BASKETS**

Classic style, crafted from rattan includes wooden cover with a pretty faux shell accent. Three sizes.

$2.99 $4.99 $9.99

**Christmas Tree Shops®**

Don't you just love a bargain?®

**WEDGWOOD® WINDSOR DINNERWARE ENSEMBLE**

Choose from dinner plate, soup bowl, mug, teapot, and more.
**Comp. values:**
$30.00 to $120.00
$1.99 ea.

**WOVEN FABRIC HAMPER BASKETS**

Cotton/nylon hampers in assorted standard and fashion colors. Choose from small, medium, or large.

$6.99 to $12.99

**FAUX LEATHER MINI BOXES**

Boxes are perfect for storage of small things or as gift boxes. Assorted colors available.

$1.00 ea.

**MISSION STYLE BOOKCASE**

Solid wood Mission style bookcases by **O'Sullivan®** in natural or cherry finish. Some assembly required.

28" l x 12" w x 36" h
$19.99

30" l x 12" w x 60" h
$29.99

Congratulations

Happy BIRTHDAY

**CELEBRATION STAKES**

Cute wooden stakes celebrate your special day. Not shown: Baby boy or girl. 36" h

$3.99 ea.

Don't you just love a bargain?®

CTS0348



**BAMBOO BLINDS**
A natural choice for any room. Natural and stained slats create a decorative pattern. Choose from natural, green, or blue.

30" x 72" or 36" x 72"  **$4.99** ea.

72" x 72"  **$12.99** ea.

**MILANO OUTDOOR LIGHTING**
Euro-style outdoor lighting is crafted of die-cast, rust-proof aluminum. White, antique bronze, or black finish. (Bulb not included).

17" Wall Mounted Lights  **$19.99** 2-pack

76" Deck Light  **$29.99**

85" Triple-headed Street Lamps  **$69.99**

**WINDOW DÉCOR**
Sparkling glass window designs shine in the spring sun. Assortment includes wind chime, wreath, glass hanger.  **$6.99** ea.

**KITCHEN IN A BAG**
Set includes 4 placemats, 4 napkins, kitchen towel, oven mitt, and pot holder, all packed in a canvas wine tote. Assorted designs.  **$6.99** ea.

**HAND-PAINTED CHESTS**
Elegant hand-painted chests in floral designs. Assorted styles, patterns, and sizes.  **$12.99** to **$39.99**

**SUSHI SETS**
Exotic dinnerware sets inspired by the Far East. Choose from sushi or noodle sets for two. Assorted colors and styles.  **$4.99** to **$9.99**

**NICK & NORA® BAGS**
Trendy colors and designs.
3 pc. bowling bag set. **Comp. value: $28.00**  **$9.99**
15 pc. travel set (not shown) **Comp. value: $40.00**  **$14.99**

**PLAYING CARDS**
Stock up for fun evenings! Playing cards in whimsical shapes in sturdy plastic cases. **Comp. value: $4.99**  **$1.00** pack

**POP-UP GARDEN BAG**
A must for spring yardwork! Durable waterproof poly bag opens to 28", collapses for easy storage. Assorted colors.  **$5.99**

2

CTS0349



**FAUX LEATHER CANDLE HOLDERS**
Rich look faux leather candle holders with glass votive or tealight cups. Assorted sizes in black or tan. (Tealights and votive candles not included.)
**$3.99 $6.99 $9.99**

**PORCELAIN FISH PLAQUES**
Three dimensional plaques in several shapes and colors.
**$2.99** ea.

**MONACO PATIO SET**
9 pc. aluminum set with wrought iron base and 66" x 38" glasstop table. Includes 9 ft. crank/tilt market umbrella and 6 sling chairs. (Lights sold separately @$3.99)
**$399.99**

**CLEAR-LIKE-GLASS TABLE ACCESSORIES**
Unbreakable, harder than plastic, clear like glass. Plates, bowls, tumblers, and more. Microwave and dishwasher safe.
**$1.69** and **$3.99** ea.

**CYLINDER GLASS VASES**
Crafted in thick clear glass. 6", 9", or 12" h
**$2.99** to **$4.99**

**8 OZ. CANDLE TINS**
Celebrate birthdays, baby showers, and summer parties with 8 oz. candle tins. Assorted scents.
**$1.99** ea.

**PLANTER BARRELS**
Cedar barrels for container gardening on the deck or patio. Four sizes.
**$6.99** to **$16.99**

**ROOM SIZE RUGS**
A classic! 5' x 7' rugs in a variety of prints and colors.
**$39.99** ea.

3

CTS0350



**ENERGY STAR RATED SAMSUNG® AIR CONDITIONER**
8000 BTU air conditioner includes electronic touch, remote control. Has 3 cool/fan speeds, on/off timer, and sleep mode.
**$149.99**

**PIROULINE CHOCOLATIER TIN**
Hazelnut-filled wafers for the chocolate lover. 16 oz. tin
**$4.99**

**RETRO SIGNS AND TINS**
1940s style decorative pieces in traditional tin.
**$1.99 ea.**

**PERFECT GLASS CLEANER**
As seen on TV! Cleans glass fast. Kit includes Perfect Cleaner, grime-buster bonnet, microfiber reusable bonnets, and spray bottle.
**Comp. value: $9.99**
**$4.99**

**SQUISHY BOLSTER PILLOWS**
You'll want several. Assorted fashion colors. **Comp. value: $9.99**
**$3.99 ea.**

**COLLAGE FRAMES**
Only the best for your photos! Wooden frames in classic soft antique finish display several photos. Assorted sizes.
**$9.99 ea.**

**GARDEN BUNNY**
Bunny figurine in our new bronze finish. Approx. 14" h
**$6.99**

**GERANIUMS**
Choose from colorful faux geranium bush or set of three blossoms in a wooden tray.
**$2.99 and $3.99**

**KIDS' SPORT LAMPS**
Youngsters will love these sports lamps in basketball, soccer, football, or baseball design. 15" h
**$9.99 ea.**

**COIL HOSE**
25 ft. with four-dial sprayer. Brass fittings. Hunter green, violet, blue and berry. Colors may vary by store.
**$4.99**

**PET CAR SEAT COVER**
Keep your car free of pet hair and dirt. Full-size quilted cover fits over your car's back seat and clips into place. Machine washable. Choose from black, gray, or khaki.
**$6.99**

**GAZING BALL**
8" glow-in-the-dark gazing ball on a metal stake.
**$12.99**

4

CTS0351



## COLORFUL STRING LIGHT SETS

For festive occasions. Indoor/outdoor use. 10 lights per string. Designs include pinwheel, gift box, and more.

**$3.99** ea.

### SIT-ON GARDEN TOTE

Lightweight, portable tote lets you sit down and garden with ease. Eight pockets are filled with trowel, knee pad, pruning shears, and more. Assorted colors.

**$14.99**

### PLANT STAND

Wooden stand in natural finish for your favorite plants. 37" x 29¾" x 35½"

**$29.99**

### DOG TOYS

Help your dog stay active, healthy, and happy. 24 great toys to choose from.

**$1.00** ea.

### SOLAR LIGHT STONE

Poly resin stone hides a "green energy" super-bright LED light powered by the sun or rechargeable Nicad battery. Gives 8 hours of light. Two sizes.

**$6.99** ea.

### ANIMAL POP-UP BINS

Novelty hampers in sturdy nylon include duck, frog, elephant, and dog. 22" h

**$4.99** ea.

### GARDEN BOY AND GIRL

Playful verdigris yard figurines in resin. Approx. 18" h

**$12.99** ea.

### ASPIRATIONS PATIO SET

7 pc. set includes coffee table (27" x 43" x 18"), 2 chairs, loveseat, and 3 cushions. Plantation certified eucalyptus wood.

**$299.99**

5

CTS0352



**GIFT BAGS AND TISSUE**
Gift bags in solid colors or with stylish glitter.
**$.29 to $1.00**
Coordinating tissue
**$1.00**

**PORCELAIN MUG AND COASTER GIFT SETS**
Fresh floral patterns decorate mugs and coasters in beautiful matching gift boxes. Assorted patterns.
**$3.99 ea.**

**MAKE IT MELAMINE**
Dishes look like porcelain but are sturdy melamine. Choose from dinner plates, bowls, cups, serving accessories, and more.
**$.89 to $2.99**

**WINDOW SET**
Set includes two panels and curtain rod with coordinating finials. Available in prints, ginghams, and stripes.
**$14.99**

**TWININGS® TEAS**
Tea time is any time. Assortment includes black currant, lemon-ginger, afternoon decaf, and more. Reg. $1.99
**$1.69 ea. or**
**2 for $3.00**

**WOVEN STRAW CANISTERS**
Glass straw-covered canisters with dome wooden lids. Small, medium, and large.
**$1.69 to $2.99**

**HAND-PAINTED PANELS**
Sheer panels with attached valance in assorted designs. 60" w x 84" l
**$9.99**

**PORCELAIN UMBRELLA STAND**
Porcelain stands in a variety of patterns. Styles may vary by store. 18" h
**$9.99 ea.**

**RED HAT ACCESSORIES**
Adorable trinket boxes, eye glass holders, and more. Poly resin.
**$1.00 to $3.99**

**CHILDREN'S TABLE SET**
3 pc. set in four adorable original hand-painted designs. (Table: 22" l x 19" w x 21" h)
**$29.99**

6

CTS0353



## HALL STORAGE BENCH
Organize those sandals and toys with this three-bin wooden hall bench. 49" l x 15" w x 19" h
**$69.99**

## FLORAL WALL ART
Enchanting canvas art pieces are topped with a classic metal fleur-de-lis design. Assorted styles. 26" x 15"
**$9.99 ea.**

## PORCELAIN TRINKET BOXES
Delicate hinged boxes crafted in traditional limoge style with asian motif. Assorted shapes and patterns.
**$1.29 ea.**

## PRESSURE COOKER
Classic stainless steel pressure cooker saves time in the kitchen. Crafted in three-ply clad metal with built-in safety features. Available in 2½, 3½, or 4½ qt.
**$9.99 to $19.99**

## CASUAL TRAYS AND BOWLS
Perk up your parties. Wide assortment of colorful, durable serving trays and bowls.
**$1.00 ea.**

## SANTOKU KNIFE
Hot buy! High carbon stainless-steel hollow-ground blade holds a super-sharp edge. Comfy molded handle.
**$3.99**

## MILANO DINNERWARE
Hand-painted ceramic dinnerware in Italian-inspired fruit pattern. Choose from dinner plates, salad plates, mugs, platter, and more.
**$1.69 to $6.99**

## FAUX LEATHER BOXES
Assorted round boxes in pastel shades. Five sizes.
**$2.99 to $6.99**

## 5 PC. RICHMOND WOOD SET
43" hexagonal table and 4 folding chairs crafted from acacia wood.
**$169.99**

7

CTS0354



**MINI TOTE BAGS**

Choose from quilted striped bags with braided handles or open-top totes with a sweet flower blossom.

**$2.99** ea.

**ACCORDION PLEATED FABRIC AND METAL LANTERNS**

Available in two sizes and a variety of fun prints and solid colors. For tealight use only. (Tealights not included.)

**$3.99** and **$6.99**

**AWNING**

ADJUSTABLE 8'w x 12'L 300D PU COATED POLYESTER AWNING WITH POWDER COATED ALUMINUM FRAME.

**$169.99**

**BASKET BONANZA**

Colorful wooden baskets in assorted shapes and colors.

**$3.99** to **$6.99**

**BAR STOOLS**

Wood with rush seats. Available in black or white. 24" or 29" h

**$16.99** ea.

**COPPER LAWN SPRINKLER**

Waters plants as it forms artful designs. Easy to assemble. 46" h

**$14.99** ea.

Styles may vary by store; quantities limited to stock on hand; no substitutions or rain checks; not available through catalog or internet. Store manager reserves the right to limit the number of same items per customer.

**Christmas Tree Shops®**
Don't you just love a bargain?®
www.christmastreeshops.com

In MA: Yarmouthport – Rte. 6A • Hyannis – Rte. 132 • West Yarmouth – Rte. 28 • West Dennis – Rte. 28
Falmouth – Rte. 28 • Pembroke – Rte. 139 • Orleans – Rtes. 6A & 28 • Sagamore – Cranberry Highway
Avon – Rte. 24 • Lynnfield – Rte. 1 • Shrewsbury – Olde Shrewsbury Village • Holyoke – Holyoke Mall at Ingleside
North Attleboro – Rte. 1 South • Natick – Rte. 9 • In RI: Newport – Middletown • Warwick – Rte. 2
In CT: Manchester – 120 Hale Road • Danbury – I-84, Exit 3, Rte. 7 South, Exit Park Ave • Orange – Rte. 95, Exit 4
In NH: Salem – Rte. 28 and Cliff Crossing Road • Nashua – Rte. 3, Exit 6 • In NY: Albany – Colonie Center
Spring Valley – Rte. 59 • North Syracuse – Northern Lights Mall, Rte. 81, Exit 26 (US-11)
In ME: South Portland – Exit 45 off Maine Turnpike • In VT: Williston – Maple Tree Place, Rte. 89, Exit 12
All stores open at 9 a.m. Call the Christmas Tree Shop nearest you for convenient Sunday shopping hours.

8

CTS0355



