**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

JOHN KNIGHT, et al.,                   )
                                       )
        Plaintiffs,                    )
                                       )     **Case No. 04 12698 JLT**
v.                                     )
                                       )
CHRISTMAS TREE SHOPS, INC.,            )
                                       )
        Defendant.                     )
_____)

**<u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1</u>**

     I, Carrie Kei Heim, counsel for defendant Christmas Tree Shops, Inc., do hereby certify

pursuant to Local Rule 7.1(A)(2) that I conferred with Joel Joseph, counsel for plaintiffs, relating

to the issues raised in Defendant's Motion to Strike the Survey and Report of John Knight, by

phone on May 1, 2006, in a good faith effort to narrow or resolve the issues presented.

                            Respectfully submitted,

                            **CHRISTMAS TREE SHOPS, INC.**

                            By its attorneys:

                              /s/   Carrie Kei Heim
                            Peter A. Biagetti, Esq., BBO# 042310
                            Carrie Kei Heim, Esq., BBO# 652147
                            MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
                            AND POPEO, PC
                            One Financial Center
                            Boston, MA  02111
                            Tel. 617-542-6000
                            Fax 617-542-2241

Dated: May 15, 2006