## **CERTIFICATE OF SERVICE**

I, Carrie Kei Heim, hereby certify that true and exact copies of <u>Defendant Christmas Tree Shops, Inc.'s Motion for Summary Judgment</u>, and accompanying Memorandum of Law, Consolidated Statement of Facts, and Affidavit of Carrie Kei Heim in Support of this motion, and <u>Defendant Christmas Tree Shops, Inc.'s Motion to Strike the Survey and Report of Plaintiffs John Knight and Donna Russell Knight</u>, and accompanying Affidavit of Carrie Kei Heim in Support of this motion, dated May 15, 2005, have been served electronically on all attorneys of record.

                                                                 /s/  Carrie Kei Heim

Dated: May 16, 2006                                    Carrie Kei Heim, Esq.

LIT 1573016v.1