UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et. al. | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) 04-12698 JLT |
| | ) |
| CHRISTMAS TREE SHOPS, INC. | ) |
| | ) |
| Defendant | ) |

### AFFIDAVIT OF JUDI HILL

Judi Hill affirms under oath that the following statements are accurate and truthful:

1. I am Judi Hill, proprietor of Hill's of Nantucket, located at **40 Straight Wharf** Nantucket Island, MA 02554.

2. Hill's of Nantucket was established in 1980 and has continuously been in business since that time.

3. Hill's of Nantucket sells artwork, glass and gifts.

4. I regularly attend trade shows around the United States and I am familiar with significant glass artists. I regularly attend the San Francisco and Los Angeles Gift Shows, two of the largest gift shows in the United States.

5. I am familiar with many gift and glass galleries on both the East and the West Coasts.

6. I have been selling the glass art of Chet Cole and Viiu Niiler, Country Glass, for twenty-five years.

7. The glass art created by Chet Cole and Viiu Niiler is unique in the industry.

8. I recognize their style and can identify the source of work created by them, as can any person who has been in the glass business for several years.

9. Their work is easily identified because it is hand-pressed, recycled glass, of their unique style.

10. In particular, their Nantucket Basket piece is particularly unique, and well-known not only on Nantucket, but in fine gift shops around the country.

Subscribed and sworn to before me this 2nd day of June, 2006.

*Judi Hill*
JUDI HILL

*C.P Bowie-Nelson*
NOTARY PUBLIC

Carolyn P. Bowie-Nelson
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
October 12, 2012