# MINTZ LEVIN

Peter A. Biagetti | 617 348 4472 | pabiagetti@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

FILED
IN CLERKS OFFICE

2006 JUN 15 P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 15, 2006

**BY HAND DELIVERY**

Honorable Joseph L. Tauro
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *John Knight et al. v. Christmas Tree Shops, Inc.*
      **Massachusetts District Court Case No. 04-12698 JLT**

Dear Judge Tauro:

Counsel today conferred, per the Court's Procedural Order Re: Pretrial Conference, to discuss pre-trial sequencing in the above-captioned case. Because oral argument on the pending summary judgment motion is set for June 28, and because Your Honor's decision on that motion could dispose of or narrow *all* remaining claims, counsel for all parties respectfully request, in the interests of economy and efficiency, that further compliance with the Procedural Order be deferred until two weeks after the Court rules on summary judgment.

Thank you for your continued attention to the most efficient resolution of this case.

Respectfully submitted,

Joel D. Joseph (PAB)
Joel D. Joseph, Esq.
For Plaintiffs

Peter A. Biagetti, Esq.
For Defendant

cc:   Zita Lovett, Clerk

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

BOSTON | WASHINGTON | NEW YORK | STAMFORD | RESTON | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON