# MINTZ LEVIN

Carrie Kei Heim | 617 348 3084 | ckheim@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

FILED
IN CLERKS OFFICE
2006 JUN 21 P 3:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 21, 2006

**BY HAND DELIVERY**

Zita Lovett, Court Clerk to the Honorable Joseph L. Tauro
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:  *John Knight et al. v. Christmas Tree Shops, Inc.*
           **Massachusetts District Court Case No. 04-12698 JLT**

Dear Ms. Lovett:

    Thank you for speaking with me today regarding the above-captioned case. I understand from our phone conversation that the hearing scheduled for June 28 will be limited to argument on the pending summary judgment motion and motion to strike, and that the Court is not requiring counsel to file pre-trial status reports at this time.

    Thank you again for your time and attention in this matter.

                  Respectfully submitted,

                  Carrie Kei Heim

cc:    Joel D. Joseph, Esq.
        Peter A. Biagetti, Esq.

LIT 1577233v.1

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | RESTON | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON