UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT et al., * <br> * <br> Plaintiffs, * <br> * <br> v. * <br> * Civil Action No. 04-12698-JLT <br> * <br> CHRISTMAS TREE SHOPS, INC., * <br> * <br> Defendant. * | |

ORDER

July 10, 2006

TAURO, J.

After a hearing held on June 28, 2006, this Court hereby orders that:

1. Defendant's Motion for Summary Judgment [#44] is DENIED.

2. Defendant's Motion to Strike Survey and Report of Plaintiffs John Knight and Donna Russell Knight [#48] is DENIED.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                            United States District Judge