### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN KNIGHT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Case No. 04 12698 JLT** |
| v. | ) | |
| | ) | |
| CHRISTMAS TREE SHOPS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND JOINT REQUEST FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Aunt Sadie's, Inc. and Susan Boerman, having reached a settlement of their claims asserted against defendant Christmas Tree Shops, Inc. in the above-captioned action, hereby stipulate and agree, by and through their authorized undersigned representatives, to the voluntary dismissal with prejudice of all claims alleged by Aunt Sadie's, Inc. and Susan Boerman against Christmas Tree Shops, Inc., without costs, with each party waiving all rights to appeal, and with each party to bear its own attorneys' fees.

The undersigned parties further request, pursuant to Federal Rule of Civil Procedure 54(b), that the Court enter a determination that there is no just reason for delay and a direction for the entry of final judgment dismissing all claims brought by plaintiffs Aunt Sadie's, Inc. and Susan Boerman against defendant Christmas Tree Shops, Inc. in the above-captioned action. A proposed order is attached.

Respectfully submitted,

**AUNT SADIE'S, INC. and
SUSAN BOERMAN**

By their attorney:

Joel D. Joseph
Joseph & Associates
7272 Wisconsin Ave.
Suite 300
Bethesda, MD 20814
Tel. 301-941-1989
Fax 240-209-4000

Dated: August 8TH, 2006

Respectfully submitted,

**CHRISTMAS TREE SHOPS, INC.**

By its attorneys:

Peter A. Biagetti, Esq., BBO# 042310
Carrie Kei Heim, Esq., BBO# 652147
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel. 617-542-6000
Fax 617-542-2241

LIT 1581138v.2

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN KNIGHT, et al.,              ) <br><br>     Plaintiffs,                 ) <br><br> v.                          ) <br><br> CHRISTMAS TREE SHOPS, INC.,   ) <br><br>     Defendant.               ) | **Case No. 04 12698 JLT** |

**ORDER OF FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 54(b), and in light of the parties' joint

Stipulation of Voluntary Dismissal With Prejudice and Joint Request for Entry of Final

Judgment, this Court hereby determines that there is no just reason for delay, and orders the entry

of a final judgment dismissing with prejudice all claims brought by Plaintiffs Aunt Sadie's, Inc.

and Susan Boerman against Christmas Tree Shops, Inc.

IT IS SO ORDERED.

 

                                          _____

                                          Tauro, J.

Dated: _____, 2005