## CERTIFICATE OF SERVICE

    I, Carrie Kei Heim, hereby certify that true and exact copies of the joint <u>Stipulation of Voluntary Dismissal With Prejudice and Joint Request For Entry of Final Judgment</u>, and the accompanying proposed <u>Order of Final Judgment</u>, dated August 8, 2005, have been served electronically on all attorneys of record.

                                                    /s/  Carrie Kei Heim  
                                                   Carrie Kei Heim, Esq.

Dated: August 25, 2006

LIT 1584670v.1