# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JOHN KNIGHT, et al., )
 )
    Plaintiffs, )
 )   Case No. 04 12698 JLT
v. )
 )
CHRISTMAS TREE SHOPS, INC., )
 )
    Defendant. )

## ORDER OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 54(b), and in light of the parties' joint Stipulation of Voluntary Dismissal With Prejudice and Joint Request for Entry of Final Judgment, this Court hereby determines that there is no just reason for delay, and orders the entry of a final judgment dismissing with prejudice all claims brought by Plaintiffs Aunt Sadie's, Inc. and Susan Boerman against Christmas Tree Shops, Inc.

IT IS SO ORDERED.

_____
Tauro, J.

Dated: __8/28/06__, 2005