IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN KNIGHT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHRISTMAS TREE SHOPS, INC., )<br>)<br>Defendant. )<br>) | Case No. 04 12698 JLT |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties, having reached a settlement of all claims alleged against defendant Christmas Tree Shops, Inc. in the above-captioned action, hereby stipulate and agree, by and through their authorized undersigned representatives, to the voluntary dismissal with prejudice of all claims alleged by plaintiffs against Christmas Tree Shops, Inc., without costs, with each party waiving all rights to appeal, and with each party to bear its own attorneys' fees.

Respectfully submitted,

**JOHN KNIGHT, DONNA RUSSELL KNIGHT d/b/a THE GLASS EYE GALLERY, CHARLES COLE, VIIU NIILER, COUNTRY GLASS SHOP, AUNT SADIE'S, INC. and SUSAN BOERMAN**

By their attorney:

_/s/ Joel D. Joseph_
Joel D. Joseph
Joseph & Associates
7272 Wisconsin Ave.
Suite 300
Bethesda, MD 20814
Tel. 301-941-1989
Fax 240-209-4000

Dated: September 27, 2006

Respectfully submitted,

**CHRISTMAS TREE SHOPS, INC.**

By its attorneys:

_/s/_
Peter A. Biagetti, Esq., BBO# 042310
Carrie Kei Heim, Esq., BBO# 652147
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel. 617-542-6000
Fax 617-542-2241

LIT 1585723v.1